

**U.S. DEPARTMENT OF LABOR**

Occupational Safety and Health Administration
525 S. Griffin Street
Room 602
Dallas, TX 75202
Tel: (972) 850-4145
Fax: (972) 850-4150

Via Email: janadilip@gmail.com

January 3, 2024

Dilip Jana
800 Fairlawn Street
Allen, TX 75002

Re: Walmart, Inc./Jana/301028782

Dear Dr. Jana,

This letter acknowledges receipt of your Whistleblower retaliation complaint filed under the Criminal Antitrust Anti-Retaliation Act of 2019 (CAARA), 15 U.S.C. § 7A-3, and the Sarbanes-Oxley Act of 2002 (SOX), 18 U.S.C. § 1514A, which was filed on January 2, 2024, against Walmart, Inc. (Respondent).

The Occupational Safety and Health Administration (OSHA) is responsible for enforcing the Whistleblower provisions of the CAARA and SOX Acts and will conduct its investigation following the procedures outlined in 29 CFR Part 1979 and 29 CFR Part 1980. You may obtain a copy of the pertinent statute and regulations at: http://www.whistleblowers.gov. Upon request, a printed copy of these materials will be mailed to you.

Under these procedures, OSHA will disclose to the parties information relevant to the resolution of the case as well as provide all parties an opportunity to fully respond. As such, both you and Respondent will receive a copy of each other's submissions to OSHA that are responsive to the above referenced Whistleblower complaint. We have notified Respondent of the filing of this complaint and provided Respondent with a copy.

*Per Presidential Memorandum – Managing Government Records, we request any future documents you submit to OSHA be submitted electronically, if possible, using the investigator's email address of noel.bernard.j@dol.gov and whatever you submit to OSHA, you also send a copy to Respondent at the address below:*

> Walmart, Inc.
> Legal Department
> 702 S.W. 8th Street
> Bentonville, AR 72716

If the information provided contains personal, identifiable information about individuals other than you, such information, where appropriate, will be redacted before disclosure. OSHA may contact the party directly for the un-redacted copy, if necessary.

Attention is called to your right and the right of any party to be represented by counsel or other representative in this matter. In the event you choose to have a representative appear on your behalf, please have your representative complete the Designation of Representative form enclosed and forward it promptly.

Bernard Noel has been assigned as the Investigator for your case and will be contacting you in the near future. Please direct all communications and submissions to your assigned investigator.

In the interim, please save any evidence bearing on the complaint, such as notes, minutes, letters, or check stubs, etc., and have them ready when the investigator meets with you. It will be helpful for you to write down a brief factual account of what happened and to prepare a list of the names, addresses, and telephone numbers of the potential witnesses, together with a brief summary of what each witness should know.

You are expected to cooperate in the investigation of your complaint and failure to do so will cause your complaint to be dismissed. Voluntary adjustment of complaints can be effected by way of a voluntary settlement agreement at any time. In addition, informal Alternative Dispute Resolution (ADR) sessions can be requested. (See Attachments)

Sincerely,

Renato Uribe
Regional Supervisory Investigator

Bernard Noel
Federal Investigator
U.S. Department of Labor- OSHA
Whistleblower Protection Program
525 S. Griffin Street, Suite 602
Dallas, TX 75202
O: 972-850-4162
C: 405-850-7910
Email: noel.bernard.j@dol.gov

Enclosures:  (1) Region VI, ADR Fact Sheet & ADR Form
             (2) Designation of Representative
             (3) Job Search Tracker
             (4) Copy of Complaint