[⇱ Share]  [⊂⊃ Copy link]  [⬇ Download]  …    ✉ Termination recommend....msg   ⓘ Info   |   ◁

**From:** Wendy Bowman  Wendy.Bowman@walmart.com
**Sent on:** Wednesday, October 4, 2023 11:07:31 PM
**To:** Lori Chumbler  Lori.Chumbler@walmartlegal.com
**CC:** Monica Hall  Monica.Hall@walmart.com ; Shawn Cohen  Shawn.Cohen@walmart.com
**Subject:** ▮▮▮▮▮▮▮▮▮▮
**Attachments:** ▮▮▮▮▮▮▮▮▮▮

Lori and Monica,

▮▮▮▮▮▮▮▮▮▮ the latest developments with Dilip Jana. ▮▮▮▮▮▮▮▮▮▮ accountability/separation for performance, and disparaging, disruptive and dismissive behavior causing a toxic work environment. Recommendation for accountability is attached, but has escalated to "separation" due to the latest developments.

▮▮▮▮▮▮▮▮▮▮

We have met previously with Jeff Spillyards, but Shawn asked me to reach out to both of you since Shawn has connected with you as well.

- ▮▮▮
- ▮▮▮
- ▮▮▮
- ▮▮▮

Please let me know if you will be able to meet on Thursday.

Thank you,

**Wendy Bowman | HR People Partner**
**Walmart** ⋮ Walmart US Transformation & Support
*Reverse, Quality and Solutions Design*
SERVES ARG Vice-Chair
601 N. Walton Blvd.
Bentonville, AR 72712
(479) 321-2958
wendy.bowman@walmart.com