**EXHIBIT 2**

**Phillips, Maurin L.**

---

| | |
|---|---|
| **From:** | Wendy Bowman |
| **Sent:** | Wednesday, October 4, 2023 6:08 PM |
| **To:** | Lori Chumbler |
| **Cc:** | Monica Hall; Shawn Cohen |
| **Subject:** | Attorney/Client Privilege |
| **Attachments:** | [Retaliation] [Unrealistic Expectation]: Trace; [Unethical]: Sign off for POC; [Retaliation and Discrimination]: WFP; [ Retaliation ][Changing roles and responsibilities] WFP; ▬▬▬ - Concerns Raised; Recommendation.docx |

Lori and Monica,

We would like to discuss the latest developments with Dilip Jana. Wondering if these accusations should be added to the existing ethics case, or a separate case opened as well? Would also like to discuss accountability/separation for performance, and disparaging, disruptive and dismissive behavior causing a toxic work environment. Recommendation for accountability is attached, but has escalated to "separation" due to the latest developments.

Adrian Milbourne, his supervisor, would like to be included in the conversation, unless not recommended. We have met previously with Jeff Spillyards, but Shawn asked me to reach out to both of you since Shawn has connected with you as well.

Discuss:
- Outbursts and disrespect at team meetings
- Emails attached with many allegations
- Recap of conversation with one of his Direct Reports from his Manager
- Recommendation and justification for accountability level

Please let me know if you will be able to meet on Thursday.

Thank you,

**Wendy Bowman | HR People Partner**
Walmart ❖ Walmart US Transformation & Support
*Reverse, Quality and Solutions Design*
SERVES ARG Vice-Chair
601 N. Walton Blvd.
Bentonville, AR 72712
(479) 321-2958
wendy.bowman@walmart.com