# EXHIBIT 5










