

EXHIBIT 6

New Event
Today
September 3 - September 9, 2023
Washington, D.C.
Today: 63°F 72°F / 55°F
Week
September 2023
S M T W T F S
27 28 29 30 31 1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
Add Calendar
d0j03ne@homeoffice.wal-ma...
My Calendars
Calendar
Birthdays
United States holidays
Untitled Folder
Other Calendars
People's Calendars
Groups
On My Computer
3 Sunday
4 Monday
5 Tuesday
6 Wednesday
7 Thursday
8 Friday
9 Saturday
Sandeep PTO
COURTYARD
Kyle PTO; OOO
Jonathan - PTO
DTREE STES BY
Megha PTO- Sick
COURTYARD
DTREE STES BY
Megha PTO
PTO - Adrian
8 AM
9 AM
10 AM
11 AM
12 PM
1 PM
2 PM
3 PM
Daily Standup - Walmart
Teams; Vishal Khullar
Daily Standup - Walmart
Teams; Vishal Khullar
Daily Standup - Walmart
Teams; Vishal Khullar
Copilot Data Table Walkthroug
https://
Ali Al-
Daily
Teams;
Touch base
Daily
Teams;
Canceled: Defect POC |
Microsoft Teams
Canceled: Defect
Microsoft Teams
Inaugural Belonging Summit Walmart Corporate Office An
GenAI Hackathon - Presentations htt Ch
Leah | W
Da
Ka
Demand/Scheduled Hours
https://walmart.zoom.us/j/
Leah | Associate Squad
WM HO 2FI - Whittaker Conference Room (2nd Fl Finance area); https://
Allie Hazelwood
Quick Sync
Defect
https://
Copilot defect intelligence jamming session
https://walmart.zoo
Sandeep
Watch the End-to-End Asset
Zoom
Asset
Dilip/
GPC Lobby;
Team Appreciation Lunch
Adrian Milbourne
Weekly 1:1 - Dilip
https://
Team Meeting
https://walmart.zoom.us/j/92881305206?from=addon;
Ridhi Mehra
Leslie<>Dilip 1:1
https://
walmart.
Catch up
Focus Time
https://walmart.zoom.us/j/96297688568?from=addon
Weekly Defect Engine Dev Team Meeting
HO-1FL-Servant Leader
Adrian Milbourne
Focus Time
Canceled: Quick Hits
Allie Hazelwood
Evidance
dx; HO-1FL-Corp Affairs 1
Megha Copilot Defect -
Microsoft Teams Meeting;
Ways of working
HO-1FL-We Win Together