# EXHIBIT 7

1 of 1

**Subject:** Evidance
**Date:** Monday, September 4, 2023 at 10:52:52 PM Central Daylight Time
**From:** Dilip Jana
**To:** Shawn Cohen
**BCC:** HO-1FL-Corp Affairs 1

Hi Shawn,

   I hope you had a wonderful Labor Day weekend. I know we will meet on Wednesday for one hour, but I have lots of evidence, it will take some time. Since this is a serious accusation, I prefer you to examine evidence in person.
I'll be leaving Bentonville on Friday.

Thanks!

## Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 226 525 404 706
Passcode: 85ySp8
Download Teams | Join on the web

**Join with a video conferencing device**
teams@vc.walmart.com
Video Conference ID: 114 640 849 8
Alternate VTC instructions

**Or call in (audio only)**
+1 872-242-7755,,822076642#   United States, Chicago
Phone Conference ID: 822 076 642#
Find a local number | Reset PIN

Learn More | Meeting options