

EXHIBIT 8

**Shawn Cohen**
Available

Messages older than 1 year have been removed

Aug 14

You  Aug 14, 3:06 PM
Hi Shawn

I have a meeting from 3 pm, I am waiting in Teams

Aug 15

You  Aug 15, 8:58 AM
Good morning Shawn. This is a serious accusation, please do not share any information to Adrian, Kamil, Ridhi or anybody before I provide enough evidence to the ethics department. Adrian, Kamil and Kyle were also involved during the process. This needs to be investigated asap.

Aug 16

You  Aug 16, 3:55 PM
Hi Shawn, do you have any update on the ethics? When and from whom shall I expect the call?

Today

You  11:20 AM
Shawn, I need to talk to you asap. When is a good time to have few minutes conversation today/Wednesday/Thursday? I see some abnormal behavior, I am scared