# EXHIBIT 9

**Subject:** RE: [Unethical]: Sign off for POC
**Date:** Thursday, October 5, 2023 at 3:52:07 PM Central Daylight Time
**From:** Ridhi Mehra
**To:** Dilip Jana
**CC:** Wendy Bowman, Adrian Milbourne
**Attachments:** image002.png, image003.png

Dilip,
Just a quick note to let know that I have read all your emails and they have been appropriately escalated.

-Ridhi

**From:** Dilip Jana <dilip.jana@walmart.com>
**Sent:** Wednesday, October 4, 2023 12:01 AM
**To:** Adrian Milbourne <Adrian.Milbourne@walmart.com>
**Cc:** Ridhi Mehra <Ridhi.Mehra@walmart.com>; Wendy Bowman <Wendy.Bowman@walmart.com>
**Subject:** [Unethical]: Sign off for POC

Adrian/Ridhi:
   I believe Kamil is approving Infogain's work unethically, I need your attention. I'll be happy to explain my findings.

Thanks,
Dilip

**From:** Dilip Jana <dilip.jana@walmart.com>
**Date:** Monday, October 2, 2023 at 5:01 PM
**To:** Kamil Bay <kamil.bay@walmart.com>, Leslie Platz <Leslie.Platz@walmart.com>, Olan Land <Olan.Land@walmart.com>, Taylor Lark <Taylor.Lark@walmart.com>, Raymond Pritchett <Raymond.Pritchett@walmart.com>
**Subject:** FW: Sign off for POC

Kamil:
   I see you signed off from your side.

I am ccing Leslie, Olan, Tylor, Raymond since they were actively involved.

I have few questions but here are two major questions, I need help with:

  Slide #6, "**84% of the defects identified (at an issue level) are actionable**. In the POC, these were ratified by HITL"

   I believe you were okay with this claim before you sign off. Can you please confirm?

   I have attached most recent output (Output_QA_Second_Iteration.xlsx), which shows this is not the case. Please advise.

Slide #6, "**Top actionable defects** identified for Chain and For Use Cases : Front-End, Co-Pilot and WFM"

I did not see any result for WFM throughout the deck. I believe result for WFM is falsely claimed.

In addition to this, I looked at SOW for POC for WFP, I did not see result that I can sign off.

Since you have already signed off,  I am curious you may already have an answer.

I appreciate if you respond asap.

# Hot Spots & Actionable Defects

**Defect Issues**

1. Ingested **Defect Issues** from **five sources** of Associate Defects namely Service Now, Work Orders, Me@, Contact Center, Connected Device
   - 1st dataset: 1st July – 28th July
2. Successfully **pressure tested** by adding another 4 weeks of data from 12th August to 8th September
   - Similar hierarchy of defect themes observed across both the model runs

**Defect Themes**

1. Defect Issues are logically integrated across sources and aggregated into **Defect Themes** using an Ontology. Hot spots identified for **first 15 ontologies**
   - These Defect Themes/Sub-Themes are cleaned with filtering out null values, scheduled maintenance etc.
2. **Pressure tested** with next 15 set of ontologies

**Actionable Defects**

1. **84% of the defects identified (at an issue level) are actionable.** In the POC, these were ratified by HITL
2. **Top actionable defects** identified for Chain and For Use Cases : Front-End, Co-Pilot and WFM
3. **Linkage of Co-pilot themes and sub-themes with store level data** completed for higher actionability on the ground
4. **Two approaches** identified for arriving at more actionable defects with **reduced HITL** for additional 15 ontologies – final approach *TBD in consultation with the WM team*

---

**From:** Ina Nanda <ina.nanda@infogain.com>
**Date:** Friday, September 29, 2023 at 3:31 PM
**To:** Dilip Jana <dilip.jana@walmart.com>
**Subject:** EXT: RE: Sign off for POC

EXTERNAL: Report suspicious emails to **Email Abuse.**

Hi Dilip,

Attaching the deck which we went through for the workshop.

To clarify, we are looking forward to the following sign-offs from Walmart team:

## Sign offs required

1. Code run from Walmart DS team

2. Output for next 15 ontologies with Top 5 defects based on approach 1 and 3

3. End to end documentation of the process for human in the loop

4. Approach for Quantifiable KPIs to compare with POC and baseline

5. Documentation of approach and codes



13

Walmart E2E Fulfillment

2 of 3

Pls let me know if you need any more information about this.

Thanks,
Ina

**From:** Dilip Jana <dilip.jana@walmart.com>
**Sent:** Friday, September 29, 2023 1:46 PM
**To:** Ina Nanda <ina.nanda@infogain.com>
**Subject:** Re: Sign off for POC

EXTERNAL: This message was sent from outside of Infogain. Please do not click links or open attachments unless you know the content is safe.

Can you please send me the final deck that you are asking for sign-off?


**From:** Ina Nanda <ina.nanda@infogain.com>
**Date:** Friday, September 29, 2023 at 10:38 AM
**To:** Dilip Jana <dilip.jana@walmart.com>
**Subject:** EXT: Sign off for POC

EXTERNAL: Report suspicious emails to **Email Abuse.**

Hi Dilip,

Hope you had a good ride back to Dallas!

Just a polite reminder to check on status for sign-offs on the POC extension from you.

In the stand-up today, Kamil has given us a sign off on the deliverables he is responsible for. It would be wonderful to get a timeline from your side, so we can expedite and ensure that we close this from your side within the set time frame as well.

Looking forward to your support here.

Regards,
Ina

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee and access to it by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken based on it, is strictly prohibited and may be unlawful.