# EXHIBIT 10

**Subject:** Re: overtime hrs WFP
**Date:** Tuesday, October 3, 2023 at 11:30:38 AM Central Daylight Time
**From:** Dilip Jana
**To:** Jeremy Arns, Adrian Milbourne, Sandeep Golkonda
**Attachments:** image00001.png, image001.png

Thanks Jeremy.

My Comments are in **RED.**

@Adrian Milbourne Can you please confirm if you agree/disagree with my comments?

**Replenishment** – both forecast and actual inbound case count by store/item/sub-cat/cat → **No Data**
**Supply Chain** – Trailer case count by store by load → **No Data**
**Step up** – Online Pickup and Delivery - increases customer order capacity by store, might be similar to remodel schedule (moments in time and count of increased capacity) → **No Data**
**Remodel and Special projects** – original remodel schedule and sequence of modulars impacted, modifications/delays to schedule → **No Data**
**Overtime reason codes** – I've not seen this before but if it exists that would be great → **No Data**

Screenshot from the file shared by Jeremy.

| Ask | Context/Comments |
|---|---|
| Replenishment | forecast & inbound case count by store/item/sub-cat/cat |
| Supply Chain | Trailer case count by store by load |
| Step Up | OPD // increases cust order capacity by store, may be similar to remodel sched. (moments in time and count of increased cap). |
| Remodel/Special Projects | original remodel schedule and sequence of modulars impacted, modifications/delays to sched. |
| OT Reason Codes | Not sure if this exists, but would be great to capture if so |
| Onhand by Item | Daily Level |
| Transportation | OTD by Store |
| Market Pay Comparison | |
| Turnover/Churn | |
| Hiring | what info are we looking for specifically with this? |
| Associate/Manager Info | what info are we looking for specifically with this? |
| Tenure by Workgroup | I don't know if we can get tenure by workgroup, but I know we have a table for tenure by associate somewhere |
| Avg. Exit Tenure | |
| Predicted Call-ins | I think WFP has something in this area, and I know AX has built a call ins model too, which would you want to pursue? |
| Headcount to Forecasted Demand | Are we looking for both headcount and forecasted demand hours or are we trying to compare both? If so, I think this is an apples to oranges, but would need to confir |
| CPH | https://confluence.walmart.com/pages/viewpage.action?spaceKey=BWFMDS&title=Productivity+Metrics |
| UPLH | https://confluence.walmart.com/pages/viewpage.action?spaceKey=BWFMDS&title=Productivity+Metrics |
| FTP | First Time Pick |
| Pick Rate | I think I have this somewhere, but just to make sure we're on the same page, you're just looking for avg. OPD pick times right? |
| Hours Over FT Shift Correlated Fatigue | Is this not the same as Row 22? I read both as OT Correlated Fatigue |
| OT Correlated Fatigue | ^ |

**From:** Jeremy Arns <Jeremy.Arns@walmart.com>
**Date:** Tuesday, October 3, 2023 at 8:23 AM
**To:** Dilip Jana <dilip.jana@walmart.com>, Adrian Milbourne <Adrian.Milbourne@walmart.com>, Sandeep Golkonda <Sandeep.Golkonda@walmart.com>
**Subject:** RE: overtime hrs WFP

Jeremy Arns has shared a OneDrive for Business file with you. To view it, click the link below.

📊 WEF Defect Data Asks.xlsx

Hey Dilip,

Apologies, I thought you had this!

Best,

**Jeremy Arns** Senior Manager II, Technology Operations
**Walmart US E2E Fulfillment Foundations**
Jeremy.Arns@Walmart.com

**From:** Dilip Jana <dilip.jana@walmart.com>
**Sent:** Monday, October 2, 2023 4:00 PM
**To:** Jeremy Arns <Jeremy.Arns@walmart.com>; Adrian Milbourne <Adrian.Milbourne@walmart.com>; Sandeep Golkonda <Sandeep.Golkonda@walmart.com>
**Subject:** Re: overtime hrs WFP

I am following up on this. Any update?