Kamil Bay   Thursday 5:32 PM   Edited

 **Dilip Jana** Infogain finally revealed NAVIK!!!

It stands for "Not A Very Impressive Koala"



This is NAVIK 😆

There you go, now we finally know what it is

 1    1