🔗 Share    ⌘ Copy link    ⬇ Download    ⋯        ✉ Termination recommend....msg    ⓘ Info    |    ◁

**From:** Wendy Bowman   Wendy.Bowman@walmart.com
**Sent on:** Wednesday, October 4, 2023 11:07:31 PM
**To:** Lori Chumbler   Lori.Chumbler@walmartlegal.com
**CC:** Monica Hall   Monica.Hall@walmart.com ; Shawn Cohen   Shawn.Cohen@walmart.com
**Subject:** ███████████████████
**Attachments:** ███████████████████████████████████████

Lori and Monica,

████████████████████ the latest developments with Dilip Jana. █████████████████████

accountability/separation for performance, and disparaging, disruptive and dismissive behavior causing a toxic work environment. Recommendation for accountability is attached, but has escalated to "separation" due to the latest developments.

████████████████████████████████████████████████████████████████████████████████
We have met previously with Jeff Spillyards, but Shawn asked me to reach out to both of you since Shawn has connected with you as well.

██████████
• ███████████████████████████
• ███████████████████████████
• ███████████████████████████

Please let me know if you will be able to meet on Thursday.

Thank you,

**Wendy Bowman | HR People Partner**
**Walmart** ᐧ Walmart US Transformation & Support
*Reverse, Quality and Solutions Design*
*SERVES ARG Vice-Chair*
601 N. Walton Blvd.
Bentonville, AR 72712
(479) 321-2958
wendy.bowman@walmart.com