# EXHIBIT 5

**Ridhi Mehra**
Vice President, Solutions Desig...
Walmart US Department
479-531-7546

**Adrian Milbourne** 
Senior Director II, US Progr...

**Kyle Graham** 
Senior Director II, E2E Oper...



Adrian Milbourne
Senior Director II, US Programs ...
Walmart US Transformation and ...
HO Floor 1, Pole W105
417-619-2720



| | | |
|---|---|---|
| Abdurrehman Malekji | Anand Singh | Anurag Baijal - Vendor | Chandrasekhar Nallap... |
| Dilip Jana — Director of Data Science | Gagan Anand | Hari Sellappan - Vendor | Ina Nanda - Vendor |
| Ina Nanda - Vendor | Jahangir Mukhdoomi | Jon Fahey - Vendor | Kamil Bay — Director of Analytics |
| Krishna Mamidala - Ve... | Piyusha Rani | Prachi Dangde | Pragati Nandurkar |
| Rajat Narang | Ramprakash Velucha... | Rishabh Bansal | Rishabh Kesarwani |
| Sachin Agarwal | Shahid Mohammed | Sudeep Haldar | Vishal Khullar |

Yugandhara Ghate