

EXHIBIT 8

zoom.us Edit Window Help
Tue Aug 22 3:34 PM
Search
Home
Team Chat
Phone
Meetings
Contacts
Whiteboards
Find me on Teams
Team Chat
More
Starred
Dilip Jana (You)
Sanjay V K
Recents
sandeep [Draft]
MEGHA BANERJEE
Kamil Bay
Jody Boelkes
Defect Engine DS
Pam Rutherford
Shawn Cohen
Himani Agrawal
Mike Sellars
Leslie Platz
Priyanka Bhatt
Wendy Bowman
Erin Mary Ackerman
Jennifer Patteen
Tiana Zhu
Vs Sreedhar
Beila Leboeuf
Souparno Chakraborty
Apps
Shawn Cohen
Available
Messages older than 1 year have been removed
Aug 14
You Aug 14, 3:06 PM
Hi Shawn
I have a meeting from 3 pm, I am waiting in Teams
Aug 15
You Aug 15, 8:58 AM
Good morning Shawn. This is a serious accusation, please do not share any information to Adrian, Kamil, Ridhi or anybody before I provide enough evidence to the ethics department. Adrian, Kamil and Kyle were also involved during the process. This needs to be investigated asap.
Aug 16
You Aug 16, 3:55 PM
Hi Shawn, do you have any update on the ethics? When and from whom shall I expect the call?
Today
You 11:20 AM
Shawn, I need to talk to you asap. When is a good time to have few minutes conversation today/Wednesday/Thursday? I see some abnormal behavior, I am scared
Message Shawn Cohen