# EXHIBIT 10

**Subject:** Re: overtime hrs WFP
**Date:** Tuesday, October 3, 2023 at 11:30:38 AM Central Daylight Time
**From:** Dilip Jana
**To:** Jeremy Arns, Adrian Milbourne, Sandeep Golkonda
**Attachments:** image00001.png, image001.png

Thanks Jeremy.

My Comments are in **RED.**

@Adrian Milbourne Can you please confirm if you agree/disagree with my comments?

**Replenishment** – both forecast and actual inbound case count by store/item/sub-cat/cat → **No Data**
**Supply Chain** – Trailer case count by store by load → **No Data**
**Step up** – Online Pickup and Delivery - increases customer order capacity by store, might be similar to remodel schedule (moments in time and count of increased capacity) → **No Data**
**Remodel and Special projects** – original remodel schedule and sequence of modulars impacted, modifications/delays to schedule → **No Data**
**Overtime reason codes** – I've not seen this before but if it exists that would be great → **No Data**

Screenshot from the file shared by Jeremy.

| Ask | Context/Comments |
|---|---|
| Replenishment | forecast & inbound case count by store/item/sub-cat/cat |
| Supply Chain | Trailer case count by store by load |
| Step Up | OPD // increases cust order capacity by store, may be similar to remodel sched. (moments in time and count of increased cap). |
| Remodel/Special Projects | original remodel schedule and sequence of modulars impacted, modifications/delays to sched. |
| OT Reason Codes | Not sure if this exists, but would be great to capture if so |
| Onhand by Item | Daily Level |
| Transportation | OTD by Store |
| Market Pay Comparison | |
| Turnover/Churn | |
| Hiring | what info are we looking for specifically with this? |
| Associate/Manager Info | what info are we looking for specifically with this? |
| Tenure by Workgroup | I don't know if we can get tenure by workgroup, but I know we have a table for tenure by associate somewhere |
| Avg. Exit Tenure | |
| Predicted Call-ins | I think WFP has something in this area, and I know AX has built a call ins model too, which would you want to pursue? |
| Headcount to Forecasted Demand | Are we looking for both headcount and forecasted demand hours or are we trying to compare both? If so, I think this is an apples to oranges, but would need to confir |
| CPH | https://confluence.walmart.com/pages/viewpage.action?spaceKey=BWFMDS&title=Productivity+Metrics |
| UPLH | https://confluence.walmart.com/pages/viewpage.action?spaceKey=BWFMDS&title=Productivity+Metrics |
| FTP | First Time Pick |
| Pick Rate | I think I have this somewhere, but just to make sure we're on the same page, you're just looking for avg. OPD pick times right? |
| Hours Over FT Shift Correlated Fatigue | Is this not the same as Row 22? I read both as OT Correlated Fatigue |
| OT Correlated Fatigue | ^ |

**From:** Jeremy Arns <Jeremy.Arns@walmart.com>
**Date:** Tuesday, October 3, 2023 at 8:23 AM
**To:** Dilip Jana <dilip.jana@walmart.com>, Adrian Milbourne <Adrian.Milbourne@walmart.com>, Sandeep Golkonda <Sandeep.Golkonda@walmart.com>
**Subject:** RE: overtime hrs WFP

Jeremy Arns has shared a OneDrive for Business file with you. To view it, click the link below.

📊 WEF Defect Data Asks.xlsx

Hey Dilip,

Apologies, I thought you had this!

Best,

**Jeremy Arns** Senior Manager II, Technology Operations
**Walmart US E2E Fulfillment Foundations**
Jeremy.Arns@Walmart.com

**From:** Dilip Jana <dilip.jana@walmart.com>
**Sent:** Monday, October 2, 2023 4:00 PM
**To:** Jeremy Arns <Jeremy.Arns@walmart.com>; Adrian Milbourne <Adrian.Milbourne@walmart.com>; Sandeep Golkonda <Sandeep.Golkonda@walmart.com>
**Subject:** Re: overtime hrs WFP

I am following up on this. Any update?

**From:** Dilip Jana <dilip.jana@walmart.com>
**Date:** Tuesday, September 26, 2023 at 2:00 PM
**To:** Jeremy Arns <Jeremy.Arns@walmart.com>, Adrian Milbourne <Adrian.Milbourne@walmart.com>, Sandeep Golkonda <Sandeep.Golkonda@walmart.com>
**Subject:** Re: overtime hrs WFP

Hey Jeremy,
  If you have these data sets, can you please provide us schema/tables names/Ad Groups etc?

Thanks,
Dilip

---

**From:** Jeremy Arns <Jeremy.Arns@walmart.com>
**Date:** Thursday, September 21, 2023 at 9:03 AM
**To:** Adrian Milbourne <Adrian.Milbourne@walmart.com>, Dilip Jana <dilip.jana@walmart.com>, Sandeep Golkonda <Sandeep.Golkonda@walmart.com>
**Subject:** RE: overtime hrs WFP

You're a saint and a scholar sir, thank you!

**Jeremy Arns** Senior Manager II, Technology Operations
**Walmart US E2E Fulfillment Foundations**
Jeremy.Arns@Walmart.com

---

**From:** Adrian Milbourne <Adrian.Milbourne@walmart.com>
**Sent:** Thursday, September 21, 2023 8:33 AM
**To:** Dilip Jana <dilip.jana@walmart.com>; Jeremy Arns <Jeremy.Arns@walmart.com>; Sandeep Golkonda <Sandeep.Golkonda@walmart.com>
**Subject:** Re: overtime hrs WFP

Here you go:

- **Replenishment** – both forecast and actual inbound case count by store/item/sub-cat/cat
- **Supply Chain** – Trailer case count by store by load
- **Step up** – Online Pickup and Delivery - increases customer order capacity by store, might be similar to remodel schedule (moments in time and count of increased capacity)
- **Remodel and Special projects** – original remodel schedule and sequence of modulars impacted, modifications/delays to schedule
- **Overtime reason codes** – I've not seen this before but if it exists that would be great

Let me know if you need anything else!

---

**From:** Dilip Jana <dilip.jana@walmart.com>
**Date:** Wednesday, September 20, 2023 at 10:21 PM
**To:** Jeremy Arns <Jeremy.Arns@walmart.com>, Sandeep Golkonda <Sandeep.Golkonda@walmart.com>, Adrian Milbourne <Adrian.Milbourne@walmart.com>
**Subject:** Re: overtime hrs WFP

@Adrian Milbourne can you please help!

---

**From:** Jeremy Arns <Jeremy.Arns@walmart.com>
**Date:** Wednesday, September 20, 2023 at 4:08 PM
**To:** Sandeep Golkonda <Sandeep.Golkonda@walmart.com>
**Cc:** Dilip Jana <dilip.jana@walmart.com>, Adrian Milbourne <Adrian.Milbourne@walmart.com>
**Subject:** RE: overtime hrs WFP

Hey Sandeep!

I'm more than happy to assist here, quick questions out of the gate though.

Replenishment – regarding replenishment, what are we looking for specifically? A forecast or some other metric?
Days OnHand by item
Supply Chain – Case variability – can you please define case variability? I'm guessing as in why X store receives Y number of cases over Z store but want to be on the same page.
Transportation – On Time delivery for stores
Step up Implications (Stocking) – what do we need surrounding stocking, just an SOP? Or what's stocked when?
Remodels & Special Projects – are you looking for just when remodels/special projects occur?
Overtime reason codes – I don't think there are necessarily reason codes for OT but let me check with the People team and see if there's some logic/reasoning captured when it happens.

Best,

**Jeremy Arns** Senior Manager II, Technology Operations
**Walmart US E2E Fulfillment Foundations**

Jeremy.Arns@Walmart.com

**From:** Sandeep Golkonda <Sandeep.Golkonda@walmart.com>
**Sent:** Wednesday, September 20, 2023 8:56 AM
**To:** Jeremy Arns <Jeremy.Arns@walmart.com>
**Cc:** Dilip Jana <dilip.jana@walmart.com>; Adrian Milbourne <Adrian.Milbourne@walmart.com>
**Subject:** Re: overtime hrs WFP

Jeremy ,

Can you please help us with the data sources for the following.
We want to validate that our team is using the standards across the board.
Also, want to followup with the below email

**Topics**
Replenishment

Days OnHand by item

Supply Chain – Case variability

Transportation – On Time delivery for stores

Step up Implications (Stocking)

Remodels & Special Projects


Thanks
Sandeep

**From:** Sandeep Golkonda <Sandeep.Golkonda@walmart.com>
**Date:** Tuesday, September 5, 2023 at 3:43 PM
**To:** Jeremy Arns <Jeremy.Arns@walmart.com>
**Cc:** Dilip Jana <dilip.jana@walmart.com>, Adrian Milbourne <Adrian.Milbourne@walmart.com>
**Subject:** overtime hrs WFP

Hi Jeremy,

When stores are giving ovetime for their associates. Is there a reason code or a comment section where we could know the reasons.
If you have any such valuable information in any datasource. Can you please point us to it.

Thanks
Sandeep