# EXHIBIT 11

**Subject:** Re: [REQUEST] Dilip 1:1 - Deliverables
**Date:** Friday, October 6, 2023 at 12:07:26 PM Central Daylight Time
**From:** Dilip Jana
**To:** Adrian Milbourne
**CC:** Wendy Bowman, Ridhi Mehra
**Attachments:** image001.png, image002.png, image003.png, image004.png, image005.png

Thank you for your reply, however, your answer is vague.

All I needed is an explanation.

---

**From:** Adrian Milbourne <Adrian.Milbourne@walmart.com>
**Date:** Friday, October 6, 2023 at 11:20 AM
**To:** Dilip Jana <dilip.jana@walmart.com>
**Subject:** Re: [REQUEST] Dilip 1:1 - Deliverables

Good morning Dilip,

I hope your week is wrapping up well!

I wanted to let know that I have read each of your emails over the last few days and they, including this one, have all been appropriately escalated.

I'll be taking PTO this next week and we can connect when I return.

Have a great weekend!

---

**From:** Dilip Jana <dilip.jana@walmart.com>
**Date:** Thursday, October 5, 2023 at 12:59 PM
**To:** Adrian Milbourne <Adrian.Milbourne@walmart.com>
**Subject:** Re: [REQUEST] Dilip 1:1 - Deliverables

Adrian:
Can you please respond to my email?

If I do not receive a response by EOD Friday, Oct 6, 2023 I'll assume you agree that you are discriminating and retaliating as I mentioned before.

---

**From:** Dilip Jana <dilip.jana@walmart.com>
**Date:** Tuesday, October 3, 2023 at 9:39 AM
**To:** Adrian Milbourne <Adrian.Milbourne@walmart.com>
**Subject:** [REQUEST] Dilip 1:1 - Deliverables

>>**LLM strategy transition** – the LLM strategy will be transitioned to Kamil to lead. As with each of our workstreams, we will work in a matrix and resources from both sides to deliver the result.

**May I know why?**



**From:** Dilip Jana <dilip.jana@walmart.com>
**Date:** Friday, September 15, 2023 at 1:12 AM
**To:** Adrian Milbourne <Adrian.Milbourne@walmart.com>
**Subject:** Re: Dilip 1:1 - Deliverables

My comments are **RED**

**From:** Adrian Milbourne <Adrian.Milbourne@walmart.com>
**Date:** Thursday, September 14, 2023 at 10:52 PM
**To:** Dilip Jana <dilip.jana@walmart.com>
**Subject:** Dilip 1:1 - Deliverables

Hey Dilip,

Here are the activities that we covered this afternoon:

**WFP Timelines/Activities** – Late – Original Due Sept 8th; Please keep me posted on progress

- As we discussed last week and this week – need to understand what activities follow obtaining signal sources and approximate time we are proposing for each activity (ex. 2 weeks for attribution model build)
- Please continue to use slide 4 from this deck as a point of reference for sources/signals and requests from Data Foundations

Please READ from my previous email, it's simple English, "I propose **WFP use case updates and timelines – Due Sept 8th**

# provided we get all the

# answers”.

So **this is NOT LATE**. You were looped in throughout the process.

We talked with Brandon and Jeremy on Sept 7, 2023; you do not agree with anybody (see below). They told us very clearly data does not have all the components to find the root cause why some stores are taking more/less hours because lots of manual process are involved and those are not captured in the data. We did not receive any data from them. I talked to you on Thursday, Sept 7 when I was at home office, you asked to extend date after talking to Brandon and Jeremy. I asked Sandeep to extend the date, he did not probably extend. We are talking about the same issue from May 2023. This is not the first time this is happening, it happened in June-July too, for the same reason for the same WFP project. I talked to Brandon, he has 15 years of WFP experience, he sees the same problem that he saw 15 years ago, the difference between demand hours and actual hours and you want to solve it in few weeks.

**You and I talked today, and you said you would talk to Jeremy;** let's get the data first.

Once we get the data, there are multiple steps, it all depends on the data quality. There are data cleaning, Exploratory data analysis, and then any modeling activity.

Adrian Milbourne 9/7 10:17 AM

Just FYI - you experienced a little bit of bias in the last meeting haha - their role is to get us data (which we got to) but Brandon used to be Rory's peer in WFP so he knows that world backward and forward and obviously has a passion for that business.

Sandeep Golkonda 9/7 10:22 AM

Good to know Adrian. I could see his passion and If he is willing to share the data and his expertise&experience we could make what we are doing even better I believe.

I really enjoyed the questions he is asking

Adrian Milbourne 9/7 10:56 AM

yes - very knowledge, but not his role anymore to question "why" we need it, just "what" we need. I don't think he's doing that to every team

Resource Planning – **Due by Noon Tomorrow Sept 15th**

- Please get as much filled out as possible by the deadline
- Please use the Crawl, Walk, Run as a point of reference for upcoming builds
- This is a simple tshirt sizing effort to understand how much capacity we currently have built in our WM team and what augmentation may be needed to round out our capabilities.
- Keep in mind, each associate will support a Use Case and own a capability

I asked followup questions at 11:25 am CDT on Sept 14, 2023, and you did not respond. Without clarification, it's difficult to estimate headcount and additional resources. You sent this email yesterday, gave just 24 hrs, while giving vague and ambiguous information.

I'll write another email on this topic.

I understand that you want to engage Infogain where both Kamil and I have serious questions in Infogain's incompetency. You asked us to participate in a survey for Infogain, 4 associates participated. During your Dallas visit you showed that to Kamil and I. Can you please send me that in the raw format?

**LLM strategy transition** – the LLM strategy will be transitioned to Kamil to lead. As with each of our workstreams, we will work in a matrix and resources from both sides to deliver the result.

>> I have already protested during the call yesterday during ours 1:1. I am considering it as disrespectful and as an act of retaliation as LLM is purely data science topic and I am the Director of Data Science.

**Megha Assignments and Capacity**

- Megha will begin supporting the Copilot use case and continue Model QA
- Please see Kyle's attached email for the base level screening we are wanting Megha to perform.
- BTW – the official title we socialized was “Manager, Defect Engine Output Analytics”

Mgr.
Defect Engine Output Analytics
< Megha Banerjee>

- Keep me posted on her capacity – if she feels like she is tapped out, would be helpful to understand time spent per activity

There are lots of things you are not mentioning here. If she is an analyst, why isn't she reporting to Kamil since Kamil is the Director of Analytics. You and I discussed prior to her joining at Walmart, Megha has data science background and you said she would be joining my team and work on data

science. You suggested we can then give promotion to Data Scientist since she will be working in data science projects. I appreciated your effort. We all want our associate's growth, I give your example to everybody, 17 yrs at Walmart. That being said, we want to utilize her time efficiently towards a successful career at Walmart.

Now you are claiming she was hired for "Output Analytics". Please look at my email," I have been at the hiring process (Data Scientists, Sr Data Scientist, Staff Data Scientist, Principal Data Scientist, Product Managers, Sr Manager I/II etc) at Walmart for more than 3 years. We hire data scientists; we can then assign them in different projects based on business needs".

Now for Model QA, Leslie (Director), Olan (Sr Manager – 1), Taylor (Manager – II) , Reymond (Sr Manager – 1) are all working on validating LLama2/GPT3.5 output. These are all manual at this point. You are asking Megha to work on this, who is just a college grad and Analyst-III. I believe it's too much manual work for her. I am not sure about the automation as we do not have any corpus. My recommendation was she could instead work on co-pilot data science, someone from Kamil's team can help Kyle's team on Model QA. Co-pilot itself is huge, lots of use cases. In fact, we may need multiple data scientists on copilot. Basically, what I am getting here is you want Megha to work on manual work, she will have less time for data science activities that will act against her career growth. You are assigning tasks to Megha without consulting me, where you and I are not at the same page; and Megha reports to me. One of Ridhi's guiding principles she presented in May was "We will be people-enabled", are we following it here?

I encouraged Megha to communicate with you and Kyle's team and find out a way to help them. We have to find out a sweet spot where she won't be stressed out, but she would enjoy the work. At the moment she is running Infogain's codes, which takes lots of time. Then she is also working on copilot. On top of it she will be working on Model QA as per your directives. Too much work.

Let me know if you have any questions!

**Adrian Milbourne**
**Sr. Director II, Walmart US - Future Operating System**
adrian.milbourne@walmart.com

Mobile: 417.619.2720

Walmart Home Office
702 SW 8th St.
Bentonville, AR 72716-0710
**Save Money. Live Better.**

This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you have received this e-mail in error, destroy it immediately. Walmart Confidential.

---

**From:** Dilip Jana <dilip.jana@walmart.com>
**Date:** Tuesday, August 29, 2023 at 1:56 PM
**To:** Adrian Milbourne <Adrian.Milbourne@walmart.com>
**Subject:** Re: 1:1 Tomorrow

**My comments are in RED**

**WFP use case updates and timelines – Due Sept 1st**
Sandeep and I had a meeting with Ketan yesterday. We have lots of questions, I believe Sandeep reached out to you today and he mentioned to me that you do not have time to meet this week. We need to have a discussion for clarity of the work and the data sets availability.

I appreciate if you can explain what's the use case in WFP, what is Ketan's teams' roles and what's our team's role and if there is any intersection. The team has a concern that our work may not be presented to the management/Leah/or other meetings, as it has been in the past. Sandeep will setup a meeting.

I propose **WFP use case updates and timelines – Due Sept 8th provided we get all the answers.**

**Hiring:**
- Let's get interviews started this week if at all possible. Can you please start sending a hiring update at the end of the week? Nothing crazy:
  Erin is on PTO, she will be back on Thursday I believe. One interviewer, Tolgahan, is sick and I am targeting to have interview next week onwards depending on candidates' & interviewers' availability.
  - Roles open: Staff Data Scientist (NLP) is already open, created two Staff DS positions, awaiting approval from Shawn.
  - # of candidates interviewed : Targeting 5-6 candidates, I have attached candidates' profile. There are few new candidates, Erin showed me their profile, I do not have their resume. Short listed candidates
    - Ali Mirzapour
    - DAMILOLA ADESINA
    - DIPESH GAUTAM
    - VISHNU MURALIDHARAN
    - Matthew with Math PhD, I do not have the resume, Erin showed to me
  - Promising candidates: Do not know yet!

- Role description – **please send by COB Tuesday Aug 29th**
  - Model QA: **In addition to standard Sr Data Scientist (x4, 84)JD, I'll add the data scientist will focus on the validating different machine learning models to improve performance**
  - MLOps: **In addition to standard Data Scientist (x3, 83) JD, I'll add the data scientist will focus on the operations and management of machine learning models, algorithms, and processes.**

I have been at the hiring process (Data Scientists, Sr Data Scientist, Staff Data Scientist, Principal Data Scientist, Product Managers, Sr Manager I/II etc) at Walmart for more than 3 years. We hire data scientists; we can then assign them in different projects based on business needs. In that case I prefer to use standard Walmart template with exception to add some special instruction (say for example Anomaly Detection/NLP etc the one we did for

last Staff DS position) if we need candidates with very specific strength. But these are junior level positions, x3 & x4, they need to learn different skills while at Walmart. You and I did not have a chance to talk about why we need to specify Model QA/MLOps, you may have some reason for this.

Anyway, I am sending it, but I want to make sure we can engage those associates in other projects as well in addition to this Model QA/MLOps.

**MLOps : In addition to standard Data Scientist JD, I'll add the data scientist will focus on the operations and management of machine learning models, algorithms, and processes.**
**Model QA**: **In addition to standard Sr Data Scientist JD, I'll add the data scientist will focus on the validating different machine learning models to improve performance.**

Please let me know if you have any suggestion/questions.

---

**From:** Adrian Milbourne <Adrian.Milbourne@walmart.com>
**Date:** Friday, August 25, 2023 at 8:30 PM
**To:** Dilip Jana <dilip.jana@walmart.com>
**Subject:** Re: 1:1 Tomorrow

Hey Dilip,

Thanks for the touch base today. Just a recap and some due dates – feel free to let me know if I've missed anything:

**WFP use case updates and timelines – Due Sept 1st** let's get clearly defined next steps with Ketan this next week and please send me timeline (ex. working session schedules, value drops to integrate) and key deliverables (ex. defect integrations).

**Work alignment – work this week to ensure they are set up for success and have clarity and get us any questions they might have**

- **Sandeep**
  - Capability – Sizing and Prioritization
  - Use Case Focus and Delivery – WFP
- **Megha**
  - Capability – Model output QA working towards automation
  - Use Case Focus and Delivery – Copilot
- **Krishna**
  - Capability – Anomaly Detection; Defect Hub
  - Use Case Focus – Dynamic Inventory

**Severity Score**

- Current methodology is gaveled/decided for POC as a stepping stone to sophistication/maturity
- Future state can be refined as planned – needs to get us to most significant defects impacting Customers/Associates

**Approach –** ensure that our message is not masked by our method of delivery, always ensure we demonstrate respect for the individual as we engage the team

**Data Access –** leveraging Kamil is good if he has access. If he doesn't have, go to Data Foundations team access and let me know if we need to escalate when responses are delayed or latent

**Infogain partner access -** Krishna Mamidala – Vendor, will be onsite during onshore hours, feel free to reach out to him outside of offshore hours with needs/requests

**Dynamic Inventory –** I have added you to calls to ensure you get some line of sight to the activities in flight as we get acclimated. Defect Hub, WFP, and Copilot are priority, but didn't want us to be surprised if this takes off.

**Hiring:**

- Let's get interviews started this week if at all possible. Can you please start sending a hiring update at the end of the week? Nothing crazy:
  - Roles open
  - # of candidates interviewed
  - Promising candidates
- Role description – **please send by COB Tuesday Aug 29th**
  - Model QA
  - MLOps

As always, don't hesitate to reach out if you have any questions!

---

**From:** Adrian Milbourne <Adrian.Milbourne@walmart.com>
**Date:** Thursday, August 24, 2023 at 2:32 PM
**To:** Dilip Jana <dilip.jana@walmart.com>
**Subject:** 1:1 Tomorrow

Hey Dilip,

For our 1:1 tomorrow wanted to talk through the following:

**WFP Use Case Updates and timelines** – you mentioned a couple of weeks back you needed more time, wanted to see if you had gotten better line of sight. Would like to understand next steps.

**Sandeep and Megha**

- What's their inflight work – what outputs can we begin socializing?
- What's their future work – what outputs can we begin socializing?
- Roles/Responsibilities – Use Cases, Capability builds, key partnerships

**Severity score –** wanted to close the loop on the approach in POC, your COEs for the scoring, and what we propose going forward

**Hiring**

- Open Req – Interview Schedule
- Role Descriptions (2-3 lines) – for proposed roles

Looking forward to the conversation!

**Adrian Milbourne**
**Sr. Director II, Walmart US - Future Operating System**
adrian.milbourne@walmart.com

Mobile: 417.619.2720

Walmart Home Office
702 SW 8th St.
Bentonville, AR 72716-0710
**Save Money. Live Better.**

This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you have received this e-mail in error, destroy it immediately. Walmart Confidential.