EXHIBIT 12

Kamil Bay   Thursday 5:32 PM   Edited

 **Dilip Jana** Infogain finally revealed NAVIK!!!   @

It stands for "Not A Very Impressive Koala"



This is NAVIK 😄

There you go, now we finally know what it is

 1    1

**Subject:** Opendoor: Retaliation Discussion
**Date:**    Wednesday, August 16, 2023 at 3:39:35 PM Central Daylight Time
**From:**    Dilip Jana
**To:**      Shawn Cohen
**Rescheduling as you will be in Houston**


**Context:**

**From:** Shawn Cohen <Shawn.Cohen@walmart.com>
**Date:** Tuesday, August 8, 2023 at 12:28 PM
**To:** CJ Guice <Candida.Guice@walmart.com>
**Cc:** Dilip Jana <dilip.jana@walmart.com>
**Subject:** Re: Home Office Listening Session Concern

Thanks CJ.
Dilip- I've connected with Allie Hazelwood about your concerns and we'll both get some time with you this afternoon (1:15CST). Planner on the way.

**Shawn Cohen I Senior Director II, People Partner**
**Walmart** ✳ Walmart US Transformation & Support
c: 770.539.0517 I e: shawn.cohen@walmart.com
**Save money. Live better.**


On Aug 8, 2023, at 12:21 PM, CJ Guice <Candida.Guice@walmart.com> wrote:


Dilip

I work for Rapid Response and I am connecting you with Shawn to address your listening session concern.

@Shawn Cohen this is the note that Dilip put in the chat from our session today. Just connecting you both here so Shawn can address your concern.


This is Dilip Jana, Director of Data Science. If you watched the Oppenheimer movie, Oppenheimer had to go through a horrible situation even after successfully delivering a nuclear bomb, simply because of politics. Oppenheimer's boss had no idea about nuclear physics. If I look at Walmart, the majority of Data Science leaders have limited or no Data

Science experience while they manage highly talented data scientists. I have a handful of examples where Data Science managers are here because of cronyism. I have seen retaliation and discrimination against it's best data scientists by the manager who had no data science experience simply to protect their own job. Though Walmart says Walmart does not tolerate retaliation, I have seen managers are still here after shamefully withdrawing Disciplinary action against one of the best data scientists. Therefore, Walmart's Opendoor/Ethics process is broken. What's management's plan to protect employees who speak up for the best interest of Walmart?

Thank you so much for you raising your concern today, Dilip. Really appreciate your leadership!

Hope you both have a great day!

**Cj Guice** Director
End to End Operations, Rapid Response
Cell (479) 321-4642
candida.guice@walmart.com

---

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 266 721 563 096
Passcode: XttmSX
Download Teams | Join on the web

**Join with a video conferencing device**
teams@vc.walmart.com
Video Conference ID: 116 529 969 8
Alternate VTC instructions

**Or call in (audio only)**
+1 872-242-7755,,135295452#   United States, Chicago
Phone Conference ID: 135 295 452#
Find a local number | Reset PIN

Learn More | Meeting options

---