# EXHIBIT A

| | |
|---|---|
| **From:** | Dilip Jana |
| **To:** | Ford, Cory R. |
| **Cc:** | Elliott, Michael C.; Martin, Pamela H. |
| **Subject:** | Re: FW: Jana v. Walmart |
| **Date:** | Monday, August 19, 2024 2:04:09 PM |

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

Mr. Ford:
   I am opposed to any extension for Respondent's response for the case 4:24-cv-00698-SDJ-KPJ in the Eastern District of Texas.

Kind regards,
Dr. Dilip Jana
800 Fairlawn St, Allen, TX 75002.
318-243-9743
janadilip@gmail.com

On Mon, Aug 19, 2024 at 8:45 AM Ford, Cory R. <cford@mcguirewoods.com> wrote:

> Dr. Jana,
>
> Following up to provide another opportunity to stipulate to an extension on our response to your lawsuit.
>
> If we do not hear from you by this afternoon we will go ahead and file a request as opposed.
>
> Best,
>
> **Cory R. Ford**
> Associate
> McGuireWoods LLP
> 2601 Olive Street
> Suite 2100
> Dallas, TX 75201-2648

T:  +1 469 372 3926  
F:  +1 214 273 7476  
cford@mcguirewoods.com  
Bio | VCard | www.mcguirewoods.com

---

**From:** Ford, Cory R.  
**Sent:** Wednesday, August 14, 2024 2:56 PM  
**To:** Dilip Jana <janadilip@gmail.com>  
**Cc:** Elliott, Michael C. <melliott@mcguirewoods.com>; Martin, Pamela H. <PMartin@mcguirewoods.com>  
**Subject:** Jana v. Walmart

Dr. Jana,

Please let us know if you will agree to stipulate that our response, if any, to your recent Complaint will not be due until October 29, 2024.

Please respond by Friday, August 16, or we will consider you to be opposed.

Best,

**Cory R. Ford**  
Associate  
McGuireWoods LLP  
2601 Olive Street  
Suite 2100  
Dallas, TX 75201-2648  
T:  +1 469 372 3926  
F:  +1 214 273 7476  
cford@mcguirewoods.com  
Bio | VCard | www.mcguirewoods.com



> *This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

--
Thanks
Dilip