AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-00698-SDJ-KPJ

**FILED**
SEP 26 2024
Clerk, U.S. District Court
Eastern District of Texas

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* WALMART INC
was received by me on *(date)* 9-19-24.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Julie Shiers - Legal Analyst , who is
designated by law to accept service of process on behalf of *(name of organization)* Walmart, Inc
on *(date)* 9-20-24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-23-24

*Server's signature*

Cody Patton
*Printed name and title*

Patton Legal Services
1706 S Walton Blvd #2384
Bentonville, AR 72712

*Server's address*

Additional information regarding attempted service, etc: