Gmail                                                                    Dilip Jana <janadilip@gmail.com>

# [ServeManager] Job #11832375 Served
1 message

**Delynn Hale** <notifications@mail.servemanager.com>                          Fri, Sep 20, 2024 at 12:56 PM
Reply-To: delynn@pattonlegalservicesnwa.com
To: Jana Dilip <janadilip@gmail.com>

## Served

Delynn Hale shared a service notification with you:

### Details

**Process Server:** Cody Patton

**Date & Time:** Sep 20, 2024, 12:51 pm CDT

**Service Type:** Authorized

**Description of Service:**

Note: Each attempt has a photo link of the service address at the end of the message that you are receiving. If the image is not there, this is due to the lack of a cell phone signal in the area served. If your address is wrong, we can perform skip tracing to locate a possible address. There will be new fees assessed for the skip trace and any alternative addresses attempted.

### Recipient

Recipient:   Julie Shiers-Legal Analyst
Age:         55
Ethnicity:   Caucasian
Gender:      Female
Weight:      150
Height:      5'5"
Hair:        Blond

**Description of Recipient:**

### Service Address

2914 Southeast I Street, Bentonville, AR 72712

## Job & Case

**Job:** 11832375

**Priority: Rush**

**Job Type:** Standard

**Due Date:** Sep 21, 2024

**Recipient:** Wal-Mart, Inc - Legal Department c/o Carrie Farthing, Senior Lead Counsel

**Case:** 4:24-CV-00698-SDJ-KPJ/4:24-CV-00698-SDJ-BD

**Plaintiff:** Dilip Jana

**Defendant:** Wal-Mart, Inc

**Court:** US District

**County:** Eastern District

**Documents:** Summons, Complaint, EXH 1, EXH 2, EXH 3, EXH 4, EXH 5, EXH 6, EXH 7, EXH 8, EXH 9, EXH 10, EXH 11, EXH 12

---

## Shared with you by:

Delynn Hale
Patton Enterprises, LLC
delynn@pattonlegalservicesnwa.com

 Gmail                                                                    Dilip Jana <janadilip@gmail.com>

# [ServeManager] Job #11832375 Update
1 message

**Cody Patton** <notifications@mail.servemanager.com>                    Mon, Sep 23, 2024 at 11:40 AM
Reply-To: cody@pattonlegalservicesnwa.com
To: Jana Dilip <janadilip@gmail.com>

## Job Uploads

Cody Patton shared 1 upload with you:

Please find attached the proof of service for this case.

thank you,

- Scan2024-09-23_113943.pdf (332 KB)

View Job and Uploads

## Job & Case

**Job:** 11832375

**Priority: Rush**

**Job Type:** Standard

**Due Date:** Sep 21, 2024

**Recipient:** Wal-Mart, Inc - Legal Department c/o Carrie Farthing, Senior Lead Counsel

**Case:** 4:24-CV-00698-SDJ-KPJ/4:24-CV-00698-SDJ-BD

**Plaintiff:** Dilip Jana

**Defendant:** Wal-Mart, Inc

**Court:** US District

**County:** Eastern District