IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DILIP JANA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00698-SDJ-KPJ |
| | § | |
| WALMART INC., | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT WALMART INC.'S MOTION TO SUBSTITUTE COUNSEL

Defendant Walmart Inc. ("Walmart") by and through its undersigned counsel, hereby files this Motion to Substitute Counsel ("Motion") requesting an order substituting Peter S. Wahby (Texas Bar No. 24011171) and Morgan E. Jones (Texas Bar No. 24132301) of Greenberg Traurig, LLP as counsel of record for Walmart in this proceeding in place of Cory Ford and Michael C. Elliott of McGuireWoods LLP.

In support of this Motion, Walmart states as follows:

1. Walmart wishes to permit Cory Ford and Michael C. Elliott of McGuireWoods LLP to withdraw as counsel of record.

2. Accordingly, Walmart respectfully requests that this Court substitute Peter S. Wahby and Morgan E. Jones of Greenberg Traurig, LLP as counsel of record.

3. This Motion is not being made for the purpose of delay but for good cause. No prejudice will result to any party should this request be granted.

Dated: October 11, 2024                                             Respectfully submitted,

/s/ *Peter S. Wahby*
**Michael C. Elliott**
Texas Bar No. 24086913
melliott@mcguirewoods.com
**Cory R. Ford**
Texas Bar No. 24121098
cford@mcguirewoods.com
**McGuireWoods LLP**
2601 Olive Street
Dallas, Texas 75201
Telephone: 214.932.6400
Facsimile:  214.932.6499

**Peter S. Wahby**
State Bar No. 24011171
peter.wahby@gtlaw.com
**Morgan E. Jones**
State Bar No. 24132301
morgan.jones@gtlaw.com
**GREENBERG TRAURIG LLP**
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone:  (214) 665-3600
Facsimile:  (214) 665-3601

**ATTORNEYS FOR DEFENDANT WALMART INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the following party via the Court's CM/ECF system on October 11, 2024:

Dilip Jana
800 Fairlawn Street
Allen, Texas 75002
janadilip@gmail.com

/s/ *Morgan E. Jones*
Morgan E. Jones