IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DILIP JANA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00698-SDJ-KPJ |
| | § | |
| WALMART INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT WALMART INC.'S
## MOTION TO SUBSTITUTE COUNSEL

Pending before the Court is Defendant Walmart Inc.'s Motion to Substitute Counsel (Dkt. No. 17). Having reviewed the pleadings, file and record in this case, the Motion is hereby **GRANTED**. It is therefore **ORDERED** that Cory R. Ford and Michael C. Elliott of the law firm McGuire Woods LLP are hereby withdrawn as counsel for Defendant and that Peter S. Wahby and Morgan E. Jones of Greenberg Traurig, LLP are substituted in their place as counsel for Defendant. The Court finds that the granting of this Motion will not result in any delay or otherwise prejudice the parties.

**SO ORDERED.**

ACTIVE 702881281v1