**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **DILIP JANA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:24-cv-00698-SDJ-KPJ** |
| | § | |
| **WALMART INC.,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER GRANTING DEFENDANT WALMART INC.'S**
**RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S**
**SECOND AMENDED COMPLAINT**

Pending before the Court is Defendant Walmart Inc.'s Rule 12(b)(6) Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. No. 22). After considering the Motion, the responses thereto, and the arguments of counsel, the Court does hereby **GRANT** the Motion in its entirety.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims should be, and hereby are, dismissed.  Plaintiff is not granted leave to amend, and such dismissal shall be with prejudice to the refiling of any such claims.

**SO ORDERED.**

ACTIVE 703486214v1