# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **DILIP JANA** | § |
| | § |
| v. | §   NO. 4:24-CV-00698-SDJ-BD |
| | § |
| **WALMART, INC.** | § |

## ORDER

Defendant Walmart, Inc. filed a motion to substitute counsel. Dkt. 17.

It is **ORDERED** that the motion, Dkt. 17, is **GRANTED**. Peter S. Wahby and Morgan E. Jones are substituted for Cory R. Ford and Michael C. Elliott as counsel for Walmart. Cory R. Ford and Michael C. Elliott will be terminated as counsel.

So ORDERED and SIGNED this 29th day of October, 2024.

_____
Bill Davis
United States Magistrate Judge