# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **DILIP JANA** § | |
| § | |
| **v.** § | |
| § | NO. 4:24-CV-00698-SDJ-BD |
| **WALMART, INC.** § | |
| § | |

## ORDER

Plaintiff Dilip Jana filed an unopposed motion for additional time, Dkt. 25, to respond to defendant Walmart, Inc.'s motion to dismiss, Dkt. 22.

It is **ORDERED** that the motion, Dkt. 25, is **GRANTED**. The plaintiff must file his response, if any, by December 12, 2024.

So ORDERED and SIGNED this 6th day of November, 2024.

_____
Bill Davis
United States Magistrate Judge