## Description of Exhibits

**EXHIBIT 1:** A Video recording of Walmart CEO Chris Nicholas's comment
Description: Walmart CEO Chris Nicholas's comment on Listening Session after Plaintiff's suggestion. Recorded on 08-08-2023 at Allen, TX
Plaintiff providing this EXHIBIT because Defendant is misrepresenting the fact and changed the cause of the termination over time
*Black Flash Drive*

**EXHIBIT 2:** A Video recording of Walmart HR Vice President Shawn Cohen's comment
Description: Walmart HR Vice President Shawn Cohen's comment on Listening Session after Plaintiff's suggestion. Recorded on 08-08-2023 at Allen, TX
Plaintiff providing this EXHIBIT because Defendant is misrepresenting the fact and changed the cause of the termination over time
*Black Flash Drive*

**EXHIBIT 3:** A Video recording of Plaintiff's comment
Description: Plaintiff's comment on Listening Session. Recorded on 08-08-2023 at Allen, TX. Plaintiff providing this EXHIBIT because Defendant is misrepresenting the fact and changed the cause of the termination over time
*Black Flash Drive*

**EXHIBIT 4:** Defendant's Position Statement to OSHA
Date: 02-21-2024
Plaintiff providing this EXHIBIT because Defendant misrepresenting the fact and changed the cause of the termination over time

**EXHIBIT 5:** Defendant's Answer to ALJ
Date: 06-14-2024
Plaintiff providing this EXHIBIT because Defendant is misrepresenting the fact and changed the cause of the termination over time
Plaintiff Redacted a portion for person's privacy

**EXHIBIT 6:** Sylvester v. Parexel International LLC, No. 07-123 (ARB May 25, 2011)
This Document is Publicly available, Plaintiff attached here for Court's convenience