## Cover Letter

**EXHIBIT 1**: A Video recording of Plaintiff and Kamil Bay

Description: Plaintiff and Kamil Bay discussed Infogain's work related to Refrigerator. Kamil Bay acknowledged that he does not know basic data science techniques (classification)

Recorded on 08-17-2023 at Allen, TX
        Plaintiff providing this EXHIBIT because Defendant is misrepresenting the fact

**Submitted a black flash drive**