IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DILIP JANA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:24-cv-00698-SDJ-KPJ |
| § | |
| WALMART INC., § | |
| § | |
| Defendant. § | |

**ORDER GRANTING DEFENDANT'S MOTION TO STRIKE**

Pending before the Court is Defendant Walmart Inc.'s Motion to Strike (the "Motion") Plaintiff Dilip Jana's Response to Walmart's Motion to Dismiss (Dkt. 22), Sur-Reply (Dkt. 31), and evidence in support of his Sur-Reply (Dkt. 31-1). After considering the Motion, any response thereto, the record, and the docket, the Court is of the opinion that the Motion should be and hereby is **GRANTED** in its entirety.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff Dilip Jana's Response to Walmart's Motion to Dismiss (Dkt. 22), Sur-Reply (Dkt. 31), and evidence in support of his Sur-Reply (Dkt. 31-1) are hereby stricken from the record and will not be considered by the Court.

**SO ORDERED.**