# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

*In the Matter of:*

DILIP JANA,
    *Plaintiff*

v.

WALMART, INC,
    *Defendant*

Civil Action No. **4:24-cv-00698-SDJ-BD**

Honorable Bill Davis, Honorable Sean D Jordan

---

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN SUR-REPLY (DKT 31)

---

On this day, the Court considered Plaintiff, Dilip Jana,'s Motion for Leave to Exceed Page Limit in Sur-Reply (the "Motion"). The Court determines that the Motion should be GRANTED.

So ORDERED.

DATED: _____

                                                _____

                                                BILL DAVIS

                                                UNITED STATES MAGISTRATE JUDGE