Gmail

Dilip Jana <janadilip@gmail.com>

## Jana v. Walmart 4:24-cv-00698-SDJ-BD: FRCP 26f Conference request

**Morgan.Jones@gtlaw.com** <Morgan.Jones@gtlaw.com>  Tue, Oct 15, 2024 at 8:03 AM
To: janadilip@gmail.com
Cc: Peter.Wahby@gtlaw.com, Holmes.Hampton@gtlaw.com, BeerN@gtlaw.com, mcphersonm@gtlaw.com

Dilip: Thanks for your email. Please see the attached motion to stay we filed last week. After this motion is adjudicated, we'll be in touch.

**Morgan Jones**
Associate

Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200 | Dallas, TX 75201
T +1 214.665.3682 | F +1 214.665.3601
Morgan.Jones@gtlaw.com | www.gtlaw.com | View GT Biography

**GT GreenbergTraurig**

**From:** Dilip Jana <janadilip@gmail.com>
**Date:** October 14, 2024 at 11:41:40 AM CDT
**To:** "Wahby, Peter (Shld-Dal-LT)" <Peter.Wahby@gtlaw.com>, "Jones, Morgan (Assoc-DAL-LT)" <Morgan.Jones@gtlaw.com>
**Subject: Jana v. Walmart 4:24-cv-00698-SDJ-BD: FRCP 26f Conference request**

**\*EXTERNAL TO GT\***

Dear Mr. Peter and Mrs. Morgan:

Welcome to this Jana v. Walmart case, I am excited to work with you.

Rule 26f requires "Except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B) or when the court orders otherwise, parties must confer as soon as practicable".

I am proposing that we meet sometime this week. I can adjust my schedule anytime this week. Please let me know your availability for one hour via zoom or Teams.

Please let me know if you have any questions.

Kind regards,

Dr. Dilip Jana

800 Fairlawn St, Allen, TX 75002.

318-243-9743

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

📎 **2024.10.11 [Walmart-Jana] [Dkt. 18] Mot to Stay Discov or in the Alt to Enlarge Time Enter Schedul Order.pdf**
212K