# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

*In the Matter of:*

DILIP JANA,
*Plaintiff*

v.

WALMART, INC,
*Defendant*

Civil Action No. **4:24-cv-00698-SDJ-BD**

Honorable Bill Davis, Honorable Sean D Jordan

---

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PARTICIPATE IN FED. R. CIV. P. 26(f) CONFERENCE

---

On this day, the Court considered Plaintiff, Dilip Jana,'s Motion to Compel Defendant Walmart Inc to Participate in FED. R. CIV. P. 26(f) Conference (the "Motion"). The Court determines that the Motion should be GRANTED. It is therefore, ORDERED, that the Defendants and Plaintiffs are required to participate in a FED. R. CIV. P. 26(f) conference on or before February \_\_\_ , 2025.

DATED: _____

_____

BILL DAVIS

UNITED STATES MAGISTRATE JUDGE