# EXHIBIT A

**Castañeda, Linda J. (LSS-DAL-LT)**

| | |
|---|---|
| **From:** | Dilip Jana <janadilip@gmail.com> on behalf of Dilip Jana <janadilip@gmail.com> <janadilip@gmail.com> |
| **Sent:** | Tuesday, January 21, 2025 9:43 AM |
| **To:** | Jones, Morgan (Assoc-DAL-LT) |
| **Cc:** | Wahby, Peter (Shld-Dal-LT); Hampton, Holmes (Assoc-DAL-LT); Beer, Naomi (Shld-Den-LT-Labor-EmpLaw) |
| **Subject:** | Re: Oral Argument [Jana v Walmart] |

**\*EXTERNAL TO GT\***

Good morning Morgan.
You have not articulated why we need Oral Arguments at this stage of the litigation where the Complaint itself has serious accusations (one example below) but you have never answered those accusations. In addition to the Complaint, there are multiple false statements and frivolous arguments during the last few filings, so the case will be better presented in written form. I'll submit a "Notice of Waiver of Oral Argument" at a later time (all of my family members including me are sick).


"WALMART'S MATERIALLY FALSE, FRAUDLENT STATEMENTS AND ALTERNATION OF EVIDENCE

Plaintiff believes and has evidence to show that to cover up Walmart s retaliation due to Dr. Jana s protected Whistleblower activities, Walmart and it's attorney s knowingly and willfully ( means that the act was committed voluntarily and purposely, with the specific intent to do something the law forbids; that is to say, with bad purpose either to disobey or disregard the law ) made materially false, fraudulent statements /representation and altered a document for the purpose of committing fraud against OSHA (a Federal Agency) and the Office of the Administrative Law Judges (OALJ) at the US DOE, a Federal Agency; possibly committing further crimes"


Kind regards,

Dr. Dilip Jana

800 Fairlawn St, Allen, TX 75002.

Ph: 318-243-9743



On Thu, Jan 16, 2025 at 9:22 PM <Morgan.Jones@gtlaw.com> wrote:

> Dilip --- We intend to file a motion requesting oral argument on Walmart's pending motions.  Please let us know whether you are opposed.
>
> **Morgan Jones**
> Associate

1

Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200 | Dallas, TX 75201
T +1 214.665.3682  |  F +1 214.665.3601
Morgan.Jones@gtlaw.com   |   www.gtlaw.com   |   View GT Biography



--

Thanks
Dilip

2