# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| DILIP JANA, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:24-cv-00698-SDJ-BD |
| WALMART INC., | § § | |
| Defendant. | § § | |

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

Pending before the Court is Plaintiff Dilip Jana's Motion to Compel Defendant to Participate in Rule 26(f) Conference (the "Motion"). (Dkt. No. 35.) Having considered the Motion and the response thereto, as well as relevant arguments and authorities, the Court finds that the Motion should be denied. It is therefore **ORDERED** that Plaintiff's Motion to Compel Defendant to Participate in Rule 26(f) Conference, (Dkt. No. 35), is **DENIED**.

**SO ORDERED**.