IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **DILIP JANA,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:24-cv-00698-SDJ-BD |
| **WALMART INC.,** | § § § | |
| Defendant. | § | |

**ORDER DENYING PLAINTIFF'S MOTION
FOR LEAVE TO EXCEED PAGE LIMITATION**

Pending before the Court is Plaintiff Dilip Jana's Motion for Leave to Exceed Page Limitation (Dkt. 33; the "Motion"). After considering the Motion, the response thereto, the record, and relevant arguments and authorities, the Court finds that the Motion should be and hereby is **DENIED** in its entirety.

**SO ORDERED.**