UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DILIP JANA | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-698-SDJ |
| | § | |
| WALMART, INC. | § | |

## ORDER

Before the Court is Plaintiff's Emergency Motion for Expedited Trial and Vacate Referral. (Dkt. #44). Having considered the motion, the Court concludes that it should be **DENIED**.

Pursuant to 28 U.S.C. § 636(b) and Local Rule CV-72, this case was referred to Magistrate Judge Bill Davis for all pretrial proceedings. In his motion, Plaintiff fails to identify any legitimate reason to vacate that referral or to expedite trial. Thus, the Court concludes that the motion should be **DENIED**.

It is therefore **ORDERED** that Plaintiff's Emergency Motion for Expedited Trial and Vacate Referral, (Dkt. #44), is **DENIED**.

So ORDERED and SIGNED this 11th day of February, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE