IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DILIP JANA | § | |
| | § | |
| v. | § | NO. 4:24-CV-00698-SDJ-BD |
| | § | |
| WALMART, INC. | § | |

## ORDER

Walmart, Inc. filed an opposed motion for a hearing on several pending motions. Dkt. 36; *see* Dkt. 43 (response). The requested hearing would likely facilitate the court's resolution of those motions.

It is **ORDERED** that the motion for a hearing, Dkt. 36, is **GRANTED**. The hearing is **SET** at 10:00 a.m. on February 24, 2025, at the United States Courthouse, Courtroom 108, 7940 Preston Road, Plano, Texas 75024.

So **ORDERED** and **SIGNED** this 13th day of February, 2025.

_____
Bill Davis
United States Magistrate Judge