IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **DILIP JANA,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:24-cv-00698-SDJ-BD |
| § | |
| **WALMART INC.,** § | |
| § | |
| Defendant. § | |

### NOTICE OF APPEARANCE OF HOLMES HAMPTON

PLEASE TAKE NOTICE that Holmes Hampton with the law firm of Greenberg Traurig, LLP enters his appearance as additional counsel on behalf of Defendant Walmart Inc. and requests that copies of all notices, motions, and other filings be directed to the following address:

> Holmes Hampton
> State Bar No. 24144019
> Holmes.hampton@gtlaw.com
> GREENBERG TRAURIG, LLP
> 2200 Ross Avenue, Suite 5200
> Dallas, Texas 75201
> Telephone: (214) 665-3600
> Fax: (214) 665-3601

Respectfully submitted,

**GREENBERG TRAURIG, LLC**

By: */s/ Holmes Hampton*
    Holmes Hampton
    State Bar No. 24144019
    Holmes.hampton@gtlaw.com
    2200 Ross Avenue
    Suite 5200
    Dallas, Texas 75201
    Telephone: (214) 665-3600
    Fax: (214) 665-3601

*Counsel for Defendant Walmart Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served on all parties via the Court's CM/ECF System on this the 14th day of February, 2025.

*/s/ Holmes Hampton*
Holmes Hampton