# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **DILIP JANA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 4:24-cv-00698-SDJ-BD |
| § | |
| **WALMART INC.,** § | |
| § | |
| **Defendant.** § | |

## DEFENDANT'S NOTICE OF SERVING INITIAL DISCLOSURES

Pursuant to Local Rule CV-26(c), Defendant Walmart Inc. hereby notifies the Court that it has served the disclosures required under FED. R. CIV. P. 26(a)(1) and (2) on Plaintiff.

Dated: April 7, 2025

Respectfully submitted,

**GREENBERG TRAURIG LLP**

*/s/ Peter S. Wahby*
Peter S. Wahby
Texas Bar No. 24011171
peter.wahby@gtlaw.com
Morgan E. Jones
Texas Bar No. 24132301
morgan.jones@gtlaw.com
Holmes H. Hampton
Texas Bar No. 24144019
holmes.hampton@gtlaw.com
Greenberg Traurig LLP
2200 Ross Ave., Suite 5200
Dallas, Texas 75201
Telephone: 214.665.3600
Facsimile:  214.665.3601

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      On April 7, 2025, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notices of electronic filing to all counsel and parties of record.

                                          */s/ Morgan E. Jones*
                                          Morgan E. Jones