EXHIBIT A

Appendix 1

**PROPOSED SCHEDULING ORDER DEADLINES**

The following actions must be completed by the dates indicated. If a deadline or date falls on a Saturday, Sunday, or legal holiday, it shifts forward to the next federal-court business day. *See* Fed. R. Civ. P. 6. The times indicated are the standard for most cases. Counsel should be prepared to explain the need for any requested change.

| Date | Action |
|---|---|
| 5/5/2025<br>1 week after mgmt. conf. | Motion to transfer |
| 6/9/2025<br>6 weeks after mgmt. conf. | Addition of parties |
| 7/7/2025<br>10 weeks after mgmt. conf. | Disclosure of expert testimony in accordance with Federal Rule of Civil Procedure 26(a)(2) and Local Rule CV-26(b) on any issue for which the party bears the burden of proof |
| 7/21/2025<br>12 weeks after mgmt. conf. | Amended pleading by the plaintiff (alongside a motion for leave to amend) |
| 8/4/2025<br>14 weeks after mgmt. conf. | Disclosure of expert testimony in accordance with Federal Rule of Civil Procedure 26(a)(2) and Local Rule CV-26(b) on any issue for which the party does not bear the burden of proof |
| 8/4/2025<br>14 weeks after mgmt. conf. | Defendant's final amended pleading (alongside a motion for leave to amend), except as otherwise provided for by Federal Rule of Civil Procedure 12(a)(4) |
| 8/18/2025<br>16 weeks after mgmt. conf. | Objection to expert testimony on any issue for which the party seeking to introduce the testimony bears the burden of proof (via a motion to strike or limit expert testimony with a copy of the expert's report attached) |
| 9/1/2025<br>18 weeks after mgmt. conf. | Objection to expert testimony on any issue for which the party seeking to introduce the testimony does not bear the burden of proof (via a motion to strike or |

| | |
|---|---|
| | limit expert testimony with a copy of the expert's report attached) |
| _____9/29/2025_____<br>22 weeks after mgmt. conf. | Parties' notification to the court of the name, address, and telephone number of the agreed-upon mediator or a joint request that the court select a mediator |
| _____10/13/2025_____<br>24 weeks after mgmt. conf. | All discovery completed |
| _____11/3/2025_____<br>27 weeks after mgmt. conf. **but no later than 110 days before deadline for submission of proposed joint final pretrial order** | Any motion to dismiss, motion for summary judgment, or other dispositive motion<br><br>Any motion for leave to designate any responsible third party |
| _____11/10/2025_____<br>28 weeks after mgmt. conf. | Mediation completed |
| _____4/1/2026_____<br>6 weeks before final pretrial conf. | Notice of intent to offer certified records |
| _____4/1/2026_____<br>6 weeks before final pretrial conf. | Counsel and unrepresented parties to have contacted opposing counsel and unrepresented parties to determine how they will prepare the proposed joint final pretrial order and joint proposed jury instructions and verdict form (or proposed findings of fact and conclusions of law in any non-jury case) |
| _____4/8/2026_____<br>5 weeks before final pretrial conf. | Any video-deposition designations (Each party that proposes to offer a deposition by video must serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve responses with any objections and requests for additional line and page numbers. Counsel must consult on any objections; only those that cannot be resolved should be presented to the court. The party that filed the initial video-deposition designation must prepare the final edited video in accordance with all parties' designations and the court's rulings on objections.) |

2

| | |
|---|---|
| <u>        4/13/2026        </u><br>30 days before final pretrial conf. | Any motion in limine<br><br>Proposed joint final pretrial order (*see* http://www.txed.uscourts.gov/?q=forms/misc) with exhibit and witness lists |
| <u>        4/29/2026        </u><br>2 weeks before final pretrial conf. | Any response to a motion in limine, if necessary (Most motions in limine can be decided without written responses. If there is a particularly difficult or novel issue, however, the court will need time to review the matter. To save time and space, address only objected-to items; all others will be deemed agreed. Opposing counsel must, within five calendar days of the filing of any response, confer in an attempt to resolve any dispute over the motions in limine. The parties must notify the court of all the issues that are resolved.)<br><br>Any objection to any witness, deposition excerpt, or exhibit listed in the pre-trial order, along with a copy of the exhibit(s) or the pertinent deposition page(s) (Any such objection does not extend the deadline to object to an expert witness. Within five calendar days after the filing of any objection, counsel must confer to determine whether the objection(s) can be resolved without a court ruling. The parties must notify the court of any issue that is resolved.)<br><br>Proposed jury instructions and verdict form (or proposed findings of fact and conclusions of law)<br><br>Proposed voir dire questions |
| Date will be set by court. Usually within 10 days before final pretrial conf. | Hearing on all pending motions and objections |
| May 13, 2026 | 9:00 a.m. final pretrial conference at the United States Courthouse located at 7940 Preston Road in Plano, Texas (This is the date that the parties should be prepared to try the case. All cases on the court's |

3

|  | final pretrial conference docket for this day are set at 9:00 a.m. Before the final pretrial conference date, the court will set a specific time between 9:00 a.m. and 4:00 p.m. for each case, depending on which cases remain on the court's docket.) |
|---|---|
| To be determined | 10:00 a.m. jury selection and trial (or bench trial) at the United States Courthouse located at 7940 Preston Road in Plano, Texas (Cases that remain for trial following the court's pretrial docket will be tried between **June 1–30, 2026**. A specific trial date in this time frame will be selected at the final pretrial conference.) |