<a>
</a>



# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | § § | |
| DILIP JANA | § § | Civil Action No. 4:24-cv-00698-SDJ-BD |
| *Plaintiff,* | § § | |
| v. | § § | |
| WALMART, INC., | § § | |
| *Defendant.* | § | |

### PLAINTIFF'S NOTICE TO THE COURT ON ORDER (DKT 60) TO STRIKE PLAINTIFF'S RESPONSE (DKT 58)

Pro Se Plaintiff, Dilip Jana, respectfully notifies the Court of the Court's Order (Dkt. 60), which struck Plaintiff's Response (Dkt. 58) as "untimely." Plaintiff's Response was originally due on **Friday, April 18, 2025**. However, that date coincided with **Good Friday, which was a court-observed holiday** in the Eastern District of Texas – Sherman Division. (EXHIBIT A). Plaintiff conferred with a Clerk of the Court prior to filing, and was advised that when a filing deadline falls on a court-observed holiday, the filing is considered **timely if submitted on the next business day**—which in this case was **Monday, April 21, 2025**. Plaintiff filed the Response (Dkt. 58) on **Monday, April 21, 2025**, consistent with the Federal Rules of Civil Procedure and the Clerk's guidance. Pursuant to **Federal Rule of Civil Procedure 6(a)(1)(C)**, when the last day of a filing period falls on a legal holiday, the period extends until the end of the next business day that is not a Saturday, Sunday, or legal holiday.

*Pro Se* Plaintiff made every effort to comply with the applicable rules. Plaintiff respectfully states that

the Response was **timely filed** under the Federal Rules and in good faith reliance on Court guidance. Plaintiff respectfully requests that the Court take notice of these facts.

Plaintiff is not requesting Motion to Reconsider; Plaintiff will file separate Motions for requested reliefs except for DENIAL of PROTECTIVE ORDER.

Dated: MAY 1, 2025

Respectfully Submitted,

*[signature: Dilip Kumar Jana]*

DILIP JANA, Plaintiff
*Pro Se*
Telephone : 318-243-9743
Email: janadilip@gmail.com
800 Fairlawn St, Allen, TX, 75002