# EXHIBIT A

4:21 .ıll 5G 44

txed.uscourts.gov

# Welcome to the Eastern District of Texas

NextGen ECF is now LIVE for the Eastern District of Texas!

**The Beaumont Division Clerk's Office will open with a reduced staff from 8-12 on Friday, April 18th. The remaining Clerk's offices will be closed.**

## Current Vacancy Announcements

**Term Law Clerk - Sherman Division - Plano**
Mar 18, 2025

**Career Law Clerk - Sherman Division - Plano**
Mar 18, 2025

**Official Court Reporter - Tyler Division**
Mar 11, 2025

**Official Court Reporter - Tyler Division**
Mar 10, 2025

**Official Court Reporter - Beaumont Division**
Feb 14, 2025

## Human Resources

Career Opportunities
Law Clerk Positions (OSCAR)
Employment Information
Your Employee Rights and How to Report Wrongful Conduct

## Case Information / Questions

Communication Access Coordinator
Court Related Scams - Examples and Information
High Profile Cases