# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | § | |
| | § | |
| DILIP JANA | § | **Civil Action No. 4:24-cv-00698-SDJ-BD** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Hon. Bill Davis; Hon. Sean Jordan** |
| | § | |
| **WALMART, INC.,** | § | |
| *Defendant.* | § | |

---

## PLAINTIFF'S COVER LETTER

---

**EXHIBIT V-2**:   Audio recording    **BLACK FLASH DRIVE**

- **TRANSCRIPTION OF EXHIBIT F-2.m4a**

  *(September 13, 2023 – Feedbackally Meeting)*

  Recorded September 13 2023 | Duration: Approx. 8 minutes (Transcript excerpts)

  Transcribed by Plaintiff (Dilip Jana) | Submitted under Fed. R. Civ. P. 37 and FRE 1002