# EXHIBIT F1

feedbackally.walmart.com/survey/PVj3HV2A7ljeiJB

### What should Infogain continue doing?

Ex. ways of working you liked, approaches you appreciated

Nothing, they should reverse everything.

40/6500

### What should Infogain change?

Ex. ways of working you believe need to change, approaches you that caused difficulties

1. They should share codes and instructions to the Data Science (DS)/Analytics (DA) teams before presenting anything anywhere. There's serious concern on the quality of the work.
2. They should talk to DS and DA team before presenting to Daily meeting, Sr Director/VP/SVP level
3. Stop changing topics frequently, needs to have discussion with Walmart team
4. Be honest, please do not mislead
5. Reduce meetings, have meetings whenever it's needed. STOP daily meetings. First produce results, share the result it with DS/DA team with explanation of methodology, techniques, let DS/DA run the code to validate and feedback, then go to Kyle's team, our Sr Director/VP etc. At that point setup the meeting with the management. Kyle's team and our team spent enormous amount of time to validate their numbers

810/6500

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | § |
| | § |
| DILIP JANA | § Civil Action No. 4:24-cv-00698-SDJ-BD |
| *Plaintiff,* | § |
| | § |
| v. | § |
| | § |
| WALMART, INC., | § |
| *Defendant.* | § |

### AFFIDAVIT TO AUTHENTICATE TRANSCRIPT OF EXHIBIT F-2

Pursuant to 28 U.S.C. § 1746, I, Dr. Dilip Jana, hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief:

1. I am the Plaintiff in the above-captioned case. I make this declaration based on my personal knowledge.

2. On or about September 13, 2023, I participated in-person meeting with Adrian Milbourne at Walmart's Dallas office, during which Mr. Milbourne read aloud employee feedback from an internal Walmart FeedbackAlly survey about vendor Infogain's performance.

3. With my own consent, and in accordance with the one-party consent laws of Texas, I recorded this conversation using a secure recording application installed on my personal device. I have submitted **EXHIBIT F-2** on a black flash drive, and a copy of the recording was provided to