# EXHIBIT V-1

You are viewing Saurabh's screen
View Options
Press (⇧⌘A) to unmute or hold space bar to temporarily unmute
The shared content is fit to your screen. To see the original size, click "Original size" in the menu.
Walmart_Defect Platform_Follow-up Discussion_vF_Updated Post Orals.pptx • Saved
File Home Insert Draw Design Transitions Animations Slide Show Record Review View Help Acrobat TERMinator 10.1 The GC Operate
Confidential \ No Additional Protection
Resource Mix and Responsibilities
Deloitte and Google are committed to working with Walmart to complete the project and are prepared to begin immediately
Deloitte + Google Engagement Team
Engagement Leadership
Engagement Leads
Roland Ehigiamusoe / Dean Sauer
Engagement Delivery
Saurabh Vijayvergia
Advisory Board
Subject Matter Advisors
Mahesh Chandramouli
Spencer Young
Ethel Anderson
Mike Luk
Core Team
Engagement Manager
Engagement Support
Lead Solution Architect
Functional Analyst
UI/UX Designer
Full-stack developers
Data Architect
QA and QC
Report Designer
Data Scientists
Data Engineers
Team Responsibilities
Engagement Leadership • Provide overall guidance for the engagement • Guide the team with leading industry practices in retail and tech
Engagement Manager • Manage end-to-end engagement delivery and quality of work • Coordinate with Walmart team on support and input requireme
Engagement Support • Assist with functional reqs. (e.g., defect taxonomy, OKRs, identification and evaluation, prioritization, RCA) • Support coordination across Walmart, Deloitte, and Google POC
Lead Solution Architect • Design blueprint and scalable architecture of the platform • Manage dependencies and critical path items to deliver the MVP
UI/UX and Report Designer • Create UI/UX designs and wireframes for MVP • Design reports for UI screens
Data Architect • Analyze, plan, and define data architecture framework • Design data ingestion pipelines for MVP use cases
Functional Analyst • Support RCA and case management processes • Drive report creation and insights generation
Data Scientists • Design ML models to identify defects based on Walmart data • Drive model training and refinement to make the platform intell
Data Engineers • Build data engineering pipelines for MVP use cases • Work with Walmart team to ensure data quality
Full-stack Developers • Develop UI screens for the Defect Platform • Develop reports for UI to highlight insights
QA and QC • Design test cases and test scripts for the quality control purpose • Conduct platform testing to identify and fix issues
Legend
Part time, Onsite
Full time, Onsite
Full time, Offshore
13 | Copyright © 2023 Deloitte Development LLC. All rights reserved.
D.
Google
Deloitte
roehigiamusoe
of 24
Accessibility: Investigate
Notes
115%
Unmute
Stop Video
Participants
Chat
Share Screen
Q&A
Show Captions
Reactions
Whiteboards
Leave

