# EXHIBIT V-2

You are viewing Shahid A Mohammed's screen
View Options
Press (⇧⌘A) to unmute or hold space bar to temporarily unmute.
Talking: Shahid A Mohammed
PowerPoint Presentation - Adobe Acrobat Reader (32-bit)
ile Edit View Sign Window Help
Home Tools Infogain_Managem... LP - SOW - Xstore ... Proposal Document FY23_034 - signed.... PowerPoint Present...
Sign In
1 / 2
88.8%
Our Day One MVP Team: We are ready to hit the ground running
Walmart
infogain
Onsite
Asif Khan
Project Manager
• Proficient in delivering end-to-end solutions
• Managing large scale analytics,
• Carve actionable insights & evangelizing the importance of data driven decision-making
Sudeep Haldar
Subject Matter Expert
Collaboration and client handling experience while leading and supporting analytics work plans
Abdurrehman Malekji
AI Tech Lead
• Bringing data science and technology together to provide actionable recommendations
• Solutioning and problem solving with responsibilities of developing and implementing data products
Shahid Mohammed
Account Manager
• Client and stakeholder management
• Extensive experience in partnering with client leaders to develop and improve strategies that are aligned to clients overall business, operations and technology goals in Retail domain.
Offshore
Jahangir Mukhdoomi
Technical Architect
• 10+ years of experience in Big Data, Cloud Computing, Java, Spring, Web Crawling, Full Text Search
Pramod Kumar
Senior Data Scientist
Ability to identify business requirements, maintain, organize and lead the production and deployment of Machine learning models
Darshita Rathore
Data Scientist
Strong analytics and data science skills, time management skills, client interfacing, team player
Gagan Anand
Data Scientist
Expertise in creating Analytical Solutions, Anomaly detection algorithms, Predictive algorithms, etc..
Ruchi Nassa
UI/UX Developer
• Analyze data from various data sources
• Create wireframes based on requirement gathering phase
• Develop interactive dashboards
Practice/Business Heads
Dr Anil Kaul PhD
Chief AI Officer
Harshit Parikh
Senior VP, Intelligent Enterprise
Rajat Narang
Chief Architect, NAVIK
Veera Raghavan
VP, BU Head
Copyright © 2023 Infogain Corporation. All Rights Reserved.
1
Press (⇧⌘A) to unmute or hold space bar to temporarily unmute.
71°F
3:03 PM
3/28/2023
Unmute
Stop Video
Participants
Chat
Share Screen
Q&A
Show Captions
Reactions
Whiteboards
Leave

