# EXHIBIT V-4

You are viewing HO-1FL-Connecting...'s screen
View Options
Defect Engine RFP Review — Saved
Home
Insert
Draw
Design
Transitions
Animations
Slide Show
Review
View
Recording
Acrobat
Tell me
Vendor Breakout
Cognizant
Deloitte/Google
Infogain
Mu Sigm
Data Source Integration
Did not demonstrate capabilities
NLP – LLM Embedding Modeling Descriptive statistics
NLP – Exploratory Analysis Modeling Cross referencing Descriptive statistics
Single source Descriptive stati
Store Level and Item Level Detail
Did not demonstrate capabilities
Data Mapping
Data Mapping
Data Mapping
Prioritization
Volume initially due to time constraints and data
Volume initially due to time constraints and data
Volume initially d time constraints data
Root Cause
Tokenization
Tokenization
Visualization Tokenization
Concept Comprehension and Strategy
Dedication for delivery
Dedication for delivery
RWhy are we planning on to use these capabilities for these applications/use cases/ – identify defects from different sources (feeback sources); store level and item level; prioritization; root cause
1. Business Application
2. How – NLP capabilities, proprietary
3. Technical names for capabilities
4. Tools, Defect Management
Who has what? Translation of technical
Come up with some points on Data Science on why they aren't good enough or quality
Different accelerators, understood the problem, level of granularity, commentary on Salesforce (Deleted after first)
Send link
Defect Engine... Review.pptx
People you specify can e
dilip
Copy link
People you specify can e
Shared with:
Send a Copy
Press (⇧⌘A) to unmute or hold space bar to temporarily unmute.
Unmute
Stop Video
Participants
Chat
Share Screen
Q&A
Show Captions
Reactions
Whiteboards
Leave

