# EXHIBIT V-5



**Kamil Bay**
RE: AI/ML capabilities to identify/classify defects from 48-hr test output
To: Ridhi Mehra, Dilip Jana,  Cc: Adrian Milbourne

April 10, 2023 at 5:47 PM

Details

Hi Ridhi,
I assume we need to cover only the two finalist "Infogain" and "Deloitte". Here are my observations based on the Sample Data ML/AI test:

1. **Infogain**.
   - Very rich descriptive statistics, thoughtful approach. For example, page 10, data being dissected to show "outlier" stores highlighted in red. A bubble chart split into four areas. Beautiful approach to the problem itself.
   - ML/AI modelling shows their ability to "connect the dots" and discern insights not just from one singled out data source, but to cross reference different data sources and deliver interesting insights (slide 19). They were able to produce Defect Categorization of Email using the classes model from the Service Now data. No other vendor has done this.
   - It seems they care about the final output and what it means for the business. They also set follow up meetings, tried to understand what exactly we were looking for. This is neither "pro" or "con", just a side note.
2. **Deloitte**.
   - Excellent execution. The reports are very clean and robust. The structure is so clean and logical, that anyone can understand it, even without any statistical/math background.
   - They used multiple ML/AI techniques and compared the results between them. Delivered multiple statistics accuracy and other tests. However, they did not do the data source cross referencing, due to a time limitation.
   - They didn't ask any follow-up/clarifying questions or set additional meetings. The approach was more like "we got your task, here is your result". They are very independent. We can count on Deloitte to execute on time and deliver robust results with minimum "micromanaging" on our side.