# EXHIBIT V-6

**Subject:** Re: Infogain's Cost for POC
**Date:** Monday, August 14, 2023 at 2:54:29 PM Central Daylight Time
**From:** Dilip Jana
**To:** Kamil Bay
**BCC:** Dilip Jana
**Attachments:** image001.png, image002.png, image003.png, image004.png, image005.png

And POC did not start until Monday 26th of June, 2023, correct?

**From:** Kamil Bay <kamil.bay@walmart.com>
**Date:** Monday, August 14, 2023 at 2:49 PM
**To:** Dilip Jana <dilip.jana@walmart.com>
**Subject:** Re: Infogain's Cost for POC

I need to look up that new email you are correct

Get Outlook for iOS

**From:** Kamil Bay <kamil.bay@walmart.com>
**Sent:** Monday, August 14, 2023 2:49:10 PM
**To:** Dilip Jana <dilip.jana@walmart.com>
**Subject:** Re: Infogain's Cost for POC

Yes there is another that was recent

Get Outlook for iOS

**From:** Dilip Jana <dilip.jana@walmart.com>
**Sent:** Monday, August 14, 2023 2:48:13 PM
**To:** Kamil Bay <kamil.bay@walmart.com>
**Subject:** Infogain's Cost for POC

Is $270K was the final? I thought there's another $100K for extension of time or something like that, if I remember correctly from our conversation. Can you please send me that time extension and $ extension email if you have?

So what's the final cost for the POC? Around ~$270+$100 ~$400K?

**From:** Dilip Jana <dilip.jana@walmart.com>
**Date:** Monday, August 14, 2023 at 2:38 PM
**To:** Kamil Bay <kamil.bay@walmart.com>
**Subject:** FW: Updated Infogain Cost

It says MVP, I thought 13 weeks POC, isn't it?

I am under the impression that that this is the last week of POC, not MVP. But the attached file showed the price for MVP, it should be POC, isn't it?

You and I had a conversation on last Friday regarding MVP, if I remember correctly, you mentioned that Friday was the last date to sign MVP contracts which will be for next 13 or whatever weeks are, isn't it?

**From:** Kamil Bay <kamil.bay@walmart.com>
**Date:** Tuesday, April 11, 2023 at 8:19 PM
**To:** Ridhi Mehra <Ridhi.Mehra@walmart.com>, Adrian Milbourne <Adrian.Milbourne@walmart.com>, Dilip Jana <dilip.jana@walmart.com>
**Subject:** Updated Infogain Cost

Team,
Infogain cost is $270k. Below is the explanation why the RFP says $180K, however if we want "onsite", it will be $270K.

**From:** Shahid A. Mohammed <ShahidA.Mohammed@infogain.com>
**Sent:** Tuesday, April 11, 2023 8:15 PM
**To:** Kamil Bay <kamil.bay@walmart.com>
**Subject:** EXT: RE: Cost breakdown

**EXTERNAL:** Report suspicious emails to **Email Abuse.**

Kamil,

I understand where the confusion is, we had provided 2 Cost options for the MVP as per Adrian's feedback he wanted an Option 2 with 100% PM & AI Tech Lead at onsite during the MVP phase. Attached both the options and hope this helps

Option 1 ($180k) – Partial Onsite (PM & SME) at reduced capacity working remote and rest offshore
Option 2 ($270k) – 100% Onsite (PM & AI Tech Lead) + Partial SME and rest offshore

Regards,



**Shahid Mohammed** | Associate Vice President
**M:** (915) 234 0389
infogain.com | Engineering Business Outcomes

 



**From:** Kamil Bay <kamil.bay@walmart.com>
**Sent:** Tuesday, April 11, 2023 9:05 PM
**To:** Shahid A. Mohammed <ShahidA.Mohammed@infogain.com>
**Subject:** RE: Cost breakdown

**EXTERNAL:** This message was sent from outside of Infogain. Please do not click links or open attachments unless you know the content is safe.

I'm somewhat confused. The RFP I got shows 180. Is the 180 POC, and 270 MVP? Is there a typo?

## Commercials 

| Deliverable | Timeline | Total Cost (USD) |
|---|---|---|
| MVP | 13 weeks | $180,000 |

### INVESTMENTS

Infogain is proposing below investments building on program synergies as we enter scaled implementation of Walmart's defect platform:

- 100% cost of the MVP phase which will be invested back into the program during the implementation phase.
- Infogain will work on a volume rebate with Walmart which will be applied to this program, further optimizing costs of this engagement

### COST ASSUMPTIONS

- The above cost is based on the current scope of deliverables. Any change in scope will have an impact on the current costs
- The sample outputs shown and costs in the document are indicative and may vary depending on the availability of data

### PAYMENT TERMS

- All applicable taxes will be charged extra
- 50% advance and 50% at the end of the project, to be paid within 30 days of invoice being raised

Copyright © 2023 Infogain Corporation. All Rights Reserved.

45

---

**From:** Shahid A. Mohammed <ShahidA.Mohammed@infogain.com>
**Sent:** Tuesday, April 11, 2023 6:22 PM
**To:** Kamil Bay <kamil.bay@walmart.com>
**Subject:** EXT: RE: Cost breakdown

**EXTERNAL:** Report suspicious emails to **Email Abuse.**

Hi Kamil,

Attached is the costing and team structure slide that we presented, this includes the cost for 13 weeks of MVP phase which includes staffing cost, laptops to Infogain team, travel cost for onsite team during initial phase to be in Bentonville.

The resource headcount provided is for 100% capacity for all resources mentioned in the Slide 2 except for the onsite SME (Sudeep Haldar) who will be utilized partially on need basis.

Hope this helps, let me know if you have any questions.

Regards,



Shahid Mohammed | Associate Vice President
M: (915) 234 0389
infogain.com | Engineering Business Outcomes

 



3 of 4

**From:** Kamil Bay <kamil.bay@walmart.com>
**Sent:** Tuesday, April 11, 2023 6:17 PM
**To:** Shahid A. Mohammed <ShahidA.Mohammed@infogain.com>
**Subject:** Cost breakdown

**EXTERNAL:** This message was sent from outside of Infogain. Please do not click links or open attachments unless you know the content is safe.

Shahid, quick Question. If possible, could you, please provide an answer as soon as you can? Is there any cost breakdown available for the POC? Are there any "moving parts": reporting costs, logic cost, pipeline cost, data science cost, and all that adds up to the final POC cost? If you do have such a breakdown, could you, please provide to me ?  thank you !

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee and access to it by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken based on it, is strictly prohibited and may be unlawful.