# EXHIBIT V-7

# Commercials – Option 1



| Deliverable | Timeline | Total Cost (USD) |
|---|---|---|
| MVP | 13 weeks | $180,000 |

## INVESTMENTS

Infogain is proposing below investments building on program synergies as we enter scaled implementation of Walmart's defect platform:

- 100% cost of the MVP phase which will be invested back into the program during the implementation phase.
- Infogain will work on a volume rebate with Walmart which will be applied to this program, further optimizing costs of this engagement

## COST ASSUMPTIONS

- The above cost is based on the current scope of deliverables. Any change in scope will have an impact on the current costs
- The sample outputs shown and costs in the document are indicative and may vary depending on the availability of data

## PAYMENT TERMS

- All applicable taxes will be charged extra
- 50% advance and 50% at the end of the project, to be paid within 30 days of invoice being raised

Copyright © 2023 Infogain Corporation. All Rights Reserved.

1




## Commercials (Option 2)



| Deliverable | Timeline | Total Cost (USD) |
|---|---|---|
| MVP | 13 weeks | $270,000 |

### INVESTMENTS

Infogain is proposing below investments building on program synergies as we enter scaled implementation of Walmart's defect platform:

- 100% cost of the MVP phase which will be invested back into the program during the implementation phase.
- Infogain will work on a volume rebate with Walmart which will be applied to this program, further optimizing costs of this engagement

### COST ASSUMPTIONS

- The above cost is based on the current scope of deliverables. Any change in scope will have an impact on the current costs
- The sample outputs shown and costs in the document are indicative and may vary depending on the availability of data

### PAYMENT TERMS

- All applicable taxes will be charged extra
- 50% advance and 50% at the end of the project, to be paid within 30 days of invoice being raised

Copyright © 2023 Infogain Corporation. All Rights Reserved.

