# EXHIBIT A-1

| | |
|---|---|
| **From:** | Dilip Jana <janadilip@gmail.com> |
| **Sent:** | Monday, April 7, 2025 4:49 PM |
| **To:** | Castañeda, Linda J. (LSS-DAL-LT) |
| **Cc:** | Jones, Morgan (Assoc-DAL-LT); Wahby, Peter (Shld-Dal-LT); Hampton, Holmes (Assoc-DAL-LT); McPherson, Michele J. (LSS-Dal-LT) |
| **Subject:** | 4:24-cv-00698-SDJ-BD: Plaintiff's Initial Disclosure |
| **Attachments:** | Plaintiff_Initial_Disclosure.pdf |

**\*EXTERNAL TO GT\***

Dear All:

   I have attached Plaintiff's Initial Disclosure. Please let me know if you have difficulties in accessing files from the google drive or if you have any questions.

Kind Regards,
Dr. Dilip Jana
800 Fairlawn St, Allen, TX 75002.
Ph: 318-243-9743

On Mon, Apr 7, 2025 at 3:04 PM <Linda.Castaneda@gtlaw.com> wrote:

> Dear Mr. Jana,
>
> Attached please find Defendant Walmart Inc.'s Initial Disclosures.
>
> Best regards,
>
> **Linda Castañeda**
> Legal Support Specialist
>
> Greenberg Traurig, LLP
> 2200 Ross Avenue | Suite 5200 | Dallas, TX 75201
> T +1 214.665.3758  |  F +1 214.665.3601
> Linda.Castaneda@gtlaw.com  |  www.gtlaw.com
>
> 

1

--
Thanks
Dilip

2