# EXHIBIT A-3

| | |
|---|---|
| **From:** | Jones, Morgan (Assoc-DAL-LT) |
| **Sent:** | Thursday, June 19, 2025 4:24 PM |
| **To:** | Dilip Jana; Wahby, Peter (Shld-Dal-LT); Hampton, Holmes (Assoc-DAL-LT) |
| **Subject:** | RE: Case 4:24-cv-00698-SDJ-BD: Link for the Impeached audio EXHIBIT F-2.m4a [Jana v Walmart] |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Received.  Thank you, Dilip.  We noticed you stated in your filing yesterday that Walmart has not provided initial disclosures or produced documents.  As a reminder, Walmart's initial disclosures were emailed to you on April 7th and Walmart's first production was emailed to you on June 9th.  If you are unable to locate these emails in your inbox, please let us know and we can forward them to you.

Also, as noted in the file transfer email itself, the download link for Walmart's production expires today (6/19).  Our firm's file transfer system does not allow download links to remain active indefinitely. We understand from your letter dated June 10th that you object to Walmart's production and, accordingly, have not yet accessed the materials.  If you change your mind and later decide you want to review the production, please let us know, and we will be happy to provide you with a new download link.


**Morgan Jones**
Associate

Greenberg Traurig, LLP
2200 Ross Avenue | Suite 5200 | Dallas, TX 75201
T +1 214.665.3682  |  F +1 214.665.3601
Morgan.Jones@gtlaw.com   |   www.gtlaw.com   |   View GT Biography



---

**From:** Dilip Jana <janadilip@gmail.com>
**Sent:** Thursday, June 19, 2025 8:06 AM
**To:** Wahby, Peter (Shld-Dal-LT) <Peter.Wahby@gtlaw.com>; Jones, Morgan (Assoc-DAL-LT) <Morgan.Jones@gtlaw.com>; Hampton, Holmes (Assoc-DAL-LT) <Holmes.Hampton@gtlaw.com>
**Subject:** Case 4:24-cv-00698-SDJ-BD: Link for the Impeached audio EXHIBIT F-2.m4a

**\*EXTERNAL TO GT\***

Dear Counsels:
Here is the link for the impeached audio (EXHIBIT F-2.m4a) that I submitted yesterday.


https://drive.google.com/drive/folders/1dxCOvALuFbq_k1rKAUqxR3rPtMXKk1AH?usp=sharing

Kind regards,
Dr. Dilip Jana
800 Fairlawn St, Allen, TX 75002.

Ph: 318-243-9743
EMail: janadilip@gmail.com