# **EXHIBIT A-5**

Skip to main content   r/Crowdfunding ✕   Search in r/Crowdfunding                Log In   ⋯

 **r/Crowdfunding** • 2 mo. ago
Long_Piece_4820

## Walmart whistleblower



gofund.me                                                                                   Open

My name is Dr. Dilip Jana. I am a nuclear and particle physicist, data science leader, and whistleblower who has spent my career making meaningful contributions to science and technology. I was employed as the Director of Data Science at Walmart Corporate until I was fired just one week after I reported serious allegations of fraud, corruption, and embezzlement to the U.S. Department of Justice (DOJ).

Prior to contacting the DOJ, I also reported these concerns internally to Walmart Ethics, highlighting potential violations of federal antitrust law under Criminal Antitrust Anti-retaliation Act ("CAARA"), the Foreign Corrupt Practices Act ("FCPA"), and shareholder fraud under the Sarbanes-Oxley Act ("SOX"). Rather than addressing these issues, Walmart shut down the internal investigation, retaliated against me, and ultimately terminated my employment.

I am now fighting without legal representation in U.S. Federal Court (Case #4:24-cv-00698) under Whistleblower statues CAARA and SOX. This is the first antitrust whistleblower protection claim of its kind in a U.S. Federal District Court.

Despite my track record—including saving Walmart over $250 million gross merchandise value, authoring a patent filed in 2023, publishing in top journals like Nature and Science, and being part of the Higgs boson discovery team —my professional and personal life has been devastated. My reputation has been damaged, I have been



The whistleblower justice system is broken. It urgently needs the attention of the U.S. Congress and the President. My fellow whistleblower John Barnett of Boeing fought for seven years without justice before his tragic death. OpenAI whistleblower Suchir Balaji also died under mysterious circumstances. A private investigator from Bentonville, AR (coincidentally Walmart's Corporate Headquarters) followed me on social media, and shortly after that an unidentified gunman attempted to take my life. Thankfully I was unharmed, but other whistleblowers haven't been so fortunate. Local law enforcement and the FBI have been notified. My safety, and that of my family, remains at risk.

This fight is not just about me—it's about setting a precedent for every American employee who dares to speak out when they witness wrong doing. Help me fight against the Corporate Code of Silence.

Whistleblowers play a vital role in upholding integrity within powerful institutions, but the personal cost can be overwhelming. By supporting this campaign, you are sending a message that truth and accountability matter, and that those who risk everything to expose corruption should not have to stand alone.

I am humbly asking for your help. I need funds to continue my legal battle, protect my family, and raise awareness about the critical importance of whistleblower protections. Any donation, no matter how small, is deeply appreciated. Your support will help me stand up against corporate retaliation and fight for accountability that benefits all Americans.

Thank you for standing with me.

0    2    Share

Join the conversation

Sort by: Best        Search Comments

**Frondswithbenefits** • 2mo ago

What fraud did you uncover?

1    Reply

**Long_Piece_4820** OP • 2mo ago

Well, as a Whistleblower I reasonably believed Antitrust violations (for example Procurement fraud), FCPA violations. Accounting reporting fraud to Shareholders and reported to Walmart Ethics as well as Department of Justice.

FYI Walmart settled FCPA violations with Department of Justice few years ago for more than $280 million dollars in addition to $990 million for attorneys fees

https://corporate.walmart.com/news/2019/06/20/walmart-reaches-agreements-with-the-doj-and-the-sec-to-resolve-their-fcpa-investigations



## Story

My name is Dr. Dilip Jana. I am a nuclear and particle physicist, data science leader, and whistleblower who has spent my career making meaningful contributions to science and technology. I was employed as the Director of Data Science at Walmart Corporate until I was fired just one week...

Read more

Donation protected

My name is Dr. Dilip Jana. I am a nuclear and particle physicist, data science leader, and whistleblower who has spent my career making meaningful contributions to science and technology. I was employed as the Director of Data Science at Walmart Corporate until I was fired just one week after I reported serious allegations of fraud, corruption, and embezzlement to the U.S. Department of Justice (DOJ).

Prior to contacting the DOJ, I also reported these concerns internally to Walmart Ethics, highlighting potential violations of federal antitrust law under Criminal Antitrust Anti-retaliation Act ("CAARA"), the Foreign Corrupt Practices Act ("FCPA"), and shareholder fraud under the Sarbanes-Oxley Act ("SOX"). Rather than addressing these issues, Walmart shut down the internal investigation, retaliated against me, and ultimately terminated my employment.

I am now fighting without legal representation in U.S. Federal Court (Case #4:24-cv-00698) under Whistleblower statues CAARA and SOX. This is the first antitrust whistleblower protection claim of its kind in a U.S. Federal District Court.

Despite my track record—including saving Walmart over $250 million gross merchandise value, authoring a patent filed in 2023, publishing in top journals like Nature and Science, and being part of the Higgs boson discovery team—my professional and personal life has been devastated. My reputation has been damaged, I have been blacklisted from employment, and my home is now in foreclosure. I am at risk of becoming homeless with my five minor children.

The whistleblower justice system is broken. It urgently needs the attention of the U.S. Congress and the President. My fellow whistleblower John Barnett of Boeing fought for seven years without justice before his tragic death. OpenAI whistleblower Suchir Balaji also died under mysterious circumstances. A private investigator from Bentonville, AR (coincidentally Walmart's Corporate Headquarters) followed me on social media, and shortly after that an unidentified gunman attempted to take my life. Thankfully I was unharmed, but other whistleblowers haven't been so fortunate. Local law enforcement and the FBI have been notified. My safety, and that of my family, remains at risk.

This fight is not just about me—it's about setting a precedent for every American employee who dares to speak out when they witness wrong doing. Help me fight against the Corporate Code of Silence.

Whistleblowers play a vital role in upholding integrity within powerful institutions, but the personal cost can be overwhelming. By supporting this campaign, you are sending a message that truth and

accountability matter, and that those who risk everything to expose corruption should not have to stand alone.

I am humbly asking for your help. I need funds to continue my legal battle, protect my family, and raise awareness about the critical importance of whistleblower protections. Any donation, no matter how small, is deeply appreciated. Your support will help me stand up against corporate retaliation and fight for accountability that benefits all Americans.

Thank you for standing with me.
LinkedIn
Facebook
Federal Lawsuit
Kick out from DOL

— Dr. Dilip Jana

Show your support for this GoFundMe

Donate    Share

## Donations (9)

This fundraiser is located near you

See all

## Organizer

**Aubrey Goodson**
Organizer
Allen, TX

Contact

## Words of support

Please donate to share words of support.