# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN THE MATTER OF: § | |
| § | |
| DILIP JANA § | Civil Action No. 4:24-cv-00698-SDJ-BD |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | |
| WALMART, INC., § | |
| *Defendant.* § | |



FILED
JUN 3 0 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

### PLAINTIFF'S NOTICE OF INITIAL DISCLOSURE AND SUPPLEMENTAL INITIAL DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and Local Rule CV-26(c), **Pro Se** Plaintiff Dilip Jana hereby notifies the Court that:

- Plaintiff served Initial Disclosures on April 7, 2025, to Defendant Walmart Inc., and
- Plaintiff supplemented those disclosures on June 25, 2025.

Plaintiff submits this Notice to comply with the requirements of the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of Texas.

Dated: June 30, 2025

Respectfully Submitted,

*[signature: Dilip Kum Jana]*

DILIP JANA, Plaintiff
*Pro Se*
Telephone : 318-243-9743
Email: janadilip@gmail.com
800 Fairlawn St, Allen, TX, 75002

## CERTIFICATE OF SERVICE

On June 30, 2025, a true and correct copy of the foregoing was served upon the following through the Court's CM/ECF system:

| | | |
|---|---|---|
| Peter S. Wahby | Morgan E. Jones | Holmes H. Hampton |
| Texas Bar No. 24011171 | Texas Bar No. 24132301 | Texas Bar No. 24144019 |
| Peter.wahby@gtlaw.com | Morgan.jones@gtlaw.com | holmes.hampton@gtlaw.com |

GREENBERG TRAURIG LLP
2200 Ross Ave, Suite 5200 Dallas, Texas 75201
Telephone: 214.665.3600
Facsimile: 214.665.3601
ATTORNEYS FOR DEFENDANT WALMART INC.

Dated: June 30, 2025

Respectfully Submitted

*[signature: Dilip Kum Jana]*

Dilip Jana, pro se Plaintiff
Tel: 318-243-9743
EMail: janadilip@gmail.com
800 Fairlawn St, Allen, TX, 75002