### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **DILIP JANA** § | |
| § | |
| v.  § | NO. 4:24-CV-00698-SDJ-BD |
| § | |
| **WALMART, INC.** § | |

### ORDER

Pro se plaintiff Dilip Jana filed a motion to set aside the court's previous order and for sanctions. Dkt. 71; *see* Dkt. 66 (previous order). The court will strike the motion but grant Jana the opportunity to refile.

"Each pleading, motion, or response to a motion must be filed as a separate document, except for motions for alternative relief (e.g., a motion to dismiss or, alternatively, to transfer)." Loc. R. CV-7(a). And "[n]on-dispositive motions shall not exceed fifteen pages, excluding attachments, unless leave of court is first obtained." *Id.* CV-7(a)(2).

Jana's filing combines two motions (a motion for reconsideration and a motion for sanctions) and exceeds the court's page limitations.

It is **ORDERED** that the motion, Dkt. 71, is **STRUCK**. Jana may refile his requests in a form that complies with the local rules.

So **ORDERED** and **SIGNED** this 8th day of July, 2025.

_____
Bill Davis
United States Magistrate Judge