# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | § § | |
| DILIP JANA | § § | Civil Action No. 4:24-cv-00698-SDJ-BD |
| *Plaintiff,* | § § | |
| v. | § § |  |
| WALMART, INC., | § § | JUL 0 8 2025 |
| *Defendant.* | § § | CLERK, U.S. DISTRICT COURT TEXAS EASTERN |

### PLAINTIFF'S SUPPLEMENTAL NOTICE (Dkt 68) REGARDING DEMAND FOR CLARIFICATION ON PRIVILEGE ASSERTION

***Pro Se*** Plaintiff Dr. Dilip Jana respectfully files this Supplemental Notice to preserve the record and supplement Plaintiff's Notice of Demand for Clarification Regarding Privilege Assertion (Dkt. 68) filed on June 30, 2025, concerning Defendant Walmart Inc.'s assertion of attorney-client privilege and/or work product protection over EXHIBIT 2 (Complaint, Dkt. 13, PageID# 299) and other documents currently withheld.

As detailed in Dkt. 68 and the Demand for Clarification served on June 30, 2025 (attached there as Exhibit A), Plaintiff requested that Defendant clarify its position regarding its privilege assertion over EXHIBIT 2 and other withheld documents, and produce a Rule 26(b)(5)(A) privilege log certified under Rule 26(g) by Walmart's lead counsel, Peter Wahby, by 5:00 p.m. Central Time on July 7, 2025. As of the filing of this Supplemental Notice, it is **July 8, 2025, at 3:00 p.m. Central**, and Plaintiff has not received any response or clarification from Walmart. Plaintiff files this Supplemental

Notice to ensure the record is clear that Walmart failed to provide the requested clarification, certification, or privilege log within the stated deadline, despite Plaintiff's good-faith efforts to confer under Rule 37(a)(1). Plaintiff reserves all rights to seek discovery sanctions under Rule 37 and will note Defendant's failure to clarify its position in any forthcoming filings.

Plaintiff further notes for the record that in Dkt. 51, Walmart's first Motion for Protective Order, on April 4, 2025 Walmart stated:

> *"Rather, Walmart seeks entry of a protective order to provide the parties with clear guidelines for the handling of confidential information, to facilitate orderly and efficient discovery, and to prevent the unharnessed disclosure of sensitive information."*

Plaintiff notes that Walmart's current failure to clarify its privilege assertion and produce a privilege log, despite Plaintiff's demand and while a protective order is now in place, is inconsistent with Walmart's stated goal of facilitating orderly and efficient discovery.

Dated: July 8, 2025

Respectfully Submitted,

*Dilip Kum Jana*
DILIP JANA, Plaintiff
*Pro Se*
Telephone : 318-243-9743
Email: janadilip@gmail.com
800 Fairlawn St, Allen, TX, 75002

## CERTIFICATE OF SERVICE

On July 8, 2025, a true and correct copy of the foregoing was served upon the following through the

Court's CM/ECF system:

| | | |
|---|---|---|
| Peter S. Wahby | Morgan E. Jones | Holmes H. Hampton |
| Texas Bar No. 24011171 | Texas Bar No. 24132301 | Texas Bar No. 24144019 |
| Peter.wahby@gtlaw.com | Morgan.jones@gtlaw.com | holmes.hampton@gtlaw.com |

GREENBERG TRAURIG LLP
2200 Ross Ave, Suite 5200 Dallas, Texas 75201
Telephone: 214.665.3600
Facsimile: 214.665.3601
ATTORNEYS FOR DEFENDANT WALMART INC.

Dated: July 8, 2025

                                                         Respectfully Submitted

                                                         Dilip Jana, pro se Plaintiff
                                                         Tel: 318-243-9743
                                                         EMail: janadilip@gmail.com
                                                         800 Fairlawn St, Allen, TX, 75002