# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF:<br><br>DILIP JANA<br>*Plaintiff,*<br><br>v.<br><br>WALMART, INC.,<br>*Defendant*. | § § § § § § § § § § § | Civil Action No. 4:24-cv-00698-SDJ-BD<br><br>**FILED**<br>JUL 1 1 2025<br>CLERK, U.S. DISTRICT COURT<br>TEXAS EASTERN |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF RULE 34 REQUESTS FOR PRODUCTION PENDING COURT RESOLUTION OF DISCOVERY MOTIONS**

**TO THE HONORABLE COURT**

Pursuant to Federal Rules of Civil Procedure 26(b), 34(b)(2)(A), and this Court's inherent authority to manage discovery, Plaintiff Dr. Dilip Jana, **pro se**, hereby withdraws Plaintiff's March 28, 2025 Rule 34 Requests for Production ("RFPs") served upon Defendant Walmart Inc., pending the Court's resolution of Plaintiff's pending discovery motions, including:

- Plaintiff's Motion to Compel Walmart's Responses to Interrogatories Nos. 1–4 and for In-Camera Review of EXHIBITS 1 and 2 of the Complaint (Dkt. 13);

- PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER (DKT. 66) AND REQUEST FOR DISTRICT JUDGE REVIEW

# I. Purpose and Basis

1. **Preservation of Rights:**

Plaintiff's withdrawal of the RFPs is a protective procedural measure designed to preserve Plaintiff's rights and to prevent prejudice from Defendant's threatened unsolicited or procedurally improper "second round" document productions while key disputes remain pending before the Court.

2. **Avoidance of Prejudice:**

Defendant has indicated an intent to produce additional documents, despite ongoing disputes regarding:

- Failure to produce a timely privilege log;
- Improper blanket privilege assertions;
- Improper and uncertified June 9, 2025 production;
- Plaintiff's pending demand for native format production with metadata and hash values for authentication;
- Pending motions for in-camera review and sanctions.

Producing documents under these disputed circumstances would prejudice Plaintiff's ability to challenge authenticity, privilege, and completeness, and would undermine the integrity of the proceedings.

3. **No Waiver:**

This withdrawal:

- Does not constitute a waiver of Plaintiff's right to re-serve RFPs after the Court resolves pending discovery disputes.

- Does not waive any objections or rights related to discovery or evidence admissibility.

- Preserves Plaintiff's position that Walmart's pending and prior productions were untimely, procedurally defective, and noncompliant with Rule 26(a)(1)(A)(ii), Rule 34, Rule 26(b)(5)(A), and Dkt. 60.

4. **Court Supervision:**

Plaintiff requests that the Court require no further document production from Walmart under the withdrawn RFPs pending resolution of the motions, to avoid additional disputes, improper "document dumps," and potential spoliation concerns.

## II. Reservation of Rights

Plaintiff expressly reserves:

- The right to re-serve the withdrawn RFPs in the same or modified form after the Court's ruling on the pending motions;

- The right to seek sanctions and preclusion of improperly produced documents under Rule 37 if Walmart attempts to circumvent this withdrawal;

- All objections and challenges to any documents Walmart has produced or may attempt to produce in the interim.

WHEREFORE, Plaintiff respectfully notifies the Court and Defendant that Plaintiff's March 28, 2025 Rule 34 Requests for Production are hereby withdrawn, without prejudice, pending the Court's resolution of Plaintiff's pending discovery motions.

Date : July 11, 2025

                                      Respectfully Submitted,

                                      *Dilip Kumar Jana*
                                      DILIP JANA, Plaintiff
                                      *Pro Se*
                                      Telephone : 318-243-9743
                                      Email: janadilip@gmail.com
                                      800 Fairlawn St, Allen, TX, 75002

## CERTIFICATE OF SERVICE

On July 11, 2025, a true and correct copy of the foregoing was served upon the following through the Court's CM/ECF system:

| | | |
|---|---|---|
| Peter S. Wahby | Morgan E. Jones | Holmes H. Hampton |
| Texas Bar No. 24011171 | Texas Bar No. 24132301 | Texas Bar No. 24144019 |
| Peter.wahby@gtlaw.com | Morgan.jones@gtlaw.com | holmes.hampton@gtlaw.com |

GREENBERG TRAURIG LLP
2200 Ross Ave, Suite 5200 Dallas, Texas 75201
Telephone: 214.665.3600
Facsimile: 214.665.3601
ATTORNEYS FOR DEFENDANT WALMART INC.

Respectfully Submitted

*/s/ Dilip Kumar Jana*

Dilip Jana, pro se Plaintiff
Tel: 318-243-9743
EMail: janadilip@gmail.com
800 Fairlawn St, Allen, TX, 75002