# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | § § § | |
| DILIP JANA<br>*Plaintiff,* | § § § | Civil Action No. 4:24-cv-00698-SDJ-BD |
| v. | § § § |  |
| WALMART, INC.,<br>*Defendant.* | § § § | |

## PLAINTIFF'S SUPPLEMENTAL NOTICE IN SUPPORT OF DKT. 77 (OBJECTION TO DKT. 66)

TO THE HONORABLE DISTRICT JUDGE SEAN D. JORDAN:

Plaintiff respectfully files this Supplemental Notice in support of Dkt. 77, *"Plaintiff's Objections to Magistrate Judge's [66] Memorandum & Opinion, Order and Request for District Judge Review,"* to further demonstrate that Defendant Walmart made material misrepresentations in its Second Motion for Protective Order (Dkt. 63), and that the Magistrate Judge's ruling in Dkt. 66 was both procedurally and substantively defective.

Since the filing of Dkt. 77, Plaintiff has submitted two additional pleadings directly relevant to the issues raised therein:

1. Dkt. 80 – *"PLAINTIFF'S MOTION FOR SANCTIONS, PRIVILEGE WAIVER, AND FINDING OF FRAUD ON THE COURT UNDER RULES 26(g), 26(b)(5), 37(c), AND THE*

COURT'S INHERENT AUTHORITY: WALMART'S MISREPRESENTATIONS IN DKT. 65 AND DKT. 76"

This motion outlines, in detail, the false representations made by Walmart in its Reply (Dkt. 65) and Notice (Dkt. 76), and their direct influence on the Court's issuance of the Protective Order in Dkt. 66.

2. Dkt. 81 – "PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S STRIKING OF DKT. 75 AND MOTION TO REINSTATE DKT. 75 FOR DISTRICT JUDGE REVIEW UNDER RULE 72(a)"

This objection addresses the striking of Plaintiff's Motion to Compel (Dkt. 75) less than 25 minutes after the filing of Dkt. 77, raising serious concerns regarding retaliatory timing, procedural irregularities, and unequal enforcement of Local Rule CV-7(h) versus CV-7(i).

Plaintiff respectfully requests that the Court consider Dkt. 80 and Dkt. 81 as part of the record when evaluating the merits of Dkt. 77, and in determining whether the Magistrate Judge's issuance of the Protective Order (Dkt. 66) should be vacated for cause, including discovery misconduct, procedural impropriety, and fraud upon the Court.

Dated: July 14, 2025

Respectfully Submitted,

*Dilip Kumar Jana*
DILIP JANA, Plaintiff
*Pro Se*
Telephone : 318-243-9743
Email: janadilip@gmail.com
800 Fairlawn St, Allen, TX, 75002

## CERTIFICATE OF SERVICE

On July 14, 2025, a true and correct copy of the foregoing was served upon the following through the Court's CM/ECF system:

Peter S. Wahby  
Texas Bar No. 24011171  
Peter.wahby@gtlaw.com

Morgan E. Jones  
Texas Bar No. 24132301  
Morgan.jones@gtlaw.com

Holmes H. Hampton  
Texas Bar No. 24144019  
holmes.hampton@gtlaw.com

GREENBERG TRAURIG LLP  
2200 Ross Ave, Suite 5200 Dallas, Texas 75201  
Telephone: 214.665.3600  
Facsimile: 214.665.3601  
ATTORNEYS FOR DEFENDANT WALMART INC.  
Dated: July 14, 2025

Respectfully Submitted

*Dilip Kumar Jana*

Dilip Jana, pro se Plaintiff  
Tel: 318-243-9743  
EMail: janadilip@gmail.com  
800 Fairlawn St, Allen, TX, 75002