# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | § | |
| | § | |
| DILIP JANA | § | Civil Action No. 4:24-cv-00698-SDJ-BD |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| WALMART, INC., | § | |
| *Defendant.* | § | |



---

### PLAINTIFF'S NOTICE REGARDING WALMART'S NON-COMPLIANT JULY 18, 2025 PRODUCTION UNDER RULE 26(g)

---

***Pro Se*** Plaintiff Dr. Dilip Jana respectfully submits this Notice to inform the Court that on July 18, 2025, Walmart served a purported "Supplemental production" of documents **via email from paralegal Christina DeLeon**. This production consisted of password-protected files and was not accompanied by any certification or signature as required by Federal Rule of Civil Procedure 26(g). Nor did Walmart identify the applicable discovery request, disclosure category, or designate whether any of the materials are subject to the Protective Order currently in effect.

Prior to this production, Plaintiff had formally placed Walmart on notice of these procedural requirements by filing Dkt. 84 on July 17, 2025, explicitly advising that any further document productions must comply with Rule 26(g) and include appropriate authenticity safeguards. Despite this clear notice, Walmart proceeded with an uncertified and ambiguously labeled production.

Plaintiff has acknowledged receipt of the production but has not opened the password-protected files due to the absence of a Rule 26(g)-compliant certification and uncertainty regarding any confidentiality designation. On July 21, 2025, Plaintiff sent an email to Walmart's counsel requesting clarification regarding the basis, scope, and confidentiality status of the July 18 production. A copy of that email is attached as EXHIBIT A-1 solely to preserve the record.

This Notice is submitted to preserve the record and to respectfully alert the Court that Walmart's July 18 production appears procedurally deficient under Rule 26(g), and has placed Plaintiff at risk of inadvertently violating the Protective Order due to Walmart's failure to identify or label the contents. Plaintiff reserves all rights to seek further relief.

Respectfully submitted,

Dated: July 21, 2025

                                      Respectfully Submitted,

                                _Dilip Kumar Jana_
                                DILIP JANA, Plaintiff
                                    *Pro Se*
                              Telephone : 318-243-9743
                              Email: janadilip@gmail.com
                              800 Fairlawn St, Allen, TX, 75002

## CERTIFICATE OF SERVICE

On July 21, 2025, a true and correct copy of the foregoing was served upon the following through the Court's CM/ECF system:

| | | |
|---|---|---|
| Peter S. Wahby | Morgan E. Jones | Holmes H. Hampton |
| Texas Bar No. 24011171 | Texas Bar No. 24132301 | Texas Bar No. 24144019 |
| Peter.wahby@gtlaw.com | Morgan.jones@gtlaw.com | holmes.hampton@gtlaw.com |

GREENBERG TRAURIG LLP
2200 Ross Ave, Suite 5200 Dallas, Texas 75201
Telephone: 214.665.3600
Facsimile: 214.665.3601
ATTORNEYS FOR DEFENDANT WALMART INC.

Dated: July 21, 2025

Respectfully Submitted

*/s/ Dilip Kumar Jana*

Dilip Jana, pro se Plaintiff
Tel: 318-243-9743
EMail: janadilip@gmail.com
800 Fairlawn St, Allen, TX, 75002