# EXHIBIT A-1



Dilip Jana <janadilip@gmail.com>

## Walmart's Supplemental Production

**Dilip Jana** <janadilip@gmail.com>  Mon, Jul 21, 2025 at 2:33 PM
To: deleonch@gtlaw.com
Cc: peter.wahby@gtlaw.com, holmes.hampton@gtlaw.com, morgan.jones@gtlaw.com, Dilip Jana <janadilip@gmail.com>

Dear Mr. Wahby,

　　I acknowledge receipt of Walmart's July 18, 2025 "Supplemental production", which includes password-protected files.

Please clarify the basis and scope of this production, including identification of the applicable discovery request or disclosure category, and whether Walmart designates any of these documents as confidential or subject to the Protective Order currently in effect.

I also note that the production lacks a Rule 26(g)-compliant signature or certification.

Kind regards,

Dr. Dilip Jana

800 Fairlawn St, Allen, TX 75002

Ph: 318-243-9743

EMail: janadilip@gmail.com

[Quoted text hidden]
--
Thanks
Dilip