# EXHIBIT A-1

 **Gmail**

Dilip Jana <janadilip@gmail.com>

## Walmart's Supplemental Production
2 messages

**Christina De Leon** <GT-LiquidFiles@gtlaw.com>   Fri, Jul 18, 2025 at 2:00 PM
Reply-To: deleonch@gtlaw.com
To: janadilip@gmail.com
Cc: peter.wahby@gtlaw.com, holmes.hampton@gtlaw.com, morgan.jones@gtlaw.com

Hello,

Below please find a link to Walmart's Supplemental production.

The password is:

Thank you,

**Christina DeLeon**

Paralegal

Greenberg Traurig, LLP

2200 Ross Avenue | Suite 5200 | Dallas, TX 75201

T +1 214.665.3618 | F +1 214.665.5917

deleonch@gtlaw.com | www.gtlaw.com

## Secure Message Info

| | |
|---|---|
| Message ID | |
| Message Expires | Monday, 28 July |
| Message URL | |
| Permission | Only specified recipients can access the files attached to this message. |

## Files attached to this message

| Filename | Size |
|---|---|
| .zip | 42.3 MB |

Download Files

Reply to this Secure Message

You will need to authenticate to view this Secure Message. If you don't have an account on files.gtlaw.com, you can still click on the download link and you will be prompted to validate your email.

If you need assistance accessing or using this system, please contact the sender.



**Greenberg Traurig — Liquid Files:** https://files.gtlaw.com

---

**Dilip Jana** <janadilip@gmail.com>                                                  Mon, Jul 21, 2025 at 2:33 PM
To: deleonch@gtlaw.com
Cc: peter.wahby@gtlaw.com, holmes.hampton@gtlaw.com, morgan.jones@gtlaw.com, Dilip Jana <janadilip@gmail.com>

Dear Mr. Wahby,

    I acknowledge receipt of Walmart's July 18, 2025 "Supplemental production", which includes password-protected files.

Please clarify the basis and scope of this production, including identification of the applicable discovery request or disclosure category, and whether Walmart designates any of these documents as confidential or subject to the Protective Order currently in effect.

I also note that the production lacks a Rule 26(g)-compliant signature or certification.

Kind regards,

Dr. Dilip Jana

800 Fairlawn St, Allen, TX 75002

Ph: 318-243-9743

EMail: janadilip@gmail.com

[Quoted text hidden]

--
Thanks
Dilip