IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **DILIP JANA** | § | |
| | § | |
| v. | § | NO. 4:24-CV-00698-SDJ-BD |
| | § | |
| **WALMART, INC.** | § | |

**ORDER**

In the past month, pro se plaintiff Dilip Jana has filed numerous motions and notices about discovery with defendant Walmart, Inc. *See* Dkts. 68, 69, 70, 74, 78, 84, 87, 90, 94, 95, 96. A hearing would likely streamline the resolution of any discovery disputes between the parties. Although the court previously ordered the parties to provide hearing dates, Dkt. 79, Jana asked to postpone compliance with that order until one of his motions and two of his objections were resolved, Dkt. 86. Because those matters have been resolved, *see* Dkts. 91, 92, 98, Jana's motion is now moot.

The court will again order the parties to propose dates for a discovery hearing. This time, however, the court will stay discovery pending resolution of the current disputes, given the frequency with which they have arisen. *See United States v. Colomb*, 419 F.3d 292, 299 (5th Cir. 2005) (stating that "[a] district court has inherent power 'to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants'") (quoting *Landis v. N. Am. Co.,* 299 U.S. 248, 254 (1936)).

Additionally, Walmart has asked to be excused from responding to Jana's pending and future filings unless ordered to respond. Dkt. 85. Jana is not opposed to that relief. Dkt. 97. The court will grant the motion and order Walmart to respond to one of Jana's pending motions.

It is **ORDERED** that:

1) discovery is **STAYED** pending further order of the court;
2) within 14 days of the entry of this order, each party must submit a brief of no more than 1,500 words describing any discovery issue that requires resolution by the court. Each brief must cite supporting law and must identify dates and times that the party is available for a

hearing between October 1–10, 2025. At this time, the parties are not permitted to file responses to each other's briefs.

3) Jana's motion, Dkt. 86, is **DISMISSED** as moot;

4) Walmart's motion, Dkt. 85, is **GRANTED**;

5) within 14 days of the entry of this order, Walmart must file a response to Jana's motion for leave to transmit production, Dkt. 90.

So **ORDERED** and **SIGNED** this 30th day of July, 2025.

_____
Bill Davis
United States Magistrate Judge