# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | § | |
| | § | |
| DILIP JANA | § | Civil Action No. 4:24-cv-00698-SDJ-BD |
| *Plaintiff,* | § | |
| | § | **FILED** |
| v. | § | AUG 0 6 2025 |
| | § | |
| WALMART, INC., | § | CLERK, U.S. DISTRICT COURT |
| *Defendant.* | § | TEXAS EASTERN |

**PLAINTIFF'S NOTICE OF CORRESPONDENCE REGARDING FORENSIC ANOMALIES, NON-APPLICABILITY OF PROTECTIVE ORDER (DKT 67), AND IMPROPER CONFIDENTIALITY DESIGNATIONS IN WALMART'S JULY 18, 2025 PRODUCTION**

## TO THE HONORABLE COURT

*Pro Se* Plaintiff Dr. Dilip Jana respectfully submits this Notice to preserve the record concerning formal correspondence sent to Walmart's counsel on August 4 and August 6, 2025, identifying serious procedural defects and forensic anomalies in Defendant's July 18, 2025 document production.

### I. Procedural Defects and Inapplicability of Protective Order (Dkt. 67)

The July 18, 2025 production:

- Was **not certified** under **Rule 26(g)** by any attorney of record;
- Was **transmitted by a paralegal**, without a certificate of service;
- Did **not identify** which discovery obligation or disclosure it purported to fulfill;

---

Plaintiff's Notice of Correspondence: Forensic Anomalies, Non-Applicability of Protective Order and Improper Confidentiality Designations in Walmart's July 18, 2025 Production          Page 1 of 5
*Jana v. Walmart, Inc.*

- Included **retroactive "CONFIDENTIAL" designations** for documents already publicly filed almost eleven months earlier – such as **EXHIBIT 9** from the operative Complaint (Dkt. 13 at PageID #308) – without legal basis, privilege log, or Rule 26(c)(1) showing.

For these reasons, **the July 18, 2025 production is not protected by the Court's Protective Order (Dkt. 67)**, which requires good-faith, contemporaneous confidentiality designations and attorney oversight. Walmart's failure to follow Rule 26(g) and the Protective Order renders the production procedurally invalid and outside the scope of any confidentiality protections.

## II. Forensic Anomalies: Document Modifications After Litigation Trigger

Upon forensic analysis of the native-format .eml files produced on July 18, Plaintiff identified six attachments—including **five .eml (RFC822) email files and one Microsoft Word document titled "Recommendation.docx"**—that all bear **uniform modification timestamps of October 20, 2024**, despite being originally dated **October 4, 2023**.

- These include Plaintiff's own previously sent emails, now appearing with altered metadata.
- Even if the content was not substantively changed, the **modification of file containers, MIME structure, or attachments over a year later**—and after the duty to preserve arose—calls into question the **authenticity, chain of custody, and admissibility** of the production.

Plaintiff's August 6 correspondence demanded a **sworn declaration** explaining these anomalies, identifying who accessed or modified the files, what changes were made, and why the July 18 production was procedurally non-compliant.

### III. Purpose of Notice

This Notice is not a motion and does not request relief at this time. It is submitted to:

- **Preserve the record** regarding Plaintiff's good-faith efforts to obtain clarification and cure;
- Reaffirm the **inapplicability of the Protective Order (Dkt. 67) to the July 18 production;**

### IV. Reservation of Rights

This Notice is submitted **solely for the purpose of record preservation** and **does not waive any objections, rights, or pending motions**.

Plaintiff further reserves all rights under **Fed. R. Civ. P. 26(g), 37**, and the **Court's inherent authority** to seek further sanctions for improper production, bad-faith confidentiality designations, discovery misconduct and evidence spoliation.

### V. Exhibits

- **EXHIBIT A-1** – Plaintiff's August 6, 2025 Email to Walmart's Counsel
    - **Case 4:24-cv-00698-SDJ-BD: Demand for Sworn Statement Explaining Document Modification Dates in Walmart's July 18, 2025 Production**

- **EXHIBIT A-2** – Plaintiff's August 4, 2025 Email to Walmart's Counsel
    - **Case 4:24-cv-00698-SDJ-BD: Clarification Requested re: Procedural Defects and Improper Confidentiality in Walmart's July 18, 2025 Production**

**Dated:** August 6, 2025

                                            Respectfully Submitted,

                                         */s/ Dilip Kumar Jana*
                                         DILIP JANA, Plaintiff
                                                *Pro Se*
                                       Telephone : 318-243-9743
                                       Email: janadilip@gmail.com
                                     800 Fairlawn St, Allen, TX, 75002

## CERTIFICATE OF SERVICE

On August 6, 2025, a true and correct copy of the foregoing was served upon the following through the Court's CM/ECF system:

| | | |
|---|---|---|
| Peter S. Wahby | Morgan E. Jones | Holmes H. Hampton |
| Texas Bar No. 24011171 | Texas Bar No. 24132301 | Texas Bar No. 24144019 |
| Peter.wahby@gtlaw.com | Morgan.jones@gtlaw.com | holmes.hampton@gtlaw.com |

GREENBERG TRAURIG LLP
2200 Ross Ave, Suite 5200 Dallas, Texas 75201
Telephone: 214.665.3600
Facsimile: 214.665.3601
ATTORNEYS FOR DEFENDANT WALMART INC.

Dated: August 6, 2025

Respectfully Submitted

*/s/ Dilip Kumar Jana*

Dilip Jana, pro se Plaintiff
Tel: 318-243-9743
EMail: janadilip@gmail.com
800 Fairlawn St, Allen, TX, 75002