# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br><br>DILIP JANA<br>*Plaintiff,*<br><br>v.<br><br>WALMART, INC.,<br>*Defendant.* | Civil Action No. 4:24-cv-00698-SDJ-BD |



FILED
AUG 1 5 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

## PLAINTIFF'S MOTION TO GRANT DKT. 90 AS UNOPPOSED

*Pro Se* Plaintiff, Dr. Dilip Jana, respectfully moves the Court to **grant** Plaintiff's **Emergency Motion for Leave to Transmit July 18, 2025 Production to Federal Law Enforcement (Dkt. 90) as unopposed**. Defendant's response (**Dkt. 102**) states that Walmart does not oppose the requested, regulator-only authorization.

**Requested Relief:** Entry of the attached **[Proposed] Order** authorizing Plaintiff to transmit the July 18, 2025 set to federal law-enforcement and/or regulatory authorities, notwithstanding any protective-order restriction.

Respectfully Submitted,

_____  08-15-25
DILIP JANA, Plaintiff
*Pro Se*
Telephone : 318-243-9743
Email: janadilip@gmail.com
800 Fairlawn St, Allen, TX, 75002

## CERTIFICATE OF SERVICE

On August 15, 2025, a true and correct copy of the foregoing was served upon the following through the Court's CM/ECF system:

| | | |
|---|---|---|
| Peter S. Wahby | Morgan E. Jones | Holmes H. Hampton |
| Texas Bar No. 24011171 | Texas Bar No. 24132301 | Texas Bar No. 24144019 |
| Peter.wahby@gtlaw.com | Morgan.jones@gtlaw.com | holmes.hampton@gtlaw.com |

GREENBERG TRAURIG LLP
2200 Ross Ave, Suite 5200 Dallas, Texas 75201
Telephone: 214.665.3600
Facsimile: 214.665.3601
ATTORNEYS FOR DEFENDANT WALMART INC.

Dated: August 15, 2025

Respectfully Submitted

*/s/ Dilip Kumar Jana*

Dilip Jana, pro se Plaintiff
Tel: 318-243-9743
EMail: janadilip@gmail.com
800 Fairlawn St, Allen, TX, 75002