# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN THE MATTER OF:<br><br>DILIP JANA<br>  *Plaintiff,*<br><br>v.<br><br>WALMART, INC.,<br>  *Defendant.* | § § § § § § § § § § §  Civil Action No. 4:24-cv-00698-SDJ-BD |

### [PROPOSED] ORDER ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION (DKT. 90)

Before the Court is Plaintiff's **Emergency Motion for Leave to Transmit July 18, 2025 Production to Federal Law Enforcement** (Dkt. 90). Defendant does not oppose the requested relief (Dkt. 102). The Motion is **GRANTED**.

1. Plaintiff may **transmit** the July 18, 2025 set to **federal law-enforcement and/or regulatory authorities**, notwithstanding any protective-order restriction.

2. This Order does **not** authorize public dissemination, does **not** reopen discovery, and preserves all other rights, objections, and privileges.

**IT IS SO ORDERED.**

Dated: ___ day of _____, 2025.

HON. BILL DAVIS

UNITED STATES MAGISTRATE JUDGE

EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION

Case 4:24-cv-00698-SDJ-BD   Document 105-1   Filed 08/15/25   Page 2 of 2 PageID #: 1498