# EXHIBIT A-1



Dilip Jana <janadilip@gmail.com>

## Case 4:24-cv-00698: CV-7(i) Conferral + Requested Stipulation—No Use of June 9 / July 18 Sets Pending Dkt. 94/106
1 message

**Dilip Jana** <janadilip@gmail.com>  	Mon, Aug 18, 2025 at 7:40 AM
To: peter.wahby@gtlaw.com, morgan.jones@gtlaw.com, Holmes.Hampton@gtlaw.com
Cc: Dilip Jana <janadilip@gmail.com>

Dear Counsel,

Pursuant to **CV-7(i)**, I seek your position on this **narrow stipulation**:

> Pending the Court's ruling on Dkt. 94/Dkt 106, Walmart will not cite, paraphrase, attach, or otherwise use any material from its **June 9, 2025** or **July 18, 2025** transmissions in any **Rule 72 objections, Answer to Complaint(Dkt 13)**, or **contemporaneous filing**.

Please advise by 2:00 p.m. CDT today whether you agree. If not, I will file an appropriate motion. I am available for a conferral any time today if you want to talk.

Regards,
Dilip Jana

Pro Se Plaintiff

800 Fairlawn St, Allen, TX 75002

Ph: 318-243-9743| janadilip@gmail.com


On Mon, Aug 18, 2025 at 7:31 AM Dilip Jana <janadilip@gmail.com> wrote:
> Dear Counsel,
>
>   Please confirm by **2:00 p.m. CDT today** that a litigation hold is in place covering Walmart's June 9, 2025 and July 18, 2025 transmissions, including:
>
> - **Greenberg Traurig–hosted repositories/links** provided to Plaintiff;
> - **Any e-discovery vendor platforms** used; and
> - **All Walmart corporate cloud repositories** where the transmitted materials originated or were staged (e.g., Microsoft 365 SharePoint/OneDrive/Teams; Exchange/Outlook mail servers; Box/ShareFile; Google Workspace/Drive; or equivalent).
>
> The hold should preserve, without alteration or deletion:
>
> - **The native files comprising each production set, preserved as follows:**
>   - **June 9, 2025 set:** as it existed on June 9 (initial transmission), June 19 (expiration of access link), July 21, July 24, August 4, and today;
>   - **July 18, 2025 set:** as it existed on July 18 (initial transmission), July 21, July 24, July 28, August 4, and today.
> - All versions and version histories for each file;
> - Associated audit/activity logs (create/upload/modify/download/share events, link creation, recipients, user IDs, timestamps, client IPs, and admin actions); and
> - Related email/link messages and server/message-trace logs.

Case 4:24-cv-00698-SDJ-BD   Document 108-1   Filed 08/18/25   Page 3 of 4 PageID #: 1552

8/18/25, 2:32 PM                Gmail - Case 4:24-cv-00698: CV-7(i) Conferral + Requested Stipulation—No Use of June 9 / July 18 Sets Pending Dkt. 94/106

Please also confirm suspension of any auto-deletion or retention policies that could impact those sources. This is strictly an administrative **preservation request during the stay (Dkt. 99)** and seeks no production. All rights are reserved.

Kind regards,

Dilip Jana
Pro se Plaintiff

800 Fairlawn st, Allen, TX, 75002


---------- Forwarded message ---------
From: <txedCM@txed.uscourts.gov>
Date: Fri, Aug 15, 2025 at 11:05 AM
Subject: Activity in Case 4:24-cv-00698-SDJ-BD Jana v. Walmart, Inc. Order
To: <txedcmcc@txed.uscourts.gov>


This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of TEXAS [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 8/15/2025 at 11:04 AM CDT and filed on 8/15/2025
**Case Name:**     Jana v. Walmart, Inc.
**Case Number:**   4:24-cv-00698-SDJ-BD
**Filer:**
**Document Number:** 107

**Docket Text:**
**ORDER AND REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE. It is ORDERED that Walmart's motion to strike, Dkt. [32], is DENIED, and that Jana's motion for leave, Dkt. [33], is GRANTED. It is RECOMMENDED that Walmart's motion to dismiss, Dkt. [22], be DENIED. Objections due within 14 days of receipt (Motion(s)[32], [33] terminated). Signed by Magistrate Judge Bill Davis on 8/15/2025. (jmb)**


**4:24-cv-00698-SDJ-BD Notice has been electronically mailed to:**

Peter Samir Wahby    wahbyp@gtlaw.com, holmes.hampton@gtlaw.com, mcphersonm@gtlaw.com, peter-wahby-7748@ecf.pacerpro.com

Morgan Jones    morgan.jones@gtlaw.com, maria.mojica@gtlaw.com

Holmes Hugh Hampton    holmes.hampton@gtlaw.com

Dilip Jana    janadilip@gmail.com

**4:24-cv-00698-SDJ-BD Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

Case 4:24-cv-00698-SDJ-BD   Document 108-1   Filed 08/18/25   Page 4 of 4 PageID #: 1553

8/18/25, 2:32 PM   Gmail - Case 4:24-cv-00698: CV-7(i) Conferral + Requested Stipulation—No Use of June 9 / July 18 Sets Pending Dkt. 94/106

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=8/15/2025] [FileNumber=15403016-0] [b61784199da89c5de890e172309e78bea0cbe45d1bb973aefb2800b49b3378af0b4b18fb0da7677b57adc6ecaed9ca44514be2d59402bedb5dab153e586bc829]]

--
Thanks
Dilip


--
Thanks
Dilip