# EXHIBIT A-2

Case 4:24-cv-00698-SDJ-BD   Document 108-2   Filed 08/18/25   Page 1 of 3 PageID #: 1554

Case 4:24-cv-00698-SDJ-BD    Document 108-2    Filed 08/18/25    Page 2 of 3 PageID #: 1555

8/18/25, 2:32 PM                    Gmail - Case 4:24-cv-00698: Litigation Hold—Walmart Cloud & Counsel-Hosted Repositories (June 9 / July 18 Transmissions)



Dilip Jana <janadilip@gmail.com>

# Case 4:24-cv-00698: Litigation Hold—Walmart Cloud & Counsel-Hosted Repositories (June 9 / July 18 Transmissions)

1 message

**Dilip Jana** <janadilip@gmail.com>  Mon, Aug 18, 2025 at 7:31 AM
To: peter.wahby@gtlaw.com, morgan.jones@gtlaw.com, Holmes.Hampton@gtlaw.com
Cc: Dilip Jana <janadilip@gmail.com>

Dear Counsel,

   Please confirm by **2:00 p.m. CDT today** that a litigation hold is in place covering Walmart's June 9, 2025 and July 18, 2025 transmissions, including:

- **Greenberg Traurig–hosted repositories/links** provided to Plaintiff;
- **Any e-discovery vendor platforms** used; and
- **All Walmart corporate cloud repositories** where the transmitted materials originated or were staged (e.g., Microsoft 365 SharePoint/OneDrive/Teams; Exchange/Outlook mail servers; Box/ShareFile; Google Workspace/Drive; or equivalent).

The hold should preserve, without alteration or deletion:

- **The native files comprising each production set, preserved as follows:**
   - **June 9, 2025 set:** as it existed on June 9 (initial transmission), June 19 (expiration of access link), July 21, July 24, August 4, and today;
   - **July 18, 2025 set:** as it existed on July 18 (initial transmission), July 21, July 24, July 28, August 4, and today.
- All versions and version histories for each file;
- Associated audit/activity logs (create/upload/modify/download/share events, link creation, recipients, user IDs, timestamps, client IPs, and admin actions); and
- Related email/link messages and server/message-trace logs.

Please also confirm suspension of any auto-deletion or retention policies that could impact those sources. This is strictly an administrative **preservation request during the stay (Dkt. 99)** and seeks no production. All rights are reserved.

Kind regards,

Dilip Jana
Pro se Plaintiff

800 Fairlawn st, Allen, TX, 75002


---------- Forwarded message ---------
From: <txedCM@txed.uscourts.gov>
Date: Fri, Aug 15, 2025 at 11:05 AM
Subject: Activity in Case 4:24-cv-00698-SDJ-BD Jana v. Walmart, Inc. Order
To: <txedcmcc@txed.uscourts.gov>


This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

Case 4:24-cv-00698-SDJ-BD   Document 108-2   Filed 08/18/25   Page 3 of 3 PageID #: 1556

8/18/25, 2:32 PM                Gmail - Case 4:24-cv-00698: Litigation Hold—Walmart Cloud & Counsel-Hosted Repositories (June 9 / July 18 Transmissions)

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of TEXAS [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 8/15/2025 at 11:04 AM CDT and filed on 8/15/2025
**Case Name:**         Jana v. Walmart, Inc.
**Case Number:**       4:24-cv-00698-SDJ-BD
**Filer:**
**Document Number:** 107

**Docket Text:**
ORDER AND REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE. It is ORDERED that Walmart's motion to strike, Dkt. [32], is DENIED, and that Jana's motion for leave, Dkt. [33], is GRANTED. It is RECOMMENDED that Walmart's motion to dismiss, Dkt. [22], be DENIED. Objections due within 14 days of receipt (Motion(s)[32], [33] terminated). Signed by Magistrate Judge Bill Davis on 8/15/2025. (jmb)

**4:24-cv-00698-SDJ-BD Notice has been electronically mailed to:**

Peter Samir Wahby    wahbyp@gtlaw.com, holmes.hampton@gtlaw.com, mcphersonm@gtlaw.com, peter-wahby-7748@ecf.pacerpro.com

Morgan Jones    morgan.jones@gtlaw.com, maria.mojica@gtlaw.com

Holmes Hugh Hampton    holmes.hampton@gtlaw.com

Dilip Jana    janadilip@gmail.com

**4:24-cv-00698-SDJ-BD Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=8/15/2025] [FileNumber=15403016-0] [b61784199da89c5de890e172309e78bea0cbe45d1bb973aefb2800b49b3378af0b 4b18fb0da7677b57adc6ecaed9ca44514be2d59402bedb5dab153e586bc829]]


--
Thanks
Dilip