1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | § § | Civil Action No. 4:24-cv-00698-SDJ-BD |
| DILIP JANA | § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| WALMART, INC., | § § | |
| *Defendant.* | § § | |

## [PROPOSED] ORDER ON
## PLAINTIFF'S EMERGENCY MOTION TO PLACE WALMART'S JULY 18, 2025 PRODUCTION IN THE PUBLIC DOMAIN ABSENT PROMPT RULING ON DKT. 90, DKT 94 AND DKT. 108

On this day came on to be considered **Plaintiff's Emergency Motion to Place Walmart's July 18, 2025 Production in the Public Domain** (the "Motion"). The Court, having considered the Motion, the pleadings on file, and applicable law, finds the Motion should be GRANTED.

IT IS **THEREFORE ORDERED** that:

1. Defendant Walmart shall provide a **Rule 26(g)–compliant certification** of its July 18, 2025 production within seven (7) days of this Order.

2. Plaintiff's pending pleadings at **Dkt. 90, Dkt. 94, Dkt. 106, and Dkt. 108**, each arising from Walmart's July 18, 2025 uncertified production, are hereby **APPROVED and GRANTED**.

3. The Court further **acknowledges** that, absent compliance or prompt ruling, Plaintiff retains the right to exercise his constitutional prerogative to place the July 18, 2025 production in the public domain, where federal law enforcement, regulators, and the United States Congress may review it without obstruction.

4. Plaintiff is entitled to such other and further relief as the Court deems just and proper.

SO ORDERED this ___ day of _____, 2025.

HON. BILL DAVIS

UNITED STATES MAGISTRATE JUDGE

EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION