# Exhibit 1

# Exhibit: Forensic Analysis of WM-JANA_0000260.EML

| ZIP Path | C:\Users\aubre\Downloads\ForensicAnalysis\data\WM-JANA VOL003.zip |
|---|---|
| ZIP SHA-256 | 99797ddb488fbc0714388f4b0c8b9fe9a84ab2bc5561d575f76ca22c5ab2b118 |
| ZIP Stored mtime (UTC) | 2025-07-17T14:29:22Z |
| EML Path | WM-JANA VOL003/NATIVES/NATIVE001/WM-JANA_0000260.EML |
| EML SHA-256 | 14257f62960710d79f9b4405629a820e40536d92ae4c09262218879abacd4fb0 |
| Email Date (UTC) | 2023-10-04T23:07:31Z |
| From | Wendy Bowman <Wendy.Bowman@walmart.com> |
| To | Lori Chumbler <Lori.Chumbler@walmartlegal.com> |
| Subject | Attorney/Client Privilege |
| Message-ID | <SA0P100MB0572BEB3C62D5BEA92E13C0392CBA@SA0P100MB0572.NAMP100.PR( |

| Finding | Value / Observation |
|---|---|
| Received Header Count | 0 ■■ (No routing headers; impossible for a genuine sent email) |
| Attachment | Recommendation.docx |
| Attachment Creation-Date | 2023-10-04T23:00:20Z |
| Attachment Modification-Date | 2024-10-20T06:12:39Z ■■ AFTER parent email date |
| Size Discrepancy | Header size=1266258 vs actual=1258177 (Δ=8081 bytes) |

**Analysis:**
The email dated October 4, 2023, contains **zero Received headers**, which is inconsistent with how genuine Outlook/Exchange emails are transmitted. Every authentic email should contain at least one `Received` header recording mail server transit. The absence of these headers indicates that this file was **not sent natively through the mail system**, but instead exported, reconstructed, or fabricated. Additionally, the attached file **Recommendation.docx** shows a **modification-date of October 20, 2024**, which is nearly one year after the parent email date. This temporal impossibility demonstrates that the evidence has been **tampered with post hoc**. Combined with the size mismatch in MIME metadata, these anomalies show clear signs of **spoliation and fabrication**.