# Exhibit 2



```
Jupyter  Forensic_email_Analysis_Final  Last Checkpoint: 12 days ago

File  Edit  View  Run  Kernel  Settings  Help                                    Trusted

                                                        JupyterLab   Python 3 (ipykernel)

[62]: ZIP_PATH = r"C:\Users\aubre\Downloads\ForensicAnalysis\data\WM-JANA VOL003.zip"
      df = run_report_and_build_csv(ZIP_PATH)

      Found 1 .eml file(s) under .../NATIVES/... in C:\Users\aubre\Downloads\ForensicAnalysis\data\WM-JANA VOL003.zip

      === WM-JANA VOL003/NATIVES/NATIVE001/WM-JANA_0000260.EML ===
        File SHA-256: 14257f62960710d79f9b4405629a820e40536d92ae4c09262218879abacd4fb0
        Headers → Received:False  X-Received:False  Auth-Results:False  DKIM:False  ARC:False
        ⚠ SMOKING GUN: No routing/auth headers present on top-level .eml
        ⚠ SMOKING GUN: Attachment wrapper modification-date includes Sun, 20 Oct 2024 (UTC)

        --- Part #1: part-1 ---
        Type: message/rfc822 | Size: 1206865 bytes | SHA-256: 33ab8acb25e917a8693182c13c4cab51984d9a31aef9015df42f370a4a13b934
          📅 creation-date(param): Wed, 04 Oct 2023 23:06:59 GMT
          ✏ modification-date(param): Sun, 20 Oct 2024 06:12:37 GMT
        Headers → Received:True  X-Received:False  Auth-Results:False  DKIM:False  ARC:False
          📎 attached .eml -> Date: Wed, 04 Oct 2023 06:30:50 +0000 | From: Dilip Jana <dilip.jana@walmart.com> | Message-ID: <BL1P100MB04815AF38185670E8ADB723D97CBA@BL1P100MB0481.NAMP100.PROD.OUTLOOK.COM>

        --- Part #2: part-2 ---
        Type: message/rfc822 | Size: 9468416 bytes | SHA-256: 1d4f6d04fe2ea8f925e55c15553630819f7c4e6ac5b7827bf5acfb9447ce1f75
          📅 creation-date(param): Wed, 04 Oct 2023 23:07:05 GMT
          ✏ modification-date(param): Sun, 20 Oct 2024 06:12:37 GMT
        Headers → Received:True  X-Received:False  Auth-Results:False  DKIM:False  ARC:False
          📎 attached .eml -> Date: Wed, 04 Oct 2023 05:01:04 +0000 | From: Dilip Jana <dilip.jana@walmart.com> | Message-ID: <BL1P100MB0481762772D0FA34C129AC1097CBA@BL1P100MB0481.NAMP100.PROD.OUTLOOK.COM>
```



```
--- Part #3: part-3 ---
Type: message/rfc822 | Size: 1990783 bytes | SHA-256: 0c8251009272f0186b74873b3dcd72f2dd1537fb997b4d4d5c60dd51ac9f40bf
  creation-date(param): Wed, 04 Oct 2023 23:07:14 GMT
  modification-date(param): Sun, 20 Oct 2024 06:12:37 GMT
Headers → Received:True  X-Received:False  Auth-Results:False  DKIM:False  ARC:False
  attached .eml -> Date: Wed, 04 Oct 2023 04:37:16 +0000 | From: Dilip Jana <dilip.jana@walmart.com> | Message-ID: <BL1P100MB04810CA0B3557B6BA607A0ED7CBA@BL1P100MB0481.NAMP100.PROD.OUTLOOK.COM>

--- Part #4: part-4 ---
Type: message/rfc822 | Size: 8317676 bytes | SHA-256: 30270e182a4281183ace87b3ab9a80c286333c11cffc588e8cb43eb3d1c384f1
  creation-date(param): Wed, 04 Oct 2023 23:07:18 GMT
  modification-date(param): Sun, 20 Oct 2024 06:12:39 GMT
Headers → Received:True  X-Received:False  Auth-Results:False  DKIM:False  ARC:False
  attached .eml -> Date: Wed, 04 Oct 2023 03:05:10 +0000 | From: Dilip Jana <dilip.jana@walmart.com> | Message-ID: <BL1P100MB048158E9231A3CED64A555087CBA@BL1P100MB0481.NAMP100.PROD.OUTLOOK.COM>

--- Part #5: part-5 ---
Type: message/rfc822 | Size: 16682 bytes | SHA-256: b6a8b6d26aedfaf99ce4988cb473f45d1cf199f89dcc90459e914e7c3b98740a
  creation-date(param): Wed, 04 Oct 2023 23:07:28 GMT
  modification-date(param): Sun, 20 Oct 2024 06:12:39 GMT
Headers → Received:True  X-Received:False  Auth-Results:False  DKIM:False  ARC:False
  attached .eml -> Date: Wed, 04 Oct 2023 02:53:53 +0000 | From: Adrian Milbourne <Adrian.Milbourne@walmart.com> | Message-ID: <DM8P100MB055233295C482B236AC99A293CBA@DM8P100MB0552.NAMP100.PROD.OUTLOOK.COM>

--- Part #6: Recommendation.docx ---
Type: application/vnd.openxmlformats-officedocument.wordprocessingml.document | Size: 1258177 bytes | SHA-256: bfdb2db5e677420d76640aa059407aeb5fd785c570a42666d4f48bc083d18e9d
  creation-date(param): Wed, 04 Oct 2023 23:00:20 GMT
  modification-date(param): Sun, 20 Oct 2024 06:12:39 GMT
Headers → Received:False  X-Received:False  Auth-Results:False  DKIM:False  ARC:False
```