# Exhibit 4

| Part # | Type / Filename | Size (bytes) | SHA-256 | Attached Email Date / From | CD creation-date (UTC) | CD modification-date (UTC) | Notes |
|---|---|---|---|---|---|---|---|
| 1 | message/rfc822 | 1,206,865 | 33ab8acb25e917a8693182c13c4cab51984d9a31aef9015df42f370a4a13b934 | 04 Oct 2023 06:30:50, From: Dilip Jana | 04 Oct 2023 23:06:59 | 20 Oct 2024 06:12:37 | Mod-after-parent |
| 2 | message/rfc822 | 9,468,416 | 1d4f6d04fe2ea8f925e55c15553630819f7c4e6ac5b7827bf5acfb9447ce1f75 | 04 Oct 2023 05:01:04, From: Dilip Jana | 04 Oct 2023 23:07:05 | 20 Oct 2024 06:12:37 | Mod-after-parent |
| 3 | message/rfc822 | 1,990,783 | 0c8251009272f0186b74873b3dcd72f2dd1537fb997b4d4d5c60dd51ac9f40bf | 04 Oct 2023 04:37:16, From: Dilip Jana | 04 Oct 2023 23:07:14 | 20 Oct 2024 06:12:37 | Mod-after-parent |
| 4 | message/rfc822 | 8,317,676 | 30270e182a4281183ace87b3ab9a80c286333c11cffc588e8cb43eb3d1c384f1 | 04 Oct 2023 03:05:10, From: Dilip Jana | 04 Oct 2023 23:07:18 | 20 Oct 2024 06:12:39 | Mod-after-parent |
| 5 | message/rfc822 | 16,682 | b6a8b6d26aedfaf99ce4988cb473f45d1cf199f89dcc90459e914e7c3b98740a | 04 Oct 2023 02:53:53, From: Adrian Milbourne | 04 Oct 2023 23:07:28 | 20 Oct 2024 06:12:39 | Mod-after-parent |
| 6 | Recommendation.docx | 1,258,177 ↓ | bfdb2db5e677420d76640aa059407aeb5fd785c570a42666d4f48bc083d18e9d | Internal core.xml: Created 27 Sep 2023, Modified 29 Sep 2023 | 04 Oct 2023 23:00:20 | 20 Oct 2024 06:12:39 | Mod-after-parent |