# Exhibit 5

```
[17]:  zip_path = r"C:\Users\aubre\Downloads\ForensicAnalysis\data\WM-JANA VOL003.zip"
       eml_member = "WM-JANA VOL003/NATIVES/NATIVE001/WM-JANA_0000260.EML"

       docx_result = analyze_docx_attachment_by_index(zip_path, eml_member, 50)

       Attachment [50] Recommendation.docx  (application/vnd.openxmlformats-officedocument.wordprocessingml.document)  size=1258177  sha256=bfdb2db5e677420d7664
       0aa059407aeb5fd785c570a42666d4f48bc083d18e9d
       Parent EML Date (UTC): 2023-10-04T23:07:31Z
       DOCX created_utc: 2023-09-27T02:55:00Z
       DOCX modified_utc: 2023-09-29T11:35:00Z
       Creator / LastModifiedBy: Adrian Milbourne / Adrian Milbourne
       App: None | TotalTime(min): None | Version: None
       Flags: Modified later than created (2023-09-27T02:55:00Z → 2023-09-29T11:35:00Z).; Revision count present: 106 (can indicate edits).
```

