# EXHIBIT A-1

Case 4:24-cv-00698-SDJ-BD   Document 111-3   Filed 08/28/25   Page 1 of 4 PageID #: 1610





## In memory Analysis (to preserve Chain of Custody) of WM-JANA_0000260.pdf Metadata

```python
[72]: import json, zipfile, fitz
      from IPython.display import display, HTML

      ZIP_PATH   = r"C:\Users\aubre\Downloads\ForensicAnalysis\data\WM-JANA VOL003.zip"
      INNER_NAME = "WM-JANA VOL003/IMAGES/IMG001/WM-JANA_0000260.pdf"

      # Read PDF bytes from ZIP and extract metadata
      with zipfile.ZipFile(ZIP_PATH, "r") as zf:
          raw = zf.read(INNER_NAME)

      doc = fitz.open(stream=raw, filetype="pdf")
      metadata = doc.metadata or {}
      doc.close()

      # Build JSON string (stable ordering for the screenshot)
      ordered_keys = ["format","title","author","subject","keywords","creator","producer","creationDate","modDate","trapped","encryption"]
      pretty_meta = json.dumps({k: metadata.get(k) for k in ordered_keys}, indent=2)

      # Render a neat, bordered panel with caption + JSON
      caption_html = f"""
      <div style="border:1px solid #aaa;border-radius:8px;padding:14px 16px;margin:10px 0;font-family:ui-monospace, SFMono-Regular, Menlo, Consolas, 'Liberatic
        <div style="font-weight:600;font-size:15px;margin-bottom:8px;">
          Exhibit [X] – Metadata of WM-JANA_0000260.pdf (July 18, 2025 Production)
        </div>
        <div style="white-space:pre; font-size:13px; line-height:1.35; background:#f7f7f7; padding:10px; border-radius:6px; overflow:auto;">
      {pretty_meta}
        </div>
        <div style="font-size:13px; margin-top:10px;">
          <span style="font-weight:600;">Note.</span> The metadata shows:
          <code>"producer": "Tesseract v5.2.0.20220712"</code> and
          <code>"creationDate": "D:20250716182801-05'00'"</code>.
          This means Exhibit 3 was <em>re-generated by the Tesseract OCR engine</em> on
          <strong>July 16, 2025 at 6:28 PM (CST)</strong>, not preserved from 2023.
          Microsoft Outlook/Adobe do not embed Tesseract as a PDF producer.
        </div>
      </div>
      """

      display(HTML(caption_html))
```



## In memory Analysis (to preserve Chain of Custody) of WM-JANA_0000260.pdf Metadata

```python
[71]: import zipfile, fitz

ZIP_PATH   = r"C:\Users\aubre\Downloads\ForensicAnalysis\data\WM-JANA VOL003.zip"
INNER_NAME = "WM-JANA VOL003/IMAGES/IMG001/WM-JANA_0000260.pdf"

with zipfile.ZipFile(ZIP_PATH, "r") as zf:
    raw = zf.read(INNER_NAME)

doc = fitz.open(stream=raw, filetype="pdf")
print("=== Walmart's July 18 Dump: WM-JANA_0000260.pdf Metadata ===")
print(json.dumps(doc.metadata, indent=2))
doc.close()

=== Walmart's July 18 Dump: WM-JANA_0000260.pdf Metadata ===
{
  "format": "PDF 1.6",
  "title": "",
  "author": "",
  "subject": "",
  "keywords": "",
  "creator": "",
  "producer": "Tesseract v5.2.0.20220712",
  "creationDate": "D:20250716182801-05'00'",
  "modDate": "",
  "trapped": "",
  "encryption": null
}
```