

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | § | |
| | § | |
| DILIP JANA | § | Civil Action No. 4:24-cv-00698-SDJ-BD |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| WALMART, INC., | § | |
| *Defendant.* | § | |

### NOTICE OF INTENT TO RESPOND TO DEFENDANT'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (DKT 112)

Plaintiff, Dr. Dilip Jana, respectfully submits this Notice to clarify the record concerning his forthcoming response to Defendant Walmart Inc.'s Objections (Dkt. 112) to the Magistrate Judge's Report and Recommendation (Dkt. 107).

1. On August 29, 2025, Defendant filed its Objections to the Report and Recommendation.

2. Pursuant to Federal Rule of Civil Procedure 72(b)(2) and Local Rule CV-72(c), Plaintiff has 14 days to file a response, limited to eight (8) pages absent leave of Court.

3. Plaintiff hereby gives notice that he intends to file his Response on or before September 12, 2025. Plaintiff's forthcoming Response will support the Magistrate Judge's findings and recommendation and demonstrate why Defendant's Objections lack merit.

4. Plaintiff also reserves all rights to request leave of Court for additional pages if necessary to fully address the issues raised in Defendant's Objections.

This Notice is submitted to ensure clarity of the record and to avoid any suggestion of waiver.

Dated: Sept 3, 2025

Respectfully Submitted,

*/s/ Dilip Kumar Jana*
DILIP JANA, Plaintiff
*Pro Se*
Telephone : 318-243-9743
Email: janadilip@gmail.com
800 Fairlawn St, Allen, TX, 75002

## CERTIFICATE OF SERVICE

On Sept 3, 2025, a true and correct copy of the foregoing was served upon the following through the Court's CM/ECF system:

| | | |
|---|---|---|
| Peter S. Wahby | Morgan E. Jones | Holmes H. Hampton |
| Texas Bar No. 24011171 | Texas Bar No. 24132301 | Texas Bar No. 24144019 |
| Peter.wahby@gtlaw.com | Morgan.jones@gtlaw.com | holmes.hampton@gtlaw.com |

GREENBERG TRAURIG LLP
2200 Ross Ave, Suite 5200 Dallas, Texas 75201
Telephone: 214.665.3600
Facsimile: 214.665.3601
ATTORNEYS FOR DEFENDANT WALMART INC.

Dated: Sept 3, 2025

Respectfully Submitted

*[signature: Dilip Kumar Jana]*

Dilip Jana, pro se Plaintiff
Tel: 318-243-9743
EMail: janadilip@gmail.com
800 Fairlawn St, Allen, TX, 75002