# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | § | |
| | § | |
| DILIP JANA | § | Civil Action No. 4:24-cv-00698-SDJ-BD |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| WALMART, INC., | § | |
| *Defendant.* | § | |



FILED
SEP 0 3 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

## NOTICE OF NON-SEALING REGARDING DOCKET 90 EXHIBIT A-1

Plaintiff, Dr. Dilip Jana, respectfully files this Notice pursuant to the Court's Order of August 26, 2025 (Dkt. 110).

1. The Court directed Plaintiff to move within 14 days to seal the attachment to his motion at Dkt. 90 **EXHIBIT A-1**, or else the attachment would be unsealed.

2. The attachment at Dkt. 90 **EXHIBIT A-1** consists of a July 18, 2025 email from Walmart containing a temporary password-protected link.

3. The password associated with that link expired on July 28, 2025, and the link no longer provides access to any files or confidential information.

4. Because no confidential or protected information remains, Plaintiff does not seek to seal Dkt. 90 **EXHIBIT A-1** and has no objection to its unsealing and inclusion in the public record.

Dated: Sept 3, 2025

Respectfully Submitted,

_[signature: Dilip Kumar Jana]_

DILIP JANA, Plaintiff
*Pro Se*
Telephone : 318-243-9743
Email: janadilip@gmail.com
800 Fairlawn St, Allen, TX, 75002

## CERTIFICATE OF SERVICE

On Sept 3, 2025, a true and correct copy of the foregoing was served upon the following through the Court's CM/ECF system:

| | | |
|---|---|---|
| Peter S. Wahby | Morgan E. Jones | Holmes H. Hampton |
| Texas Bar No. 24011171 | Texas Bar No. 24132301 | Texas Bar No. 24144019 |
| Peter.wahby@gtlaw.com | Morgan.jones@gtlaw.com | holmes.hampton@gtlaw.com |

GREENBERG TRAURIG LLP
2200 Ross Ave, Suite 5200 Dallas, Texas 75201
Telephone: 214.665.3600
Facsimile: 214.665.3601
ATTORNEYS FOR DEFENDANT WALMART INC.

Dated: Sept 3, 2025

Respectfully Submitted

_[signature: Dilip Kumar Jana]_

Dilip Jana, pro se Plaintiff
Tel: 318-243-9743
EMail: janadilip@gmail.com
800 Fairlawn St, Allen, TX, 75002