# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

IN THE MATTER OF: §
§
DILIP JANA §
*Plaintiff*, §     Civil Action No. 4:24-cv-00698-SDJ-BD
§
v. §
§
WALMART, INC., §
*Defendant*. §



FILED
SEP 1 2 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

**PLAINTIFF'S COVER LETTER FOR AUDIO/VIDEO FILES**

**INCLUDES A BLACK FLASH DRIVE**

EXHIBIT X3: VIDEO recording     BLACK FLASH DRIVE

EXHIBIT X4: VIDEO recording     BLACK FLASH DRIVE

EXHIBIT X5: VIDEO recording     BLACK FLASH DRIVE

EXHIBIT X11: AUDIO recording    BLACK FLASH DRIVE

EXHIBIT X12: AUDIO recording    BLACK FLASH DRIVE

EXHIBIT J4: VIDEO recording     BLACK FLASH DRIVE