# Exhibit X

Declaration of Dr. Dilip Jana in Support of his Protected Activities to Walmart HR VP Shawn Cohen

Includes:

Video File:

EXHIBIT X-3 - Protected Activity - Aug. 14,2023 - Video Complaint to Shawn Cohen.MOV
EXHIBIT X-4 - Protected Activity - Aug. 14,2023 - Video Complaint to Shawn Cohen.MOV
EXHIBIT X-5 - Protected Activity - Aug. 14,2023 - Video Complaint to Shawn Cohen.MOV

This file has been shared with Walmart during Initial Disclosure. This file is not Under Protective Order in Place.

Transcription:
EXHIBIT X3- T
EXHIBIT X4- T
EXHIBIT X5- T

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | § | |
| | § | |
| DILIP JANA<br>*Plaintiff,* | § | **Civil Action No. 4:24-cv-00698-SDJ-BD** |
| | § | |
| | § | |
| v. | § | |
| | § | |
| **WALMART, INC.,**<br>*Defendant.* | § | |
| | § | |

---

**DECLARATION OF DILIP JANA IN SUPPORT OF PROTECTED ACTIVITY: X3, X4, X5**

**VIDEO EVIDENCE WITH SHAWN COHEN**

---

Pursuant to 28 U.S.C. § 1746, I, Dr. Dilip Jana, hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief:

1. I am the Plaintiff in the above-captioned matter and submit this affidavit in support of my claims under the **Criminal Antitrust Anti-Retaliation Act ("CAARA")** and the **Sarbanes-Oxley Act ("SOX")**. I make this declaration based on personal knowledge, including contemporaneous recordings and documentation of my protected whistleblower disclosures to Walmart Inc.

2. On **August 14, 2023**, I participated in a series of recorded meetings and disclosures with Walmart's Vice President of Human Resources, **Shawn Cohen**, which are documented in the following exhibits:

- **EXHIBIT X-3**: Video Recording and **X-3 T Transcript**
- **EXHIBIT X-4**: Video Recording and **X-4**T Transcript
- **EXHIBIT X-5**: Video Recording and **X-5 T** Transcript concerning fear of retaliation

3. In these meetings, I disclosed specific information concerning **bid rigging, procurement fraud, bid suppression**, and **misrepresentation of costs** related to Walmart's internal vendor selection process for a project referred to as the "POC" (Proof of Concept), managed by Vice President **Ridhi Mehra** and her colleague **Kamil Bay**.

4. I explicitly reported to Mr. Cohen that the vendor **Infogain** fraudulently submitted a low bid of $180,000 to displace competing vendors such as Google and Deloitte, only to later inflate the cost by over $200,000 after receiving the contract — bringing the actual cost above the initial bids by more qualified vendors.

5. I informed Mr. Cohen that I had internal emails, documentation, and recordings substantiating these claims, including a March 29, 2023 conversation in which Ms. Mehra stated:

   "If it was my personal business, I do like Infogain more—not because of just the cost, but I think they understand the problem better… if we really use, think about POC and get Infogain, then we can use our internal intelligence and hardware to scale it."
   This demonstrates a pre-determined preference for Infogain before the conclusion of any formal evaluation process, evidencing **bid rigging and procurement manipulation**.

6. My disclosures were made internally to senior HR leadership as part of Walmart's ethics reporting processes. I reasonably believed at the time, and still believe, that these actions violated criminal antitrust laws and SEC rules governing public company fraud and internal controls.

7. During the August 14 meeting (EXHIBIT X-5), I expressed **fear of retaliation** and explained that I was hesitant to hand over all documents unless senior leadership such as Doug McMillon or John Furner were involved. I reiterated that I made these disclosures in the best interests of Walmart.

8. Mr. Cohen confirmed that he would escalate my allegations to the **ethics department** for investigation, and acknowledged the seriousness of my protected disclosures.

9. I declare that these recordings were lawfully made under Texas and Arkansas's **one-party consent laws**, using my personal devices, without coercion, manipulation, or fabrication. They were shared with Walmart and referenced in my Initial Disclosure.

10. These communications constitute **protected activity** under both **CAARA**, which prohibits retaliation for reporting criminal antitrust violations, and **SOX**, which protects disclosures regarding shareholder fraud, misrepresentation, or improper vendor selection and internal controls in a public company.

Executed under penalty of perjury under the laws of the United States of America this 12th day of September, 2025.

Respectfully Submitted,

Dilip Kumar Jana

DILIP JANA, Plaintiff
*Pro Se*
Telephone : 318-243-9743
Email: janadilip@gmail.com
800 Fairlawn St, Allen, TX, 75002

# EXHIBIT X-3 T

**Video Transcript – Plaintiff's Whistleblower Disclosure to Walmart HR**
**Date:** August 14, 2023

**File Name:**

**EXHIBIT X-3 - Protected Activity - Aug. 14,2023 - Video Complaint to Shawn Cohen.MOV**

**Participants:**

- **Dilip Jana (Plaintiff)**
- **Shawn Cohen, Vice President of Human Resources**
  **Location:** Remote meeting recorded by Plaintiff (Allen, TX); Mr. Cohen located in Bentonville, AR
  **Duration:** Approx. 3 minutes excerpted for evidentiary use

**Description:**
This transcript captures Plaintiff's protected whistleblower disclosures to Walmart's HR Vice President Shawn Cohen, specifically identifying procurement fraud, bid rigging, bid suppression, and misrepresentation tied to VP Ridhi Mehra's actions. The conversation took place during an internal HR meeting and was recorded by Plaintiff on August 14, 2023. This evidence supports Plaintiff's claims under SOX and CAARA and rebuts Walmart's assertion that no protected activity or substantiating facts were ever presented internally.

**(0:05)** Plaintiff: *Hi Shawn.*

**(0:07)** Shawn Cohen: *Hello Dilip.*

**(0:09)** Plaintiff: *How are you?*

**(0:11)** Shawn Cohen: *I'm doing well. I'm sorry. I didn't think we were still meeting. I didn't get any of the information from you.*

**(0:22)** Plaintiff: *Yeah, I worked over the weekend for these things and I'm still in the process of reviewing a lot of documents. And this is something very serious. I really need to talk to you—more time. This half an hour is not enough. It's something more serious.*

**(0:45)** Shawn Cohen: *Let me see. I know you said you had to go to another meeting.*

**(0:51)** Plaintiff: *Now I'm free. I'm free, but I can give you a bigger picture—a 30,000-foot view of what I have. And whatever I'm talking about, assume that I have proof—some sort of proof. You cannot believe how much documentation I had to go through over the weekend.*

**(1:16)** Plaintiff: *Because you know, you and I talked briefly. I think I was talking to Allie on Thursday or Friday—Thursday, I think.*

**(1:21)** Shawn Cohen: *Yeah, Thursday.*

**(1:26)** Plaintiff: *Believe me, I had to go back to my records because we are dealing with the human mind, so you have to go back with respect to time. Documenting takes a lot of time, but I did the job for Walmart and we are on the verge of big corruption, and I have documented everything. Again, I know you have no idea what I'm talking about, but let me give you a bigger picture. The complaint is twofold. I know we have only a few minutes, but I'll give you the bigger picture in two or three minutes, and then we can set up another meeting.*

**(2:03)** Shawn Cohen: *Yeah.*

**(2:04)** Plaintiff: *So the main concern I have is procurement fraud, bid rigging, bid suppression, and misrepresentation of low cost to get the POC for the vendor. And this is all orchestrated by VP Ridhi Mehra—and I have documented it.*

**(2:30)** Shawn Cohen: *Okay, Ridhi. Okay.*

**(2:37)** Plaintiff: *So I have documented this incident from March 28 until last week.*

**(2:48)** Shawn Cohen: *So you said... let me take... you mind if I take some quick notes? Yes, I know you're just giving me the overview.*

# EXHIBIT X4-T

## Video Transcript – Plaintiff's Whistleblower Disclosure to Walmart HR

Date: August 14, 2023

Location: Remote Meeting – Plaintiff in Allen, TX; Mr. Cohen in Bentonville, AR

**File Name:** **EXHIBIT X-4 - Protected Activity - Aug. 14,2023 - Video Complaint to Shawn Cohen.MOV**

Recording by: Plaintiff

Duration: Approx. 14 minutes (excerpted)

Participants:

Dilip Jana (Plaintiff)

Shawn Cohen (Vice President, Human Resources)

**(0:00) Shawn Cohen:** To back up the allegations,
**(0:03) Plaintiff:** I'll give you everything. Right in front of me and it is on my device and Nobody other than me has access to it. And it's very protected and I have done the job for because I love Walmart. I'm showing you who the people who are roaming around in the home office…

**(0:27) Shawn Cohen:** I was gonna say you said bid rigging..
**(0:32) Plaintiff:** bid rigging, procurement fraud, bid suppression

**(0:40) Shawn Cohen:** Bid suppression.
**(0:42) Plaintiff:** Misrepresenting low cost of the POC to get the POC and then increase the price Once they got the project even before starting the project for the same job. Then it was orchestrated by Riddhi Mehra. Let me give you the bigger picture here. I joined this team on April 8, 2023 this year so I was interviewed by this team sometimes in March 1st or 2nd week around that time and then they selected me and then they come to an agreement with my previous team. I'll be slowly transitioning to the new team. So I started attending meeting. So I started attending meeting probably from middle of March 2023 and during that time all the vendor evaluation process was going on and I'm very honest

**(1:42) Plaintiff:** I saw there were five vendors. I was honestly evaluating and I gave my critical feedback for each of these vendors… What my feedback was for Infogain there is a vendor in India headquarter in India, now they were bidding for the process and they showed the POC cost would be $180,000 but again Shawn, these money at Walmart scale.

It's nothing I understand. But at the same time it's ethical problem if some.. For the same job if Infogain is one of the vendors who gave bid for $180,000 then Google and Deloitte they gave $300,000 bidding.

**(2:35) Shawn Cohen:** Okay.
**(2:36) Plaintiff:** and they have been removed

**(2:38) Shawn Cohen:** About double the cost
**(2:40) Plaintiff:** Yeah, not double ..little more than hundred thousand..
**(2:47) Plaintiff:** So now the vendor selection was going on from middle of, you know, March until middle of April and I gave my feedback for Infogain.. sciences as I explained, it's very technical field. Everybody wants to be data scientist today because according to Harvard Business Review Data scientist job is the most sexiest job in 21st century.

**(3:21) Plaintiff:** ..you as a HR personnel, you know, the tech salary is highest. There is a reason why and there is a reason why everybody wants to be data scientist.

**(3:28) Plaintiff:** So these companies they hire very low quality people in India. They get the project, somehow and this is where Ridhi Mehra comes in. So we were on the process of, you know, evaluating all the five vendors and ...my feedback for Infogain was pretty bad

**(3:49) Plaintiff:** I said, you know, this is why they're very cheap means low quality work and ...they are not competent enough

**(3:56) Shawn Cohen:** Where did you get the feedback from?
**(4:02) Plaintiff:** No, I was evaluating, I looked at the data scientist's profile. Again I don't want to judge people based on their cover, but at the same time we are giving money to a vendor. We want to make sure we are giving that to the right people.. Data scientist job is not easy. You need to have a very technical field of their expertise. So that being said I was giving my feedback.. 28th of March

**(4:34) Shawn Cohen:** Hold on one second Dilip.. Sorry about that. Someone was waiting on me.
**(5:05) Plaintiff:** If you are busy we can talk in another time, that's fine
**(5:09) Shawn Cohen:** No, I told him I'd just be a little bit more because you and I were gonna set up a follow-up session
**(5:17) Plaintiff:** So then what happens I emailed, you know, the person who was dealing with all kinds of vendor was Kamil Bay
**(5:25) Plaintiff:** ..Ridhi Mehra worked with Kamil Bay for few years in Sam's Club.
**(5:33) Plaintiff:** So Kamil Bay and Ridhi Mehra they're very good friend
**(5:37) Shawn Cohen:** What's the name
**(5:39) Plaintiff:** Kamil Bay I'll give you all information
**(5:41) Shawn Cohen:** Okay,
**(5:42) Plaintiff:** I'll give you all information.. what Kamil was doing, you know, loyal to Riddhi, and he was doing all kinds of stuff for Riddhi. So I give my feedback to Kamil

**(5:57) Plaintiff:** And I was not happy with the Infogain's performance up front.. during the.. evaluation process, but Google was expensive as you know, we have to follow a EDLC.
**(6:08) Plaintiff:** 29th of I was giving feedback on 29th of March, sorry the 28th of March this year. 29th of March Riddhi Mehra came to Dallas office and wanted to meet me
**(6:23) Plaintiff:** Okay, I met her and during the conversation Ridhi Mehra said.. I told her I like Google and Deloitte but it's expensive but we will be getting some credit from Google, right? ..I don't know. I heard from Kamil. We may get some credit
**(6:40) Plaintiff:** Then Riddhi said, Well, if it is my personal business
**(6:47) Plaintiff:** Let me read that, exactly what she said.. "If it was my personal business, I do like Infogain more not because of just the cost but I think they understand the problem better" I know Deloitte. Because they're consultants, they will deliver something. If you think about POC get Infogain and then you can use our internal intelligence"
**(7:20) Plaintiff:** Okay, that is where the problem is
**(7:24) Plaintiff:** So you as a VP you set up your mind while we are evaluating. You are leaning towards Infogain because of whatever the reason is and you're telling Infogain understands better than Google
**(7:40) Plaintiff:** It's all documented. I have the recording. I will give it to you
**(7:46) Plaintiff:** So now you are telling me Infogainz is better than.. At that point I have nothing to say because VP is saying and … I didn't even join the team yet
**(7:59) Plaintiff:** But then after spending 13 weeks, they deliver nothing
**(8:09) Plaintiff:** Now we are about to sign a contract for next level MVP
**(8:15) Plaintiff:** now I'm the one who was speaking up from day one
**(8:19) Plaintiff:** Then Adrian, my boss, came back and said that hey don't message to zoom chat about Infogain, that's not a setting a good example. Well, you cannot speak up in this and then I got the retaliation
**(8:38) Plaintiff:** Then what happens Infogain is supposed to charge 180,000 right?.. that's how you kicked out Google you kicked out all other vendors
**(8:51) Plaintiff:** They came up. Oh, we have to travel to Bentonville.. our data scientist, our PM should be traveling to Bentonville. There's another 100,000.
**(9:02) Plaintiff:** this 13 weeks is not enough.. we have to extend that money to another 100,000
**(9:10) Plaintiff:** So basically it's roughly… 180 plus 200 means 400,000 which is expensive than Google and Deloitte
**(9:29) Shawn Cohen:** so you're saying that you're saying that they came in with a low bid and then once they got started they submitted additional Charges
**(9:40) Plaintiff:** even before starting the work for the exact same work. They started their work on 26th of June, not before that
**(9:53) Plaintiff:** So now you are unfairly removing other bidders because of VP's priority or whatever because as I read to you what VP said in the month of March and Kamil played a role there and all by the way Kamil
**(10:15) Plaintiff:** So far … Kamil and Riddhi are good friends, but now Kamil acknowledged on a recording and he said Riddhi will be .. in a bad shape. So he's just helping Riddhi and I will give you all the documents

**(10:36) Plaintiff:** So what it means.. During the evaluation period Kamil came up with some kind of numbering system. I don't know how which favor Infogain and then

**(10:53) Plaintiff:** Riddhi gave the project to Infogain. So basically Riddhi tried to orchestrate it from day one

**(10:58) Plaintiff:** She prefers Infogain because Infogain understand it better, which is I can play that for you

**(11:04) Plaintiff:** Hold on, my phone is right here. You listen that. "Right now we are trying to do is select a vendor.. what I would say is ... if it was my personal business, I do like Infogain more, not because of just the cost, but I think they understand the problem better. Deloitte are more.. I know Deloitte, because they are consultants, they will deliver something. That would be safer But I do think, if we really use, think about POC and get Infogain and then we can use our internal intelligence and hardware to scale it"

**(12:04) Plaintiff:** So that tells me your VP is already inclined to Infogain even before we started doing all kind of evaluation

**(12:17) Plaintiff:** Right after giving the project to Infogain, Riddhi went to India for one week vacation

**(12:23) Plaintiff:** What does it mean?

**(12:26) Plaintiff:** I have serious doubt on embezzlement

**(12:30) Shawn Cohen:** So you are claiming she went on her vacation.. As connected to this bid

**(12:38) Plaintiff:** That's correct

**(12:42) Plaintiff:** Because the way she has been acting in favor of Infogain to give the project even continuously failing deliver to result

**(12:52) Plaintiff:** And I have all the documents by the way I have all the documents how they are failing, how they are not able to deliver the results

**(13:00) Plaintiff:** Still they are going to give the next project. There is another person from Infogaine is coming to the campus maybe tomorrow, day after tomorrow for the next MVP

**(13:13) Plaintiff:** Allie doesn't know that

**(13:16) Plaintiff:** Does Allie know that I have the recording where your VP is telling she already fixed her mind to give the project to a particular company

**(13:26) Plaintiff:** That's a bid rigging

**(13:29) Plaintiff:** You are purposefully reducing the cost upfront to get the bid

**(13:34) Plaintiff:** And once you got the bid, you win the bid then you are increasing the price

**(13:55) Shawn Cohen:** So when do you think you will be able to provide me with the documentation you said you were going to send over

**(14:01) Shawn Cohen:** Because we will need to investigate these

# EXHIBIT X5-T

**Video Transcript – Plaintiff's Whistleblower Disclosure and Fear of Retaliation**
**Date:** August 14, 2023
**Location:** Remote Meeting – Plaintiff in Allen, TX; Mr. Cohen in Bentonville, AR

File Name: EXHIBIT X-5 - Protected Activity - Aug. 14,2023 - Video Complaint to Shawn Cohen.MOV
**Recording by:** Plaintiff
**Duration:** Approx. 3 minutes (excerpted)

**Participants:**

- **Dilip Jana (Plaintiff)**
- **Shawn Cohen (Vice President, Human Resources)**

**(0:00) Plaintiff:** And I don't know what kind of treatment I'll be getting from Walmart.

**(0:04) Plaintiff:** As I said, I didn't even touch the, you know, **retaliation part**.

**(0:08) Plaintiff:** I don't know how this will be handled.

**(0:14) Plaintiff:** I'll be happy to come to Bentonville to show you what I have, but I may not be able to give all documents to Walmart until I get confirmation from upper management like Doug or John Furner or somebody like that. Otherwise, I cannot give that documentation. I can show you.

**(0:32) Plaintiff:** I'll be happy to. I can come to Bentonville. I'll show you, sit down with you, what we have.

**(0:44) Shawn Cohen:** Okay, what I'll need to do is partner with our ethics department because of the claims you've raised, need to investigate the claims around, you said, bid rigging, procurement fraud, bid suppression and misrepresentation of the cost of the proof of concept.

**(1:08) Plaintiff:** That's right.

**(1:08) Shawn Cohen:** So I need to connect with our ethics team to launch an investigation into those concerns.

**(1:16) Shawn Cohen:** So they'll probably be reaching out to you about the documentation and it's up to you what you want to provide to help substantiate the claims you're raising, but that will more than likely handle issue going forward as far as what you've raised. I'll make sure so you understand.

**(1:51) Shawn Cohen:** I'll make sure I'll try to find out who would actually be handling it. So you'll know who to expect to reach out.

**(1:59) Shawn Cohen:** But I need to call them. I need to call them and talk through what you've shared with me.

**(2:05) Plaintiff:** So as I said, whatever I'm sharing with you, I have all kinds of proofs. But again, that needs to be confidential because I'll be working with my colleagues.

**(2:14) Plaintiff:** But I have done that for the best interest of Walmart and because I know what people are doing and how they're colluding the environment..poisoning the workplace environment because they're creating a loyal environment around them and creating, you know, they have their own environment and then doing all kinds of crap and roaming around in front of you.

**(2:42) Plaintiff:** That's not good for Walmart.

**(2:47) Shawn Cohen:** Well, let me do that as a next step.

**(2:50) Shawn Cohen:** Let me connect with our ethics department and share with them the concerns you've raised with me.

**(2:56) Shawn Cohen:** And then once I've done that, I'll follow up with you.

**(2:58) Shawn Cohen:** I'll call you and give you an update on how things will proceed.

**(3:06) Plaintiff:** Okay.