# Exhibit X7

Protected Activity related to Statement of Work by Vendor Infogain

Plaintiff acquired this file during his employment, is not under current Protective Order

This File was shared with Walmart during Initial Disclosure, this print is with Track Changes

**Subject:** Re: New SOW
**Date:** Monday, October 9, 2023 at 12:29:22 PM Central Daylight Time
**From:** Dilip Jana
**To:** Adrian Milbourne, Kamil Bay, Ridhi Mehra
**Attachments:** image001.png

Adrian is on PTO.

@Ridhi Mehra this is urgent. Did we extend the POC? If we did not extend the POC and if the POC ended, and Infogain is still working, are they being fairly compensated for their post POC work? Please advise.

If this is not the case, Infogain should not have access to Walmart resources after POC is ended.

In case you have updated SOW, I want to have a look.

---

**From:** Dilip Jana <dilip.jana@walmart.com>
**Date:** Monday, October 9, 2023 at 9:45 AM
**To:** Adrian Milbourne <Adrian.Milbourne@walmart.com>, Kamil Bay <kamil.bay@walmart.com>
**Cc:** Ridhi Mehra <Ridhi.Mehra@walmart.com>
**Subject:** New SOW

I believe POC has ended, please correct me if I am wrong. I see Infogain is still working, can I get the updated SOW?

---

**From:** Dilip Jana <dilip.jana@walmart.com>
**Date:** Monday, October 9, 2023 at 7:39 AM
**To:** Rishabh Kesarwani <vn55w0l@email.wal-mart.com>, MEGHA BANERJEE <Megha.Banerjee@walmart.com>, Souparno Chakraborty <Souparno.Chakraborty@walmart.com>, Kamil Bay <kamil.bay@walmart.com>, Sandeep Golkonda <Sandeep.Golkonda@walmart.com>
**Cc:** Adrian Milbourne <Adrian.Milbourne@walmart.com>, Abdurrehman Malekji <vn55w0u@email.wal-mart.com>, Vishal Khullar <vn55w0v@email.wal-mart.com>, Krishna Mamidala - Vendor <vn56520@email.wal-mart.com>, Rishabh Bansal <vn55w0k@email.wal-mart.com>, Yugandhara Ghate <vn55w0m@email.wal-mart.com>, Prachi Dangde <vn55w0n@email.wal-mart.com>, Ramprakash Veluchamy - Vendor <vn568o9@email.wal-mart.com>, Dilip Jana <dilip.jana@walmart.com>
**Subject:** Re: Migration of Codes to Element

Thanks Rishabh.
Can you please provide the project link (please see below?

I believe POC has ended, please correct me if I am wrong. Can anybody send me new SOW?



**From:** Rishabh Kesarwani <vn55w0l@email.wal-mart.com>
**Date:** Monday, October 9, 2023 at 7:06 AM
**To:** MEGHA BANERJEE <Megha.Banerjee@walmart.com>, Souparno Chakraborty <Souparno.Chakraborty@walmart.com>, Kamil Bay <kamil.bay@walmart.com>, Dilip Jana <dilip.jana@walmart.com>, Sandeep Golkonda <Sandeep.Golkonda@walmart.com>
**Cc:** Adrian Milbourne <Adrian.Milbourne@walmart.com>, Abdurrehman Malekji <vn55w0u@email.wal-mart.com>, Vishal Khullar <vn55w0v@email.wal-mart.com>, Krishna Mamidala - Vendor <vn56520@email.wal-mart.com>, Rishabh Bansal <vn55w0k@email.wal-mart.com>, Yugandhara Ghate <vn55w0m@email.wal-mart.com>, Prachi Dangde <vn55w0n@email.wal-mart.com>, Ramprakash Veluchamy - Vendor <vn568o9@email.wal-mart.com>
**Subject:** Migration of Codes to Element

Hello Team,

I wanted to provide you with an update regarding our code migration to Element. We encountered several errors during migration which we had taken up with element's team for resolution. In essence, we have now successfully completed the migration process, and we can now execute end-to-end processes within Element.

We will be updating the respective element's notebook link to the instructions file and going forward we will be leveraging element as a platform for any development purpose.

Best regards,
Rishabh Kesarwani