# Exhibit X13

Declaration of Dr. Dilip Jana in Support of Plaintiff's Protected Activities

Includes:

Audio Files:

EXHIBIT X-11 - Protected Activity - Sept. 8,2023 - Monica Hall - Audio Conversation.m4a

EXHIBIT X-12 - Protected Activity - Sept. 8,2023 - Monica Hall - Audio Conversation.m4a

EMail:

EXHIBIT X-15 - Protected Activity - Sept. 27,2023 - Monica Hall - EMail-Closure-Ethics-Complaint.pdf.pdf

These files have been shared with Walmart during Initial Disclosure. This file is not Under Protective Order in Place.

Transcription:
**X-11 T**
**X-12 T**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | § | |
| | § | |
| DILIP JANA<br>*Plaintiff,* | § | **Civil Action No. 4:24-cv-00698-SDJ-BD** |
| | § | |
| | § | |
| v. | § | |
| | § | |
| **WALMART, INC.,**<br>*Defendant.* | § | |
| | § | |

---

## DECLARATION OF DR. DILIP JANA AUTHENTICATING AUDIO EVIDENCE (X-11, X-12) and EMAIL EVIDENCE OF ETHICS INVESTIGATION CLOSURE(EXHIBIT X-15)

---

**Authentication of Exhibits X-11, X-12, and X-15)**

*(Pursuant to 28 U.S.C. § 1746)*

I, **Dilip Jana**, declare as follows:

1. **Personal Background.** I am the Plaintiff in *Jana v. Walmart Inc.*, Case No. 4:24-cv-00698, pending in the United States District Court for the Eastern District of Texas. I make this declaration based on my personal knowledge and under penalty of perjury pursuant to 28 U.S.C. § 1746.

2. **Meeting with VP Jelahn Stewart.** On **September 4, 2023**, while physically present at Walmart's Bentonville, Arkansas headquarters, I met in a closed-door meeting with **Jelahn Stewart, Vice President of Global Ethics**, who is a supervisory authority within Walmart. In

that meeting I reported in detail possible violations of federal Antitrust Law, procurement fraud, shareholder fraud, internal controls fraud, and potential violations of the **Foreign Corrupt Practices Act (FCPA)** involving Walmart VP **Ridhi Mehra** and the vendor Infogain.

3. **Instruction to Provide Evidence.** Ms. Stewart instructed me to provide my documentation to **Monica Hall**, a Senior Manager reporting to Walmart's Senior Director of Global Ethics, Lori Chumbier.

4. **Protected Activity with Monica Hall – Sept. 8, 2023.** On **September 8, 2023**, I met remotely with **Monica Hall** via Zoom while still in Bentonville, AR. During that meeting, I shared my **OneDrive folder** containing documents substantiating fraud, bid-rigging, and FCPA violations.

a. The conversation is authenticated by **Exhibit X-11** (audio recording) and **Exhibit X-11-A** (transcript). For example, Hall expressly acknowledged Walmart's Legal Investigations team was already aware of my disclosures:
*"Our legal investigations team was already privy to the matter that you shared with Jelahn and I, and they had been looking into it… this matter was initially reported by Shawn Cohen… and it was sent to our legal investigations team for review."* (Ex. X-11-A, at 1:06–2:10).

**b. Hall confirmed she escalated my report:**

*"…when I spoke with Allie, I said Jelahn and I spoke with this associate as well and we are awaiting additional information… in the event you reported something that had not already been reported and reviewed by them."* (Ex. X-11-A, at 2:10–3:10).

c. In **Exhibit X-12** (audio) and **X-12-A** (transcript), I explained my good-faith one-party recording and emphasized my loyalty to Walmart:

*"Just to make sure we are on the same page, disclaimer, I recorded... not to disrespect any individual, not to invade the privacy... but I did that... because as an honest Walmart employee who loves Walmart, I have a responsibility to check whether we are upholding Walmart's core values."* (Ex. X-12-A, at 0:06–1:00).

d. Hall thanked me and confirmed escalation to the **Significant Case Team**:

*"Just let me know once you add that additional information, but I want to get these high-level documents. I want to see if I can get a review today... I want to get somebody on this significant case team so they can review this information for me."* (Ex. X-12-A, at 1:47–3:14).

5. **Ethics Case Closure.** On **September 27, 2023**, Monica Hall sent me a closure email, attached as **Exhibit X-15**. That email states:

*"Thank you for speaking up and allowing us to investigate this situation. We have reviewed this matter, and the case is now closed... Out of respect for the individual, and to protect privacy and confidentiality, we cannot release specific details about the outcome."* (Ex. X-15).

6. **Proximity to Termination.** Within one week of Hall's closure notice, Walmart initiated steps to terminate me (around October 3–4, 2023). This temporal proximity—protected activity in September followed immediately by termination in early October—provides strong circumstantial evidence of retaliatory motive.

7. **Authenticity.** I recorded the September 8 conversations lawfully under Arkansas's one-party consent law. I preserved the original unaltered files and provide true and correct copies as **Exhibit X-11** and **Exhibit X-12**, with accompanying transcripts **X-11-T** and **X-12-T**. Exhibit X-15 is the true and correct email I received from Monica Hall on September 27, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of September, 2025, in Allen, Texas.

Respectfully Submitted,

Dilip Kumar Jana

DILIP JANA, Plaintiff
*Pro Se*
Telephone : 318-243-9743
Email: janadilip@gmail.com
800 Fairlawn St, Allen, TX, 75002

# EXHIBIT X-11 T

**Protected Activity - Sept. 8,2023 - Monica Hall - Audio Conversation**

File Name: EXHIBIT X-11 - Protected Activity - Sept. 8,2023 - Monica Hall - Audio Conversation.m4a

**EXHIBIT X-11 - Protected Activity - Sept. 8,2023 - Monica Hall - Audio Conversation**

Context: A zoom video call between Monica Hall and Plaintiff when Plaintiff was sharing his One Drive Folder which contained documents related to fraud to Monica Hall

**Demonstrates that Plaintiff's whistleblower activity happened with Ethics Vice President Jelahn Stewart at her office at Walmart's headquarters on Monday, September 4, 2023.**

(0:04) Monica Hall: Hello, I'm so so sorry.

(0:39) Plaintiff: Thank you for giving me your time, I really appreciate that and I really appreciate, you know, appreciate your help. Plaintiff: so okay, so after we talked on Monday, right, in the office and did anybody in the HRBP or anybody know that yet?

(1:06) Monica Hall: Well, as it turns out, it appears that our, hold on one second, let me. let me pull up the ticket here, so as it turns out, our legal investigations team was already privy to the matter that you shared with Jelahn and I

(1:38) Monica Hall: and they had been looking into it, hold on, I have a case number right here, let me pull it up, give me just a second, because when I was explaining the matter to my,to my senior director, she said that sounds very, very familiar, hold on one second, so this was, let's see,

(2:10)Monica Hall: yes, so the matter, this matter was initially reported by Shawn Cohen, the senior director of People and he basically shared the concerns that you shared with Jelan and I and it was sent to our legal investigations team for review and after they scoped the matter, it was redirected to the senior director for handling, so when I spoke with Allie, I said Jelahn and I spoke with this associate as well and we are awaiting additional information to see if there's anything different reported than you all have initially investigated and scoped and then I'll circle back with you all to determine if we need to do anything differently, that was in the event you reported something that had not already been reported and reviewed by them, so unknown to us, when we spoke with you, they had already reviewed some of the concerns that you had reported to I think Allie and Stephen prior to meeting with Jelahn

(3:43) Plaintiff: yeah, it does

# EXHIBIT X-12 T

**Protected Activity - Sept. 8,2023 - Monica Hall - Audio Conversation excerpts**

Context: A zoom video call between Monica Hall and Plaintiff when Plaintiff was sharing his One Drive Folder which contained documents related to fraud to Monica Hall

**File Name: EXHIBIT X-12 - Protected Activity - Sept. 8,2023 - Monica Hall - Audio Conversation.m4a**

**EXHIBIT X-12 - Protected Activity - Sept. 8,2023 - Monica Hall - Audio Conversation**

(0:00) Plaintiff: So I'll give you all the information.

(0:03) Monica Hall: Okay, this right here is very helpful.

(0:06) Plaintiff: Thank you, thank you. ..just to make sure we are on the same page, disclaimer, I ...I recorded, uh, in one party consent state and not to disrespect any individual, not to invade the privacy of that individual. But I did that operation just to demonstrate and I love Walmart. And I'm trying to expose some of the things which is happening at the ground.

(0:43) Monica Hall: All right. Which, which conversation are you referring to that you recorded?

(0:47) Plaintiff: Oh, this, this movie MOV and this, um...

(0:53) Monica Hall: Oh, that's what you were telling Jalahn and I about when you came to visit us.

(0:57) Plaintiff: That's what I just want to make sure, you know, I think I wrote it down somewhere on this document as well because there is no ambiguity,,,I gave a disclaimer here, somewhere.. Because as..you know, I said as an honest Walmart employee who loves Walmart has a responsibility to check whether we are upholding Walmart's core values because this is our responsibility to cross check. So there's no other intention, just to make sure we're on the same page.

(1:37) Monica Hall: Perfect. Thank you so much. Let me see if I can hold someone now. Are you about to leave now and drive back to Dallas?

(1:45)Plaintiff: I can stay for some time if needed.

(1:47)Monica Hall:  No, no, no, no, no, no. I was just going to wish you safe  travel. Just let me know once you, um, add that additional information, but I want to get this (1:55) high level documents. I want to see if I can get a review today… then when you provide and make sure that they are aware that this is just preliminary information, we should be receiving more, um, over the weekend or next week.

(2:17) Monica Hall:you know, you spend a lot of time on this. I don't want you to consume all of your time focusing on this. I realize how important it is to you. And I really appreciate all of your work and your efforts to get this information to us, but I don't want you to spend, you know, overwhelm yourself. You need to take care of your family, yourself as well.

(2:40) Plaintiff: Really appreciate that. As you can see, Infogain's performance, MVP, all these things I'm going to write towards the end, because when I met Shawn, what Shawn told me, Hey, you're not providing any information. He didn't even want to meet me… then I got confidence in you and I'll be providing everything you need.  Infogain's performance, it will be a big chapter. Infogain's impact on our work,  MVP, all these things should be documented here so that there is no wiggle room.

(3:14) Monica Hall: Okay. Okay. Perfect…Well, be safe going home.Let me see if I can get somebody on this significant case team so that they can review this information for me.