# Exhibit X15

Monical Hall's Email: Ethics Investigation closure

| | |
|---|---|
| **Subject:** | Ethics Concern |
| **Date:** | Wednesday, September 27, 2023 at 2:53:33 PM Central Daylight Time |
| **From:** | Monica Hall |
| **To:** | Dilip Jana |
| **Priority:** | High |
| **Attachments:** | image001.png |

Hi Dilip,

Thank you for speaking up and allowing us to investigate this situation. We have reviewed this matter, and the case is now closed.

Out of respect for the individual, and to protect privacy and confidentiality, we cannot release specific details about the outcome. We partnered with the business, as needed, to address these concerns.

Thanks again for reaching out!

Best Regards,

Monica L. Hall
**Senior Manager, Global Ethics and Compliance**
<u>Monica.hall@walmart.com</u>

-
702 SW 8th Street
Bentonville, AR  72716
**Mail Stop:** 0885



Walmart
GLOBAL ETHICS & COMPLIANCE