# Exhibit J4-A

Declaration of Dr. Dilip Jana in Support of Magistrate Judge's Report "Impossible Task To Provoke his Termination"

Includes:
Video File: EXHIBIT J-4 - 09-25-2023-WFP-ERIC-KETAN-SANDEEP.MOV

This file has been shared with Walmart during Initial Disclosure. This file is not Under Protective Order in Place.

Transcription: EXHIBIT J-4 T

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | § § | |
| DILIP JANA<br>*Plaintiff,* | § § § | Civil Action No. 4:24-cv-00698-SDJ-BD |
| v. | § § § | |
| WALMART, INC.,<br>*Defendant.* | § § § | |

---

### DECLARATION OF DILIP JANA IN SUPPORT OF MAGISTRATE JUDGE'S REPORT "IMPOSSIBLE TASK TO PROVOKE HIS TERMINATION"

---

Pursuant to **28 U.S.C. § 1746**, I, **Dr. Dilip Jana**, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. **Identity.** I am the Plaintiff in the above-captioned case. I make this Declaration based on personal knowledge and my review of materials in this matter.

### A. Roles, reporting lines, and data dependency

2. I served as Director of Data Science. I reported to Adrian Milbourne; Mr. Milbourne reported to VP Ridhi Mehra; Ms. Mehra reported to SVP Allie Hazelwood. My direct report was Sandeep Golkonda.

3. VP Kevin Lewis (a peer of VP Mehra) oversaw Data Foundations / AI Solutions. Ketan Mudda reported to Eric Blabac under VP Lewis. That organization was also working on

---

**Declaration of Dr. Dilip Jana in support of "Impossible Task"**  Page 1 of 5
*Jana v. Walmart, Inc.*

Workforce Planning (WFP).

4. As a baseline professional fact: a data-science deliverable cannot be performed without data and without a business owner/consumer to specify and accept outputs.

## B. Contemporaneous "no-data" record (Complaint ¶¶117–144)

5. **8/25/2023 – Assignment issued.** At **8:30 p.m.**, Mr. Milbourne emailed: "WFP use case updates and timelines – Due Sept 1st … get clearly defined next steps with Ketan … key deliverables." (Compl. Doc. 13-11, PageID 318).

6. **8/29/2023 – Date conditioned on data/answers.** At **1:56 p.m.**, I wrote: "We need … clarity of the work and the data sets availability … what is Ketan's team's role and what's our team's role … I propose … Due Sept 8th *provided we get all the answers*." (Compl. Doc. 13-11, PageID 317).

7. **8/29/2023 – Direct report flags "no consumer / duplication / capacity."** At 2:07 p.m., Sandeep emailed Mr. Milbourne (after meeting Ketan's team): (i) the deliverable was unclear ("we are constantly running into the wall"); (ii) we could not pace with 15+ engineers/scientists already on it; (iii) if we built defects on our end, it "wouldn't be consumed" because they use the same data sources. He asked for clarity on role/deliverables. .

8. **9/5/2023 – Team meeting; "no data" raised; threat language.** I raised that the necessary data did not exist. Mr. Milbourne stated: "I've never worked in an organization where 'I don't have data' was the excuse—never." (Compl. ¶¶126–127).

9. **Aug.–Sept. 2023 – Repeated outreach to data stewards.** I met and/or directed meetings with Brandon Gardner (≈15 years WFP experience) and Jeremy Arns (Data Foundations/Engineering) multiple times. Both told me there was no data for the task Mr.

---

**Declaration of Dr. Dilip Jana in support of "Impossible Task"**  Page 2 of 5
*Jana v. Walmart, Inc.*

Milbourne assigned. (Compl. ¶¶119, 131–133, 138–141; see Dkt. 13, Ex. 10).

10. **9/14/2023 – "Late" label despite unmet condition.** At **10:52 p.m.**, Mr. Milbourne wrote: "WFP Timelines/Activities – Late – Original Due Sept 8th." I responded immediately that it was not late because my 8/29 date was expressly conditioned on getting the answers/data, which had not occurred. (Compl. Doc. 13-11, PageID 315–316).

C. Sept. 25 Zoom (WFP scope/ownership) — ownerless and undeliverable

11. On **9/25/2023**, I arranged a Zoom at Walmart HQ (Bentonville) with Ketan Mudda, Eric Blabac, Adrian Milbourne, and Sandeep Golkonda (the "Sept. 25 Zoom"). A true and correct copy of the video is Ex. J-4 (media), with transcript Ex. J-4T.

12. **Role confusion / no owner.** Ketan: "…understand what and why we are trying to achieve WFP and defects." (02:19–02:45) (J-4T). Eric: make sure we are talking to the right folks and explains their reframe process. (05:10–08:12).

13. **Referral ping-pong.** Eric asks whether we should go straight to Ehsan's modeling team or to Eric/Ketan. (09:26–09:54). Ketan: engagement with my team might be more practical if the reframes change to include our signals. (09:54–10:35).

14. **No commitment now.** Eric: "When we do a reframe, they'll loop you guys in … we're not including that today in the reframe work." (10:35–11:18).

15. **Adrian's admission of bounce-backs.** Mr. Milbourne: "We kept getting pushed back to Ketan … I don't want to go to a referral to Ehsan and he pushes us back." (11:18–end).

16. **Data alignment unsettled.** Eric asks for a list of inputs; says Data Foundations is "doing their best," but alignment is still needed. (11:18–end).

---

**Declaration of Dr. Dilip Jana in support of "Impossible Task"**  Page 3 of 5
*Jana v. Walmart, Inc.*

17. **Professional conclusion from the Sept. 25, 2023 Zoom.** Based on the discussion captured in Ex. J-4/J-4T (e.g., 02:19–02:45; 05:10–08:12; 09:26–11:18; 11:18–end), the partner teams did not accept ownership of the WFP use case; no reframe had been updated to consume our defect-signal outputs; and Mr. Milbourne acknowledged referral push-backs between teams. In the absence of a committed business consumer and the necessary datasets (later confirmed by the Oct. 3, 2023 Data Foundations spreadsheet, Dkt. 13-10, PageID 311), the assignment was undeliverable. This directly contradicts Mr. Milbourne's Sept. 14, 2023 email labeling the work "WFP Timelines/Activities – Late – Original Due Sept 8th" and my Aug. 29 conditioned timeline.

D. **Final confirmation—no datasets; termination decision within ~24 hours**

18. On **10/03/2023 at 8:23 a.m.**, **Jeremy Arns** sent a spreadsheet of available sources (Dkt. 13-10, PageID 311); it did not contain what Mr. Milbourne's deliverable required. I screenshotted Mr. Milbourne's desired datasets, circulated the image back to Jeremy and Mr. Milbourne, and asked Mr. Milbourne to confirm that no suitable datasets existed. He did not respond. On February 22, 2024, I learned that the termination decision was taken approximately 24 hours after the 10/03/2023 exchange (Compl. ¶¶143–144; Doc. 13-1, PageID 298).

19. In my professional view, and based on the chronology above, **Mr. Milbourne assigned an ownerless, data-less task and then labeled it "Late,"** despite my conditioned timeline and repeated, good-faith efforts to obtain data and a consumer.

### E. Authentication of attached materials

20. The following are **true and correct** copies of the described materials; they have been preserved in native format and not altered (other than limited PII redactions, if any):

    • **8/25/2023** Milbourne email (Compl. **Doc. 13-11**, PageID **318**)

    • **8/29/2023** Plaintiff email (Compl. **Doc. 13-11**, PageID **317**)

    • **9/5/2023** meeting excerpt (quote re "I don't have data … never")

    • **9/14/2023** "Late—Original Due Sept 8th" email + Plaintiff response (Compl. **Doc. 13-11**, PageID **315–316**)

    • **10/03/2023** Data Foundations spreadsheet + follow-up email (screenshot of desired datasets and inquiry) (**Dkt. 13-10, PageID 311**)

    • **Ex. J-4** – **9/25/2023** Zoom video (Ketan/Eric/Adrian/Sandeep)

    • **Ex. J-4T** – Transcript of Ex. J-4

    • **Doc. 13-1, PageID 298; Doc. 13-2, PageID 299**

Executed under penalty of perjury under the laws of the United States of America this 12th day of September, 2025.

Respectfully Submitted,

*/s/ Dilip Kumar Jana*
DILIP JANA, Plaintiff
*Pro Se*
Telephone : 318-243-9743
Email: janadilip@gmail.com
800 Fairlawn St, Allen, TX, 75002

---

**Declaration of Dr. Dilip Jana in support of "Impossible Task"**          Page 5 of 5
*Jana v. Walmart, Inc.*

Exhibit J-4 T

Video Recording Excerpts

Date: 09-25-2025 at Walmart Headquarter in Bentonville, AR
Participants:
  Dilip Jana (Plaintiff)
  Adrian Milbourne (Adrian)
  Ketan Mudda (Ketan)
  Eric Blabac (Eric)
  Sandeep Golkunda (Sandeep)

**Team Dynamics**

Plaintiff reports to Adrian Milbourne, Adrian reports to VP Ridhi Mehra, Ridhi reports to SVP Allie Hazelwood. Sandeep reports to Plaintiff.

Ketan Mudda reports to Eric Blabac, Eric Reports to VP Kevin Lewis, Kevin Reports to SVP Allie Hazelwood. Eshan reports to Kevin Lewis.

**Context:**

Link to Complaint (Dkt 13) 142 (119- 143)
Quote from Complaint Dkt 13 (*"Before talking to Ketan, Mr Milbourne asked Dr. Jana to talk to Ehsan, Dr. Jana already talked to Ehsan and Ehsan told Dr. Jana that they are not the right team to collaborate. This meeting demonstrated that Mr. Milbourne was using Dr. Jana's assignment as a means to terminate him as the task was not supported or needed by any business entity and was therefore not of high priority to anyone."*)

  A. Friday, August 25, 2023 at 8:30 Adrian's email to Plaintiff (Document 13-11 Page ID 318):
"WFP use case updates and timelines - Due Sept 1st let's get clearly defined next steps with **Ketan** this next week and please send me timeline (ex.
working session schedules, value drops to integrate) and key deliverables (ex. defect integrations)."

  B. Tuesday, August 29, 023 at 1:56 PM Plaintiff's response to Adrian (Document 13-11 Page ID 317):
"Sandeep and I had a meeting with **Ketan** yesterday. We have lots of questions, I believe Sandeep reached out to you today and he mentioned to me that you do not have time to meet this

1

week. We need to have a discussion for clarity of the work and the data sets availability. I appreciate if you can explain what's the use case in WFP, what is Ketan's teams' roles and what's our team's role and if there is any intersection. The team has a concern that our work may not be presented to the management/Leah/or other meetings, as it has been in the past. Sandeep will setup a Meeting. I propose WFP use case updates and timelines - Due Sept 8th provided we get all the answers."

    C. Tuesday, August 29, 2023 at 2:07 PM Sandeep Golkunda wrote to Adrian:

We got to meet with Ketan's team. The below presentation is what Ketan, Sandeep Mahajan, Eshan's teams are working with 15+ team members from the last square you can tell that we are trying to identify the same thing and this square came into their diagram after our last call with Ketan. These are some of the questions that are unanswered.

1. What is the deliverable from our team cause we constantly are running into the wall for trying to define our role when we are talking to them

2. We don't have the capacity to pace on a daily basis with 15+ Data Engineers and scientists working on it.

3. If we just build WFP defects from our end, I don't think it would be consumed by them cause we are using the same data sources again.

Dilip, Please add if we are missing anything

Please help us find more clarity on our role and deliverables"

    D. Thursday, September 14, 2023 at 10:52 PM Adrian's email to Plaintiff (Document 13-11 Page ID 315)
        a. WFP Timelines/Activities - **Late - Original Due Sept 8th** ; Please keep me posted on progress
        b. See **Plaintiff's response (Document 13-11 Page ID 316)**

Sandeep Golkunda's email on August 29, 2023 and Meeting with Ketan Mudda and Eric Blabac on September 25, 2023 exposes Adrian's retaliatory intent of documenting **"Late - Original Due Sept 8th"**.

**Transcript Excerpts**

(0:12) Plaintiff: Ketan and Eric, thank you for jumping in. So, our team is as you know pretty new and when Sandeep and I joined, we were asked to perform some job in workforce planning where we wanted to investigate why some stores are taking more hours and why some stores are taking less hours. Basically, effectively we can say that either stores are not using their hours efficiently or some other reasons. So, the goal here is to identify what's the root cause of utilizing

2

more hours or less hours. And initially, we were told that we'll be working with Eshan.. then I heard from Adrian that maybe you guys will be working on something on workforce planning, maybe that's what the discussion is, what you guys are working on and how the defect engine can help you. So, basically you know we find some demand hours, some discrepancy with respect to the actual hours and similarly for what is the other hours schedule hours with respect to the actual hours and then why some stores we think are taking more hours and why some stores are taking less hours. We wanted to go to the root cause.

(1:54)Plaintiff: Hey, Adrian.
(1:58)Adrian: Hey guys, how are you?
(2.02) **Plaintiff:** He's the expert. Ketan, maybe you want to rephrase again. You may want to hear from Adrian. I was explaining to Adrian what we are trying to achieve.
Sure, thanks. Adrian, the question was basically

(2:19) **Ketan:** Before diving into some of the detailed observations and insights that Sandeep was sharing with us, I just want to take a couple of steps back and understand

(2:29)**Ketan:** and also give more context around what and why we are trying to achieve WFP and defects essentially.

(2:45) **Adrian**: Yeah, so a couple things just kind of elaborate. So, we're looking to try to identify defects that are causing stores the most friction specifically in this case around leveraging their hours efficiently and so whether it be headcount or transportation issues or days on hand, helping provide better context on the defects that impact the store's ability to perform their work efficiently and thereby use their hours appropriately. So, we've called this kind of self-healing in the CoPilot use case and providing for them reason codes behind particular defects that they're seeing like tasks reprioritized, tasks not performed, so on and so forth. And so that same type of feed we're looking to incorporate within all other WEF use cases as well, so that as y'all are looking at y'all's models, y'all understand the significance of, you know, not having a headcount versus transportation delay versus having to move the same freight back and forth because inventory levels are not appropriate to sales demand or forecast.So, those are the kind of examples. We also think that, I'll use CoPilot again as an example, that as we mature in this and as we provide signals, that those signals might be baked into the models that are forecasted. So, what I mean by that is, you know, right now the case volume and square footage are two of the components of how we deliver demand down to the stores, but there might be some other features that need to be considered as we get into, you know, attributes and causal of, you know, what turnover does to a store's ability to use the hours that they do have effectively.
So, anyway, that's kind of an overview, if you will, we're looking to accomplish with you guys. Perfect.

(5:10) **Eric:** Thanks, Adrian.
That helps a lot. So, maybe to, like, Sandeep and Dilip, I'm not sure, maybe if you know kind of our ways of working in terms of kind of how our team works with, say, Eshan's team and maybe works with Chris's team, like, would it be helpful to give a quick 30-second kind of overview of that? …So, like, the super high-level view is typically when a use case comes in, workforce planning is a great example. Chris's team, so if you've heard of Chris Blanc, he runs our sciences management team, he'll come in with Kathan's team and really help kind of understand, like, what the critical business issue is, what are the challenges that we're facing, and what are the needs that we need to go build in terms of an AI ML solution to kind of solve this problem, right? Kathan's team will develop what's called a reframe, which is really a kind of current versus future state of what we want to go build, right, from a solution standpoint to go solve this problem.Obviously, you've probably seen the high-level view for workforce planning. I think it's, like, five different boxes. So, hey, we need a harmonized forecast, we need to put this into a labor optimization model, we're going to go ahead and go schedule hours, and kind of give you this kind of framework. And so, from there, that is essentially a high-level set of requirements we then pass over to a thought team, at least on the associate side, to then go build these particular algorithms, right? I only **say that because I just want to make sure that you're talking to the right folks, right**, when it comes to, you know, when it comes to this particular exercise, right? So, hopefully, that helps. And so, then, you're also talking about demand versus actual hours. I would also, if you haven't guys haven't thought about it, to layer in scheduled hours, right? So, the way I understand the process, and Kathan can keep me honest, right, is the workforce planning team will come up with a set of demand hours, right? So, you're a store, hey, there's a thousand demand hours. We think you need a thousand hours to go complete this work for this particular store for a particular week. That then gets bumped up against the financial P&L from the finance team, and the finance team says, well, that you get 800 hours, for example. Those 800 hours get scheduled in the system, and then those actuals are then executed on the schedule. So, there's almost two different places there could be variation, right, between demand and schedule, and scheduled and actual. And so, Kathan's team has done a bunch of analysis to kind of of kind of understand what those differences are, how close those are, and presumably you guys are looking at the same thing, but more from kind of a root cause.

(8:12) **Adrian**: Yeah, that's helpful. And that's part of what we're doing with Sandeep, in particular, with co-pilot, is working in the garage with him and alongside of him on two things. One is kind of the microservice feed into their model to say, hey, these associates aren't available because they don't have a connected device, they don't have access to VOD, and they're not logging into me out regularly, so I wouldn't sign up work to them. So, that microservice is built and it's ready to deploy with them, and then we're going to come on the back side of their model to say, hey, here's the reason why the work isn't getting completed.
You know, on this particular night, we saw a truck that was delayed, so on and so forth. So, we are working in the garage with them, and I think that's why we wanted to target y'all's team as

4

you're building out these capabilities, so that when it does get to, you know, that there's kind of a more tried and true input signal, and we're not starting, you know, on our side on the garage when Asan's, you know, looking to more productionalize that particular feature or product.

(9:26) **Eric**: ..I mean, his team is still working in the garage, right? Like, labor optimization is a great example, right? They're developing this model in the garage. I think when it comes to, hey, we think we see some other signals that can add value to either your forecast or optimization, whatever that is. I mean, and I'm just talking out loud here, Keith, and you correct me if I'm wrong, like, would it make sense for them just to go straight to Asan's team, or does it make sense to come to us, right?

(9:54)**Ketan:** Yeah, I think that's a great point, Eric.

Since Asan's team will be more focused on the modeling aspects, right, maybe engagement with my team might be a more practical step, because we look at the reframes, right? We do the EDA as well as part of the my AI solutions team's responsibilities. I think if there **is a separate or a related defects feedback loo**p that we can think about and incorporate, then I think that should reflect in our reframes of the problems also, right?

(10:35) **Eric:** That's where my head was going to, right? So, like, when we do a reframe for infinite inventory or copilot or whatever it is, they'll loop you guys in, say, hey, like, what are the things you are saying that could certainly affect this, right? Because I see a lot of opportunity in, you know, including in the reframe, hey, here's a defect in terms of, like, what associates won't show up to work or, like, what, you know, and you guys are probably capturing a lot of it already. So, and I know we're not including that today in the reframe work, but it sounds like we should be.
But I think in terms of, like, tactics, though, like, hey, I have a signal that can help improve your model, that would likely fall.

(11:18) **Adrian:** Okay. So, I guess the question is, and we can circle up with Eshan, I think we kept getting pushed back to Ketan, so that's why we pinged you a couple of times.

Okay. But, and I think it's because of the reframe conversation is maybe why. And so, like, I definitely want to keep this dialogue going.
I don't want to go to a referral, you know, to Eshan, and he pushes us back. We haven't made any progress, but. Maybe we just all three get in a room, right, Adrian? Maybe you, I, and Eshan, like, sit in a room and say, hey, how can we collaborate? Like, what are the next steps? That feels to me, maybe what we need to do.
Because it sounds like you guys have some good data, right, that can help augment some of the models that maybe Eshan's team is using. And so, like, maybe it's just, there was something that

5

was lost in translation. Yeah, I think that, and then the other thing, too, is, you know, as we talk about, like, harmonized signals, do you guys have, like, a list of the inputs that y'all are using to reframe specifically workforce planning from a freight flow perspective, et cetera? We've been working with Data Foundations a little bit on that, and, you know, they're doing their best, but it'd be helpful to just make sure we're aligned with you guys as well on that particular piece. Yeah, now that we have, like, a confluence page or whatever, but. Yeah, and I'm not sure how we have that set up today, but Ketan, you and your team should have that