# Exhibit R1

A version of the Statement of Work ("SOW") with Infogain

Plaintiff acquired this file during his employment, is not under current Protective Order

This File was shared with Walmart during Initial Disclosure, this print is with Track Changes

## STATEMENT OF WORK NO. 6

Walmart Inc. ("Walmart") and Absolutdata Technologies, Inc. ("Consultant") enter into this Statement of Work No. 6 ("SOW") on May 15, 2023 ("SOW Effective Date"). This SOW is governed by the Consulting Agreement dated August 13, 2019 (the "Agreement") between Walmart and Consultant. Unless otherwise defined in this SOW, terms set forth in initial uppercase letters have the meaning established in the Agreement. Consultant agrees to complete the following project in accordance with the Agreement and the following terms:

I. **Project Background**

- Walmart wants to develop a ~~Defect Management Platform~~Defect Engine that can be leveraged as a horizontal capability across the organization to identify, predict and prioritize defects programmatically, proactively and intelligently, in almost real-time, coupled with effective tools for root cause analysis and case management to eliminate defects. In it's end state, the engine would enable the following:
    - Defect Signals from the engine will be used to influence enterprise-wide operational, transformational and intelligence roadmaps and prioritization decisions to enable defect reduction.
    - Defect engine and underlying capabilities will be developed as horizontal capabilities that could be provided as services to the enterprise to avoid siloed and duplicative defect detection tool development and enable effective prioritization with SMEs for faster resolution.
    - the Defect Engine will become the key associate and customer source of feedback to other ML/AI engines being develop to provide defect signals programmatically.
- Walmart - Walmart would like support from the cConsultant team to build a defect engine proof of concept for a period of 8~~7~~ weeks from project start date.

II. **Scope of Work**

In general, the scope of services may include, but are not necessarily be limited to below:

- Defect detection by ingesting and curating from a variety of sources:
    - Associate Call Center
    - Service Now
    - Telemetry
    - Store tTransaction dData
    - Store systems
    - Store HR systems
    
    This will include – developing defect identification logic that allows us to identify defects with the right level of granularity and specificity to drive action. We would need the consultant to recommend the right defect identification approach (NLP, anomaly detection etc..) depending on the source type. Example of defect identification:
    - Broad Themes (e.g., Hardware)
    - Granular breakdown (e.g., Printers)
    - Store level granularity (e.g., Connectivity)

Comments (margin):
- Commented [1]: @Himanshu Sharma - can you do a read through and provide any inputs, recommended revisions/edits? Do we need legal's engagement?
- Formatted: Font: 11 pt
- Formatted: Space After: 0 pt
- Formatted: Font: 12 pt, Font color: Auto
- Commented [2]: @Adrian Milbourne, confirming the timeline?
- Commented [3R2]: @Ridhi Mehra we will probably need to extend to at least 8 weeks based on added scope.
- Commented [4R2]: added language for duration
- Commented [5]: Added language to remove limitation of SOW to following scope and giving us opportunity to add.
- Formatted: Indent: Left: 0.75"
- Formatted: Font: (Default) Times New Roman, 12 pt, Font color: Auto
- Formatted: Font: (Default) Times New Roman, 12 pt, Font color: Auto
- Formatted: Font: (Default) Times New Roman, 12 pt, Font color: Auto

- Example – Stores in X, Y, Z region have new printers that have been going down or needing a lot more repairs in the last 2 months compared to rest of the chain. We discovered it's a new supplier we used and we need to revisit with them why this is happening.
  - **Key Result:** We will be able to programmatically associate tickets from across sources, pair defects with respective telemetry and store transaction data, and recognize top down and bottoms up defects.
- Defect Prioritization – Initial logic to size volume and value impact for defects with considerations including:
  - Frequency (No. of stores, No. of associates, No. of customers, No. of members impacted, No. of items, No. of transactions) – Impacted historical and forecasted
  - Related customer and associate impacts (ex. AX and CX scores)
  - **Key Result:** We will be able to provide a prioritization schema that appropriately sequences defect impacts to more readily prioritize with business owners.
- Recommendations for 'human in the loop' feature
  - Smart assignments
  - Intelligent categorization
  - Ease of use and functionality (UI/UX)
  - Root cause validation
  - **Key Result:** We will be able to more readily provide inputs to the engine on what's a noise vs. signal, based on business domain knowledge.
- Initial predictive defect identification modeling for 3 top defects identified
  - Preliminary point of view and basic framework. For 1 of the top buckets, show a teaser/example of what defect prediction could look like and the value it could add.
  - **Key Result:** Utilizing the data presented, we will be able to establish a point of view on how to become predictive in our defect identification and utilize these use cases to validate the approach
- Framework to manage and delivery of OKRs/KPI
  - Success criteria and measurements to validate (ex. # of defects, cost to the business)
  - **Key Results:** Based on learnings, establish SMART measurements that will give a target of for success and for value provided to the company.
- Preliminary defect reporting, assignment & case management – We are using an internal case management tool for assigning and tracking defects. As part of POC, we would like a point of view on how engine output would interact with internal case assignment and management system, and what the feedback loop would be.
- Recommended point of view on "defect detection as a service" and programmatic feedback loop to other engines within the company. Microservice design with sample of turbulence feeds.
  - **Key Result:** We can deliver individual facility level defects (or whatever level of granularity is needed) with key scoring, for example severity and projected time to resolve.
- Recommendation of final end state design including roadmap
  - Scalable workstreams (backend and frontend)
  - Source integration
  - User base expansion
  - **Key Result:** Defined and mapped vision, journey, milestones, and key deliverables necessary to provide a defect engine to the enterprise.
- Minimum foundation architecture that reduces rework or throwaway work of PoC

Comments:
- **Formatted:** Font: (Default) Times New Roman, 12 pt, Font color: Auto
- **Commented [6]:** Am assuming this is $ value - need to include in POC or later?
- **Commented [7R6]:** @Ridhi Mehra moved to OKR/KPI section

    o **Key Result:** We will have the core package necessary to build upon for pipelines to be established and delivered in future Defect Engine versions.

## III. Use Case Specifications

The services provided under this SOW will be applied on below three use cases with supplemental sources integrated as needed to fully develop problem statement, use cases etc.

- **Use Case 1** – Ability to understand both top defect themes, sub themes of defects but also granular specific defect views across sources used to drive action and defect reduction.

- **Use Case 2** – 3rd Shift Defect detection and prioritization for when Co-Pilot is live (?). Understanding how the output will be (could be) consumed by other parts of the organization, both broad themes and granular feeds. Hypothesis on potential defects or failure points when this goes live. Team has hypothesis on this but we don't know their impact in contributing to the defect occurrences. Business question, "How will the defect detection logic help us understand which of these are true defects that would impact 3rd shift work?".

    - Technology
        o Devices
            - XCovers- **Data not yet pulled into GCP (POC** -Tyler Crosson**)**
            - TC72 – in Discovery
            - Wifi/Access Points – **In Discovery**
        o Apps



    - Freight
        o Delayed transit (delayed sorting)

Comments:
- [8]: @Souparno Chakraborty can you go through the below and identify where we would retrieve each signal from?
- [9R8]: @Adrian Milbourne just to clarify .. do you need me to write out the data sources for Technology, Equipment and workforce aavailable points ?
- [10R8]: @Souparno Chakraborty - can you label these source 1, 2 etc. so we can see how many actually sources we will ultimately ask to be tapped into?
- [11R8]: @Souparno Chakraborty Thanks for all the due diligence!
- [12R8]: @Souparno Chakraborty and can we change to table names (but definitely keep repository of the command)
- [13R8]: sure will do
- [14R8]: @Adrian Milbourne included the specific dataset and table name .. the ones that are remaining are still on discovery phase

- **Use Case 3 – On Staffing - Are stores able to use the hours efficiently?**

  Hypothesis on potential defects – to be explored during discovery, with stakeholder conversations-

  Output Metrics:
  - Forecast Workload vs Demand
  - Actual Workload vs Demand
  - Actual Scheduled vs Demand
  - Associate uptime – In Discovery

  Input Metrics – Team has hypothesis on this but we don't know their impact in contributing to the defect occurrence.

  > Formatted: Indent: Left: 0.5"
  > Formatted: Font color: Auto
  > Commented [15]: Can we add a draft roadmap here for week 1 recognizing it might shift a bit?

## IV. Deliverables & Milestones

The work performed under this SOW would be completed on or before the milestones described in the table below.

| Deliverables | Week 4 | Week 7 |
|---|---|---|
| Defect Themes/Granularity | Completed | |
| OKRs/KPIs | Draft presented | Completed |
| Prioritization of Defects for Two Use Cases | | Completed |
| Outputs to feed Associate Co-pilot and Other Stakeholders (TBD) | Draft outputs finalized with stakeholders | Completed |
| Key "Killer-Charts" | Draft presented | Completed |
| Recommendations on Roadmap including resourcing for MVP and Beyond | Draft presented | Completed |
| Illustrative UI in PowerBI to share final deliverables | | Completed |

- **Delivery enablement**

  Consultant will enable the solution entirely within Walmart's owned cloud infrastructure. This solution will comprise of multiple modules to help solve various business problems that are identified above. In order to develop this solution, Consultant will use a combination of custom build components and Consultant's NAVIK AI components.

V. How will we measure success?

- Define Defect Reduction metrics, establish baseline and targets
    - Volume of defects identified
    - Quality of defects identified – Tangibility, preciseness and granularity of defects to drive action
    - Ability to prioritize defect
    - Defect reduction
- Testing the feedback loop for Defect Engine from cross-functional teams <true defect vs. noise>
- Information and learnings on how defect signals could feed WEF Engines like Associate Co-pilot and Customer Engines
- Information to help define end-state Defect Engine roadmap, timelines and resource requirements

> **Commented [16]:** Can we add this from the WEF slide we presented?
>
> **Commented [17R16]:** @Ridhi Mehra - done

VI. Resources

| No. of Resources | No of Weeks | Position Description | Location |
|---|---|---|---|
| 1 | 7 weeks | Program Lead | Onshore |
| 1 | 7 weeks | AI Tech Lead | Onshore |
| 1 | 20% capacity for 7 weeks | SME | Onshore |
| 1 | 4 weeks | Senior Data Engineer | Offshore |
| 1 | 4 weeks | Data Engineer | Offshore |
| 4 | 7 weeks | Data Scientist | Offshore |
| 2 | 7 weeks | Senior Data Scientist | Offshore |
| 2 | 4 weeks | Data Visualization/BI | Offshore |

> **Commented [18]:** are we good with resource mix or you want me to negotiate and optimize?
>
> **Commented [19R18]:** Please negotiate to optimize

VII. Assumptions

- The above cost is based on the current scope of deliverables. Any change in scope will have an impact on the current costs.
- The sample outputs shown and costs in the document are indicative and may vary depending on the availability of data.
- Walmart will provide all data for analysis.
- The data shared will be correct. Any discrepancies observed in the data would add to the timelines.
- Any additions to the scope will impact the timelines.
- Invoices will be submitted based on work completed and will be payable within 30 days of submission.

- All invoices raised will be net of any taxes and any additional taxes will be borne by Walmart.
- Interest applicable in case of late payment of invoices over 30 days from the due date @18% per annum.
- Consultant will need a valid PO to commence work.

VIII. **Project Timelines**

- **Project Start Date:** May 15, 2023
- **Project End Date:** June 30, 2023

The tenure of the POC will initially be 8 7 weeks and Walmart will update if the tenure needs to be extended a month prior to the contract completion. This engagement will be completed on or before July 21, 2023. . SOW end date will be January 31, 2024.

> Commented [20]: This should be 1 week ahead of SOW start date as we'll need that time to request access for resources

> Commented [21]: Added language to keep SOW alive till fiscal year end incase we plan to extend scope

IX. **Payment & Billing Terms**

Consultant will invoice as per the below table, to be paid as per the terms of Master Agreement.

| Date | Cost |
|---|---|
| June 9th 2023 | $94,760 |
| June 27th 2023 | $94,760 |

Consultant shall commence the work once PO is received from Walmart and will require PO to raise an invoice. Total fees under this SOW must not exceed **$189,520**. Any fees exceeding **$189,520** must be pre-approved in writing by Walmart in the form of a Project Change Request. The cost includes Travel & Logistics charges.
- 100% cost of this phase will be invested back into the program during the implementation phase

> Commented [22]: Are these final numbers you've received based on scope ?

> Commented [23R22]: Yes - original RFP scope is what is priced here

> Formatted: Left, Line spacing: Multiple 1.08 li, No bullets or numbering

> Formatted: Font: 11 pt, Font color: Auto

- **Intellectual Property Rights**

  It is hereby clarified that the assignment of any rights by consultant to use the NAVIK platform and/or NAVIK suite of services (hereinafter collectively referred to as "NAVIK") shall not mean or constitute transfer of ownership of NAVIK or any assignment of license or any intellectual property rights vested therein. Consultant grants Walmart a limited, worldwide grant to use NAVIK. All intellectual property (including all new enhancements, improvements, fixes, new releases, upgrades, new versions) belong to and are the property of Consultant, and Consultant retains all relevant ownership rights.

- **Acceptance of Deliverable**

  Walmart shall have 15 10 (Ten) business days "Acceptance Period" beginning on the Delivery Date to conduct an acceptance test of such deliverable. Unless such rejection notice is given to Consultant in

> Commented [24]: @Himanshu Sharma @Kamil Bay need language here to ensure that, aside from Navik proper we own the proprietary ML/AI modeling etc.

> Commented [25]: Do we need anyone besides procurement review this - Legal for instance?

> Commented [26R25]: @Ridhi Mehra - I have asked procurement about next steps

> Commented [27]: Can we expand delivery window? Too tight with stakeholder buy-in, follow up conversations we might need

writing during the Acceptance Period, the deliverable shall be deemed accepted by Walmart at the end of the Acceptance Period.

X. **Counterparts**

This SOW may be executed in counterparts or duplicate originals. Facsimile and electronic and digital copies of the SOW, including properly executed PDF versions of the SOW, are regarded as an original instrument by the Parties.

AbsolutData Technologies, Inc  
(Consultant)

By_____

Name:_____

Title:_____

Date_____

WALMART INC.  
(Walmart)

By_____

Name_____

Title_____

Date_____

**Commented [28]:** Who all need to see the SOW version - Kyle, Leslie, Allie H, Kevin, Richard and Prakhar,

**Commented [29R28]:** Ehsaan / Chris for Co-pilot use case?

**Commented [30R28]:** We should create 2 shareable versions - one with price and one without price