IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **DILIP JANA** | § | |
| | § | |
| v. | § | NO. 4:24-CV-00698-SDJ-BD |
| | § | |
| **WALMART, INC.** | § | |

### ORDER

Yesterday, the parties appeared for a hearing on several of plaintiff Dilip Jana's motions. Minute Entry for Oct. 6, 2025. For the reasons stated on the record, it is **ORDERED** that:

1) Jana's motion for criminal referral and sanctions, Dkt. 72, is **DENIED**;

2) Jana's motions to strike Walmart's July 18, 2025, production and for sanctions, Dkts. 94, 106, 108, are **DENIED**;

3) Jana's motion to strike Walmart's response to Dkt. 72, Dkt. 95, is **DENIED**;

4) Jana's motion to place Walmart's July 18, 2025, production in the public domain, Dkt. 109, is **DENIED**;

5) Defendant Walmart, Inc. must submit written confirmation of its July 18, 2025, production certification within seven days of the docketing of this order.

So **ORDERED** and **SIGNED** this 7th day of October, 2025.

Bill Davis
United States Magistrate Judge