| AO 435 (Rev. 10/23) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER**<br>*Please Read Instructions:* | | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|---|
| 1. NAME<br>Dilip Jana | | 2. PHONE NUMBER<br>(318) 243-9743 | 3. DATE<br>10/8/2025 |
| 4. DELIVERY ADDRESS OR EMAIL<br>janadilip@gmail.com    800 Fairlawn St | | 5. CITY<br>Allen | 6. STATE  7. ZIP CODE<br>TX          75002 |
| 8. CASE NUMBER<br>4:24-cv-00698-SDJ-BD | 9. JUDGE<br>Bill Davis | DATES OF PROCEEDINGS | |
| | | 10. FROM 10/6/2025 | 11. TO 10/6/2025 |
| 12. CASE NAME<br>Jana v. Walmart Inc. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY  Plano | 14. STATE  Texas |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [x] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | 10/06/2025 | [ ] TESTIMONY (Specify Witness) | |
| [x] OPENING STATEMENT (Plaintiff) | 10/06/2025 | | |
| [x] OPENING STATEMENT (Defendant) | 10/06/2025 | | |
| [x] CLOSING ARGUMENT (Plaintiff) | 10/06/2025 | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [x] CLOSING ARGUMENT (Defendant) | 10/06/2025 | | |
| [x] OPINION OF COURT | 10/06/2025 | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify)<br>Whole Procedings | 10/06/2025 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| 7-Day | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [x] | [x] | NO. OF COPIES | | |
| Next-Day | [ ] | [ ] | NO. OF COPIES | | |
| 2-Hour | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**FILED OCT 08 2025  CLERK, U.S. DISTRICT COURT TEXAS EASTERN**

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges (deposit plus additional). | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|
| 18. SIGNATURE  *Dilip Kum Jana* | | PROCESSED BY | |
| 19. DATE<br>10/8/2025 | | PHONE NUMBER<br>(318) 243-9743 | |
| TRANSCRIPT TO BE PREPARED BY | | COURT ADDRESS<br>7940 Preston Rd, Plano, TX 75024 | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY