# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | § § § § § § § § § § | Civil Action No. 4:24-cv-00698-SDJ-BD |
| DILIP JANA *Plaintiff,* | | |
| v. | | |
| WALMART, INC., *Defendant.* | | |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION (BY COURT ORDER DKT. 99) TO STAY ALL PROCEEDINGS PENDING RESOLUTION OF RECUSAL AND MANDAMUS

Before the Court is **Plaintiff's Unopposed Motion (By Court Order Dkt. 99) to Stay All Proceedings Pending Resolution of Recusal and Mandamus.** Having reviewed the motion, the Court finds that good cause exists for a temporary stay of proceedings to preserve judicial economy and prevent procedural prejudice during the pendency of recusal and appellate review.

The record reflects that Plaintiff has filed:

1. A **Notice of Non-Compliance with Dkt. 117**, identifying Defendant Walmart Inc.'s failure to file any written confirmation or certification under Rule 26(g) by the October 14, 2025 deadline;

2. A **Motion to Recuse District Judge Sean D. Jordan**, alleging appearance of partiality and prior rulings that implicate ongoing discovery and certification issues; and

3. An intent to file a **Petition for Writ of Mandamus before the United States Court of Appeals for the Fifth Circuit**, seeking appellate supervision of discovery and recusal matters.

Because these filings directly affect the authority of this Court and the validity of further proceedings, and because the Defendant is **judicially precluded from opposing Plaintiff's motions pursuant to Dkt. 99**, the Court concludes that a limited stay is warranted.

### IT IS THEREFORE ORDERED THAT:

1. **All proceedings in this action are hereby STAYED** pending resolution of Plaintiff's Recusal Motion and anticipated Petition for Writ of Mandamus before the United States Court of Appeals for the Fifth Circuit.

2. **No new filings or discovery activity shall occur** during the pendency of the stay, except as necessary to effectuate appellate review.

3. Upon resolution of the recusal or mandamus proceedings, either party may move to lift this stay by filing a notice with the Court.

**SO ORDERED.**

Signed this \_\_\_\_ day of October 2025.

HON. BILL DAVIS
UNITED STATES MAGISTRATE JUDGE

Eastern District of Texas, Sherman Division