P IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DILIP JANA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00698-SDJ-BD |
| | § | |
| WALMART INC., | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE

Today, Plaintiff Jana Dilip ("Plaintiff") filed another Notice (Dkt. No. 123) with this Honorable Court representing to the Court that Defendant Walmart Inc. ("Walmart") has not complied with this Court's Order dated October 7, 2025 (Dkt. No. 117). Plaintiff is mistaken. In fact, within hours of receiving the Order directing Walmart to "submit written confirmation of its July 18, 2025, production certification," (Dkt. No. 117), lead counsel for Walmart promptly submitted to Plaintiff the attached written confirmation of such production certification, including an attempt to ensure that Plaintiff understood the connection between the "supplemental production" and Walmart's Initial Disclosures. *See* Exhibit 1. Because it was not the undersigned counsel's understanding that this Court also ordered that the written confirmation be filed with the Court, it was only submitted to Plaintiff at that time. To the extent the Court intended the submission to Plaintiff also be provided to the Court, Defendant's written confirmation is attached hereto at Exhibit 1.

Dated:  October 15, 2025

Respectfully submitted,

*/s/ Peter S. Wahby*
**Peter S. Wahby**
Texas Bar No. 24011171
peter.wahby@gtlaw.com
**Holmes H. Hampton**
Texas Bar No. 24144019
holmes.hampton@gtlaw.com
**GREENBERG TRAURIG LLP**
2200 Ross Ave., Suite 5200
Dallas, Texas 75201
Telephone: 214.665.3600

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all parties of record via the Court's e-filing system on October 15, 2025.

*/s/ Peter S. Wahby*
Peter S. Wahby