**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **DILIP JANA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:24-cv-00698-SDJ-BD** |
| | § | |
| **WALMART INC.,** | § | |
| | § | |
| **Defendant.** | § | |

**WALMART'S NOTICE REGARDING**
**PLAINTIFF'S VARIOUS FILINGS**

Defendant Walmart Inc. ("Walmart") files this notice to inform the Court that Walmart will not file response briefs to Plaintiff Dilip Jana's ("Plaintiff") "Emergency Motion for Recusal for Written Disposition of Pending Recusal Motions," (Dkt. No. 168), "Motion for Protective Order Vacate," (Dkt. No. 170), "Motion for Leave to File Short Supplement to Pending Recusal Filings," (Dkt. No. 171), "Supplement to Pending Dkts. 138 and 166," (Dkt. No. 172), "Motion to Set Aside Dkt 117s Interlocutory Denial," (Dkt. No. 173), "Expedited Motion for Leave to File Supplemental Brief in Support of Motion for Default Judgment," (Dkt. No. 174), and "Supplemental Brief in Further Support of Motion for Default Judgment," (Dkt. No. 175), unless the Court orders Walmart to file such response briefs.  Pursuant to the Court's order dated July 30, 2025, Walmart may decline to file response briefs to Plaintiff's "future filings unless ordered to respond."  Dkt. No. 99.  Although Walmart is opposed to the relief sought by Plaintiff in the above-referenced filings, Walmart is confident that Plaintiff has not met his burden to demonstrate his entitlement any such relief and, in any event, such relief is inappropriate given the discovery stay, which remains in effect. *See* Dkt. No. 99. Accordingly, and to reduce the burden on the Court from Plaintiff's numerous filings, Walmart intends not to file a response unless the Court orders otherwise.

Dated:  April 24, 2026

Respectfully submitted,

*/s/ Peter S. Wahby*

**Peter S. Wahby**
Texas Bar No. 24011171
peter.wahby@gtlaw.com
**Holmes H. Hampton**
Texas Bar No. 24144019
holmes.hampton@gtlaw.com
**GREENBERG TRAURIG LLP**
2200 Ross Ave., Suite 5200
Dallas, Texas 75201
Telephone: 214.665.3600

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all parties of record via the Court's e-filing system on April 24, 2026.

*/s/ Holmes H. Hampton*
Holmes H. Hampton