UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

DILIP JANA                          §
                                    §
v.                                  §        CIVIL NO. 4:24-CV-698-SDJ
                                    §
WALMART, INC.                       §

## **ORDER**

Before the Court is Plaintiff Dilip Jana's Motion for Reconsideration of Order Dkt 131 Denying Recusal of District Judge Under Rule 54(b) and 28 U.S.C. § 455(a), (Dkt. #138), (the "Motion for Reconsideration"). The Court has reviewed Jana's arguments and finds that they are without merit and that the Court's reasoning in its Order, (Dkt. #131), is correct. Consequently, Jana's Motion for Reconsideration will be denied.

Also before the Court are Jana's various supplemental filings related to the Motion for Reconsideration (the "Supplemental Filings"). These are:

- Plaintiff's Motion for Leave to File a Short Supplemental Memorandum in Further Support of Dkt 138, (Dkt. #165);

- Plaintiff's Supplement to Dkt. 138—Supplemental Memorandum in Further Support of Plaintiff's Motion for Reconsideration of Recusal Denial Order Dkt. 131, (Dkt. #166);

- Plaintiff's Emergency Motion for Written Disposition of Pending Recusal Motions Dkts 138, 166 and for Clarification of the Fifth Circuit's March 2, 2026 ORDER, (Dkt. #168);

1

- Plaintiff's Motion for Leave to File a Short Supplement to Pending Recusal Filings Dkts 138, 166 in Further Support of Dkt 138, (Dkt. #171); and

- Plaintiff's Supplement to Pending Dkts. 138 and 166 Regarding Later Developments Affecting Plaintiff's Motion for Reconsideration of Judge Jordan's Recusal Denial Order Dkt. 131, (Dkt. #172).

After full consideration, the Court finds that the arguments Jana raises in the Supplemental Filings are without merit. To the extent that the Supplemental Filings seek leave to file additional briefing in support of the Motion for Reconsideration, they will be denied. To the extent the Supplemental Filings contain additional, unauthorized briefing in support of the Motion for Reconsideration, they will be stricken.

It is therefore **ORDERED** that Plaintiff Dilip Jana's Motion for Reconsideration of Order Dkt 131 Denying Recusal of District Judge Under Rule 54(b) and 28 U.S.C. § 455(a), (Dkt. #138), is **DENIED**.

It is further **ORDERED** that Plaintiff Dilip Jana's Motion for Leave to File a Short Supplemental Memorandum in Further Support of Dkt 138, (Dkt. #165); Plaintiff's Emergency Motion for Written Disposition of Pending Recusal Motions Dkts 138, 166 and for Clarification of the Fifth Circuit's March 2, 2026 ORDER, (Dkt. #168); and Plaintiff's Motion for Leave to File a Short Supplement to Pending Recusal Filings Dkts 138, 166 in Further Support of Dkt 138, (Dkt. #171), are **DENIED**.

It is further **ORDERED** that Plaintiff Dilip Jana's Supplement to Dkt. 138—Supplemental Memorandum in Further Support of Plaintiff's Motion for Reconsideration of Recusal Denial Order Dkt. 131, (Dkt. #166), and Supplement to Pending Dkts. 138 and 166 Regarding Later Developments Affecting Plaintiff's Motion for Reconsideration of Judge Jordan's Recusal Denial Order Dkt. 131, (Dkt. #172), are **STRICKEN**.

**So ORDERED and SIGNED this 22nd day of June, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE