UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DILIP JANA | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-698-SDJ |
| | § | |
| WALMART, INC. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Rejecting Report and Recommendation of United States Magistrate Judge, (Dkt. #178), which granted Defendant Walmart Inc.'s Rule 12(b)(6) Motion to Dismiss Plaintiff's Second Amended Complaint, (Dkt. #22), it is **CONSIDERED**, **ORDERED**, and **ADJUDGED** that this case is hereby **DISMISSED with prejudice**.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to close this civil case.

**So ORDERED and SIGNED this 22nd day of June, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE