FILED

JUN 2 6 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **DILIP JANA** | § | **Civil Action No. 4:24-cv-00698-SDJ-BD** |
| *Plaintiff* | § | |
| v. | § | |
| **WALMART, INC.,** | § | |
| *Defendant.* | § | |
| | § | |

# PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Dr. Dilip Jana, proceeding ***pro se***, appeals to the **United States Court of Appeals for the Fifth Circuit** from the **Final Judgment** entered on June 22, 2026, **Dkt. 179**, and from the **Memorandum Opinion and Order** entered on June 22, 2026, **Dkt. 178**, which granted Defendant Walmart Inc.'s **Motion to Dismiss** under Rule 12(b)(6) and dismissed this action with prejudice.

Plaintiff also appeals from all prior interlocutory orders, rulings, and dispositions that merged into or are reviewable with the Final Judgment, ***including, but not limited to,*** all orders and rulings concerning Defendant's motion to dismiss, the Magistrate Judge's Report and Recommendation, recusal, discovery, Walmart's Initial Disclosures, Rule 26, Rule 26(g), Rule 37, Rule 37(c)(1), Walmart's June 9, 2025 production, Walmart's July 18, 2025 production, the Protective Order, the confidentiality designations applied to Walmart's July 18, 2025 production, the Protective Order's coverage of Walmart's July 18, 2025 production, Plaintiff's then-unresolved summary-judgment

motions, Plaintiff's then-unresolved motion for case-dispositive sanctions/default judgment, and any other adverse rulings affecting Plaintiff.

This Notice is intended to preserve Plaintiff's right to appeal from the Final Judgment, the Memorandum Opinion and Order dismissing this action with prejudice, and all reviewable interlocutory orders, rulings, and dispositions merged into or leading to that judgment.

Dated: June 26, 2026

Respectfully Submitted,

DILIP JANA, Plaintiff
*Pro Se*
Telephone : 318-243-9743
Email: janadilip@gmail.com
800 Fairlawn St, Allen, TX, 75002

## CERTIFICATE OF SERVICE

On June 26, 2026, a true and correct copy of the foregoing Notice of Appeal was served upon the

following through the Court's CM/ECF system:

| | | |
|---|---|---|
| Peter S. Wahby | Morgan E. Jones | Holmes H. Hampton |
| Texas Bar No. 24011171 | Texas Bar No. 24132301 | Texas Bar No. 24144019 |
| Peter.wahby@gtlaw.com | Morgan.jones@gtlaw.com | holmes.hampton@gtlaw.com |

GREENBERG TRAURIG LLP
2200 Ross Ave, Suite 5200 Dallas, Texas 75201
Telephone: 214.665.3600
Facsimile: 214.665.3601
ATTORNEYS FOR DEFENDANT WALMART INC.
Dated: June 26, 2026

Respectfully Submitted,

DILIP JANA, Plaintiff
*Pro Se*
Telephone : 318-243-9743
Email: janadilip@gmail.com
800 Fairlawn St, Allen, TX, 75002

---

**PLAINTIFF'S NOTICE OF APPEAL**                                    **Page 3 of 3**
*Jana v. Walmart, Inc.*  **Civil Action No. 4:24-cv-00698-SDJ-BD**