# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

**FILED**

JUL 2 2 2026

| | | |
|---|---|---|
| **DILIP JANA** | § | CLERK, U.S. DISTRICT COURT |
| *Plaintiff* | § | TEXAS EASTERN |
| v. | § | |
| **WALMART, INC.,** | § | **Civil Action No. 4:24-cv-00698-SDJ-BD** |
| *Defendant.* | § | **USCA Case No. 26-40392** |

## APPELLANT'S CERTIFICATE THAT NO TRANSCRIPT WILL BE ORDERED

(Fed. R. App. P. 10(b)(1)(B))

Plaintiff-Appellant Dr. Dilip Jana, ***pro se***, files this certificate under Federal Rule of Appellate Procedure 10(b)(1)(B) and states as follows:

1. The case was dismissed on June 22, 2026. Appellant filed his Notice of Appeal on June 26, 2026. Dkt. 180.

**2. Appellant does not intend to order any transcript from the court reporter.**

3. The only hearing whose contents are relevant to the issues on appeal is the motion hearing held before United States Magistrate Judge Bill Davis on October 6, 2025. The complete, certified transcript of that hearing is already part of the district court record. It was filed on October 15, 2025 at **Dkt. 123-3**, spans forty-one pages, and appears at **PageID 1831–1870**. It was certified on October 11, 2025 by Chris Hwang, court-approved transcriber, as a correct transcript from the official electronic sound recording of the proceedings.

---

4. Because that transcript is already of record, it is included in the record on appeal under Federal Rule of Appellate Procedure 10(a)(1) as an original paper filed in the district court. No additional or duplicate transcript is necessary for this Court's review, and ordering one would impose unnecessary expense and delay.

5. Appellant respectfully requests that the Clerk include Dkt. 123-3 (PageID 1831–1870) in the record on appeal transmitted to the United States Court of Appeals for the Fifth Circuit.

6. This certificate is filed promptly upon Appellant's receipt and review of the Transcript Order form transmitted with the Notice of Electronic Filing dated June 26, 2026. To the extent it is filed outside the fourteen-day period contemplated by Rule 10(b)(1), *pro se* Appellant respectfully requests that it be accepted, as no transcript is being ordered, no party is prejudiced, and preparation of the record on appeal is not delayed by this filing.

Dated: 07-22-2026

Respectfully Submitted,

DILIP JANA, Plaintiff
*Pro Se*
Telephone : 318-243-9743
Email: janadilip@gmail.com
800 Fairlawn St, Allen, TX, 75002

---

**Appellant's Certificate That No Transcript Will Be Ordered**                Page 2 of 3
*Jana v. Walmart, Inc.* Civil Action No. 4:24-cv-00698-SDJ-BD, USCA Case No 26-40392

## CERTIFICATE OF SERVICE

On July 22, 2026, a true and correct copy of the foregoing APPELLANT'S CERTIFICATE THAT

NO TRANSCRIPT WILL BE ORDERED was served upon the following through the Court's

CM/ECF system:

Peter S. Wahby                  Morgan E. Jones                 Holmes H. Hampton
Texas Bar No. 24011171          Texas Bar No. 24132301          Texas Bar No. 24144019
Peter.wahby@gtlaw.com           Morgan.jones@gtlaw.com          holmes.hampton@gtlaw.com

GREENBERG TRAURIG LLP
2200 Ross Ave, Suite 5200 Dallas, Texas 75201
Telephone: 214.665.3600
Facsimile: 214.665.3601
ATTORNEYS FOR DEFENDANT WALMART INC.
Dated: July 22, 2026

Respectfully Submitted,

DILIP JANA, Plaintiff
*Pro Se*
Telephone : 318-243-9743
Email: janadilip@gmail.com
800 Fairlawn St, Allen, TX, 75002

---

**Appellant's Certificate That No Transcript Will Be Ordered**                    **Page 3 of 3**
*Jana v. Walmart, Inc.*  Civil Action No. 4:24-cv-00698-SDJ-BD, USCA Case No 26-40392