# Exhibit 1

**CM/ECF Notice of Electronic Filing for Dkt. 177 (entered June 22, 2026 at 5:31 PM CDT).**

Gmail

Dilip Jana <janadilip@gmail.com>

# Activity in Case 4:24-cv-00698-SDJ-BD Jana v. Walmart, Inc. Order on Motion for Reconsideration

1 message

**txedCM@txed.uscourts.gov** <txedCM@txed.uscourts.gov> Mon, Jun 22, 2026 at 5:31 PM
To: txedcmcc@txed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of TEXAS [LIVE]**

## Notice of Electronic Filing

The following transaction was entered on 6/22/2026 at 5:31 PM CDT and filed on 6/22/2026

**Case Name:** Jana v. Walmart, Inc.
**Case Number:** 4:24-cv-00698-SDJ-BD
**Filer:**
**Document Number:** 177

**Docket Text:**
**ORDER. It is therefore ORDERED that Plaintiff Dilip Jana's Motion for Reconsideration of Order Dkt 131 Denying Recusal of District Judge Under Rule54(b) and 28 U.S.C. § 455(a), (Dkt. [138]), is DENIED. It is further ORDERED that Plaintiff Dilip Jana's Motion for Leave to File a Short Supplemental Memorandum in Further Support of Dkt 138, (Dkt. [165]); Plaintiff's Emergency Motion for Written Disposition of Pending Recusal Motions Dkts 138, 166 and for Clarification of the Fifth Circuit's March 2, 2026 ORDER, (Dkt. [168]); and Plaintiff's Motion for Leave to File a Short Supplement to Pending Recusal Filings Dkts 138, 166 in Further Support of Dkt 138, (Dkt. [171]), are DENIED. It is further ORDERED that Plaintiff Dilip Jana's Supplement to Dkt. 138 Supplemental Memorandum in Further Support of Plaintiff's Motion for Reconsideration of Recusal Denial Order Dkt. 131, (Dkt. [166]), and Supplement to Pending Dkts. 138 and 166 Regarding Later Developments Affecting Plaintiff's Motion for Reconsideration of Judge Jordan's Recusal Denial Order Dkt. 131, (Dkt. [172]), are STRICKEN. Signed by District Judge Sean D. Jordan on 6/22/2026. (baf)**

**4:24-cv-00698-SDJ-BD Notice has been electronically mailed to:**

Peter Samir Wahby peter.wahby@gtlaw.com, holmes.hampton@gtlaw.com, mcphersonm@gtlaw.com, peter-wahby-7748@ecf.pacerpro.com

Morgan Jones morgan.jones@gtlaw.com, maria.mojica@gtlaw.com

Holmes Hugh Hampton holmes.hampton@gtlaw.com, diana.rajan@gtlaw.com

Dilip Jana janadilip@gmail.com

**4:24-cv-00698-SDJ-BD Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=6/22/2026] [FileNumber=15948032-0] [5286dc60f16f08842f2e007cfde1cf9b8123b3715899d4c7ee2b2cb5922eae1f89 71f3fb076ac0dbd72947fef94dd19e6ad424aed7eb3bf0a8966e78cd8b6fed]]