# Exhibit 2

## CM/ECF Notice of Electronic Filing for Dkt. 178 (entered June 22, 2026 at 5:39 PM CDT).

Gmail **Dilip Jana <janadilip@gmail.com>**

## Activity in Case 4:24-cv-00698-SDJ-BD Jana v. Walmart, Inc. Memorandum & Opinion

**txedCM@txed.uscourts.gov** <txedCM@txed.uscourts.gov> Mon, Jun 22, 2026 at 5:39 PM
To: txedcmcc@txed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.**

**U.S. District Court**

**Eastern District of TEXAS [LIVE]**

### Notice of Electronic Filing

The following transaction was entered on 6/22/2026 at 5:39 PM CDT and filed on 6/22/2026
**Case Name:** Jana v. Walmart, Inc.
**Case Number:** 4:24-cv-00698-SDJ-BD
**Filer:**
**Document Number:** 178

**Docket Text:**
**MEMORANDUM REJECTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE. Defendant Walmart Inc.'s Objections to the Report and Recommendation, (Dkt. [112]), are SUSTAINED. The Court REJECTS the Magistrate Judge's Report and Recommendation, (Dkt. [107]). It is therefore ORDERED that Defendant Walmart Inc.'s Rule 12(b)(6) Motion to Dismiss Plaintiff's Second Amended Complaint, (Dkt. [22]), is GRANTED. Plaintiff Dilip Jana's case is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. Signed by District Judge Sean D. Jordan on 6/22/2026. (baf)**

**4:24-cv-00698-SDJ-BD Notice has been electronically mailed to:**

Peter Samir Wahby peter.wahby@gtlaw.com, holmes.hampton@gtlaw.com, mcphersonm@gtlaw.com, peter-wahby-7748@ecf.pacerpro.com

Morgan Jones morgan.jones@gtlaw.com, maria.mojica@gtlaw.com

Holmes Hugh Hampton holmes.hampton@gtlaw.com, diana.rajan@gtlaw.com

Dilip Jana janadilip@gmail.com

**4:24-cv-00698-SDJ-BD Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=6/22/2026] [FileNumber=15948049-0] [1c02d3c4a678dcbacb22b98beedb6281d82f201203f7f34fd069bdf5cb08364425 e6b9bfea4f50f0b72324fe472663460561e7de33985425cd2b139a6c69d973]]