# Exhibit 3

**CM/ECF Notice of Electronic Filing for Dkt. 179**

**(entered June 22, 2026 at 5:41 PM CDT).**

Gmail

Dilip Jana <janadilip@gmail.com>

## Activity in Case 4:24-cv-00698-SDJ-BD Jana v. Walmart, Inc.

1 message

**txedCM@txed.uscourts.gov** <txedCM@txed.uscourts.gov> Mon, Jun 22, 2026 at 5:42 PM
To: txedcmcc@txed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of TEXAS [LIVE]**

### Notice of Electronic Filing

The following transaction was entered on 6/22/2026 at 5:41 PM CDT and filed on 6/22/2026
**Case Name:** Jana v. Walmart, Inc.
**Case Number:** 4:24-cv-00698-SDJ-BD
**Filer:**
**WARNING: CASE CLOSED on 06/22/2026**
**Document Number:** 179

**Docket Text:**
**FINAL JUDGMENT. Pursuant to the Court's Memorandum Rejecting Report and Recommendation of United States Magistrate Judge, (Dkt. [178]), which granted Defendant Walmart Inc.'s Rule 12(b)(6) Motion to Dismiss Plaintiff's Second Amended Complaint, (Dkt. [22]), it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED with prejudice. All relief not previously granted is hereby DENIED. The Clerk is directed to close this civil case. Signed by District Judge Sean D. Jordan on 6/22/2026. (baf)**

**4:24-cv-00698-SDJ-BD Notice has been electronically mailed to:**

Peter Samir Wahby peter.wahby@gtlaw.com, holmes.hampton@gtlaw.com, mcphersonm@gtlaw.com, peter-wahby-7748@ecf.pacerpro.com

Morgan Jones morgan.jones@gtlaw.com, maria.mojica@gtlaw.com

Holmes Hugh Hampton holmes.hampton@gtlaw.com, diana.rajan@gtlaw.com

Dilip Jana janadilip@gmail.com

**4:24-cv-00698-SDJ-BD Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=6/22/2026] [FileNumber=15948057-

0] [11f400f156f501cb367a959031b2ee99163b75d7c81f363bf8fc78a014234cb10a
c5edcc0a4eaf818422d40f4f8f03567377e4c23f0c867d5df835b1b7538061]]