# Exhibit 4

**CM/ECF Notice of Electronic Filing for Dkt. 75 (entered July 10, 2025 at 2:45 PM CDT).**

Gmail

Dilip Jana <janadilip@gmail.com>

## Activity in Case 4:24-cv-00698-SDJ-BD Jana v. Walmart, Inc. Motion to Compel

1 message

**txedCM@txed.uscourts.gov** <txedCM@txed.uscourts.gov> Thu, Jul 10, 2025 at 2:45 PM
To: txedcmcc@txed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of TEXAS [LIVE]**

### Notice of Electronic Filing

The following transaction was entered on 7/10/2025 at 2:45 PM CDT and filed on 7/10/2025

| | |
|---|---|
| **Case Name:** | Jana v. Walmart, Inc. |
| **Case Number:** | 4:24-cv-00698-SDJ-BD |
| **Filer:** | Dilip Jana |
| **Document Number:** | 75 |

**Docket Text:**
**MOTION to Compel Walmart's Responses to Plaintiff's Interrogatories Nos. 1-4, MOTION for In-Camera Review of Exhibits 1 and 2 of the Complaint (Dkt 13) and, MOTION for Sanctions by Dilip Jana. (Attachments: # (1) Exhibit A-1, # (2) Proposed Order)(baf)**

**4:24-cv-00698-SDJ-BD Notice has been electronically mailed to:**

Peter Samir Wahby wahbyp@gtlaw.com, holmes.hampton@gtlaw.com, mcphersonm@gtlaw.com, peter-wahby-7748@ecf.pacerpro.com

Morgan Jones morgan.jones@gtlaw.com, maria.mojica@gtlaw.com

Holmes Hugh Hampton holmes.hampton@gtlaw.com

Dilip Jana janadilip@gmail.com

**4:24-cv-00698-SDJ-BD Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=7/10/2025] [FileNumber=15337343-0] [5b32dc7f5a24c2a27c856fa164b80d78ab2569c91664be5caa328921f81dcc92a5
7e2f5f1ed56d4b2a0f1cd3835d9e77a9131bd0b4cf05cf8a084e0f05be54e4]]
**Document description:** Exhibit A-1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=7/10/2025] [FileNumber=15337343-

1] [8d7f3c5c316411eb613d842d86390d7cb51c073ff4c54e0dbbe24309fa3d221298
718869d154d27fa80849985d23f6f1a57af83ac86d0da329cd9991b930cd5e]]
**Document description:**Proposed Order
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=7/10/2025] [FileNumber=15337343-
2] [6e1435f05a3608f849d3a0e3c3e0f422d198507ae22778de75b089a4a88897c725
3c32de7ffc5c13f2e01a20719705e1b2a41c032cfa0e015359dac21ddf98c3]]