# Exhibit 5

**CM/ECF Notice of Electronic Filing for Dkt. 79 (entered July 11, 2025 at 4:59 PM CDT).**

Gmail

Dilip Jana <janadilip@gmail.com>

# Activity in Case 4:24-cv-00698-SDJ-BD Jana v. Walmart, Inc. Order on Motion to Compel

1 message

**txedCM@txed.uscourts.gov** <txedCM@txed.uscourts.gov> Fri, Jul 11, 2025 at 4:59 PM
To: txedcmcc@txed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of TEXAS [LIVE]**

## Notice of Electronic Filing

The following transaction was entered on 7/11/2025 at 4:59 PM CDT and filed on 7/11/2025

**Case Name:** Jana v. Walmart, Inc.
**Case Number:** 4:24-cv-00698-SDJ-BD
**Filer:**
**Document Number:** 79

**Docket Text:**
**ORDER. It is ORDERED that: 1) the motion to compel, Dkt. [75], is STRUCK as premature; and 2) within 7 days of the entry of this order: a) the parties confer and agree upon dates for an in-person afternoon hearing on the discovery dispute; and b) Jana email those agreed dates to Judge_Davis_Chambers@txed.uscourts.gov, copying Walmart's counsel. Signed by Magistrate Judge Bill Davis on 7/11/2025. (baf)**

**4:24-cv-00698-SDJ-BD Notice has been electronically mailed to:**

Peter Samir Wahby wahbyp@gtlaw.com, holmes.hampton@gtlaw.com, mcphersonm@gtlaw.com, peter-wahby-7748@ecf.pacerpro.com

Morgan Jones morgan.jones@gtlaw.com, maria.mojica@gtlaw.com

Holmes Hugh Hampton holmes.hampton@gtlaw.com

Dilip Jana janadilip@gmail.com

**4:24-cv-00698-SDJ-BD Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=7/11/2025] [FileNumber=15340655-0] [c21115c0425d3700914d731ca491866d649898d37fb12a261fc788d346eb319351 3299eb1ff2ea0073eed5dd65dffcb94619b99fa1c608171237b1133d2c8860]]