**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **DILIP JANA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:24-cv-00698-SDJ-BD** |
| | § | |
| **WALMART INC.,** | § | |
| | § | |
| **Defendant.** | § | |

**WALMART'S NOTICE REGARDING**
**PLAINTIFF'S MOTION FOR RECONSIDERATION**

Defendant Walmart Inc. ("Walmart") files this notice to inform the Court that Walmart will not file a response brief to Plaintiff Dilip Jana's ("Plaintiff") "RULE 62.1 MOTION FOR INDICATIVE RULING ON DKT. 179'S OMNIBUS DENIAL AND FOR MOTION-SPECIFIC ADJUDICATION OF PRESERVED COLLATERAL ISSUES UNDER RULES 60(b)(3) AND 60(d)(3)," (Dkt. No. 183), unless the Court orders Walmart to file a response. Pursuant to the Court's order dated July 30, 2025, Walmart may decline to file response briefs to Plaintiff's "future filings unless ordered to respond." Dkt. No. 99. Although Walmart is opposed to the relief sought by Plaintiff in the above-referenced filing, Walmart is confident that Plaintiff has not met his burden to demonstrate his entitlement any such relief and, in any event, such relief is inappropriate given that Plaintiff's appeal of this Court's final judgment in this case remains pending. *See* Dkt. No. 180; *see also* Dkt. No. 179. Accordingly, and to reduce the burden on the Court from Plaintiff's numerous filings, Walmart intends not to file a response unless the Court orders otherwise.

[*Signature Page Follows*]

Dated: September 8, 2026

Respectfully submitted,

*/s/ Peter S. Wahby*
**Peter S. Wahby**
Texas Bar No. 24011171
peter.wahby@gtlaw.com
**Holmes H. Hampton**
Texas Bar No. 24144019
holmes.hampton@gtlaw.com
**GREENBERG TRAURIG LLP**
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: 214.665.3600

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all parties of record via the Court's e-filing system on September 8, 2026.

*/s/ Holmes H. Hampton*
Holmes H. Hampton